Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC.**
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com

Grayson Wells*
John C. Roberts*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

Raina C. Borrelli, Esq.*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Phone: (872) 263-1100
Fax: (872) 263-1109
raina@straussborrelli.com

* *Pro hac vice forthcoming*
*Attorneys for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT LEVY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>BOYD GAMING CORPORATION<br><br>        Defendant. | CASE NO.<br><br><br><br>**SUMMONS** |

SUMMONS - 1

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.

**BOYD GAMING CORPORATION**
**c/o Corporation Service Company**
**112 North Curry Street**
**Carson City, NV. 89703**

    1.  If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

    a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

    b.    Serve a copy of your response upon the attorney whose name and address is shown below.

    2.  Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

    3.  If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

    4.  The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Dated: September 25, 2025

Submitted By:

                                  CLERK OF COURT

**STRANCH, JENNINGS & GARVEY, PLLC**

*/s/ Nathan R. Ring*
NATHAN R. RING, ESQ.                     Deputy Clerk

1
Nevada Bar No. 12078
3100 W. Charleson Blvd., Suite 208
2
Las Vegas, Nevada 89102
nring@stranchlaw.com
3
*Attorney for Plaintiff*

Regional Justice Center
200 Lewis Avenue
Las Vegas, NV  89155
Date:

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27