Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
nring@stranchlaw.com

Grayson Wells*
John C. Roberts*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

Raina C. Borrelli, Esq.*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Phone: (872) 263-1100
Fax: (872) 263-1109
raina@straussborrelli.com

*Pro Hac Vice Forthcoming*

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT LEVY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No.<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, attorney of record for Plaintiff Scott Levy, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

- Scott Levy, Plaintiff, citizen of the United States, and resident of Las Vegas, Clark County, Nevada.
- Boyd Gaming Corporation, Defendant.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Pursuant to Fed. R. Civ. P. 7.1, Mr. Levy states that he is a natural person and that no parent corporation and any publicly held corporation owns 10% or more of his stock or interest. Mr. Levy also represents that he does not own 10% or more of any stock or interest of any company currently subject to this action.

Dated: September 25, 2025.    Respectfully Submitted,

/s/ *Nathan Ring*
Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
nring@stranchlaw.com

Grayson Wells*
John C. Roberts*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

Raina C. Borrelli, Esq.*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610

Chicago IL, 60611
Phone: (872) 263-1100
Fax: (872) 263-1109
raina@straussborrelli.com

*Pro Hac Vice Forthcoming*

*Attorneys for Plaintiff and the Proposed Class*