Nathan R. Ring
**REESE RING VELTO PLLC**
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@rrvlawyers.com

Grayson Wells*
John C. Roberts*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

Raina C. Borrelli, Esq.*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Phone: (872) 263-1100
Fax: (872) 263-1109
raina@straussborrelli.com

*Attorneys for Plaintiff Scott Levy and the Proposed Class*

*Pro Hac Vice forthcoming*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT LEVY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION<br><br>Defendant. | Case No. 2:25-cv-01814-GMN-EJY<br><br>**NOTICE OF RELATED ACTIONS** |

| | |
|---|---|
| DEANDRIC PRICE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv-01836-JAD-NJK<br><br>**NOTICE OF RELATED ACTIONS** |
| PATRICIA TIEDTKE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv-01837-MMD-BNW<br><br>**NOTICE OF RELATED ACTIONS** |
| LARRY HARRIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv-01838-BNW<br><br>**NOTICE OF RELATED ACTIONS** |
| SHEREKIA PRICE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv-01842-GMN-BNW<br><br>**NOTICE OF RELATED ACTIONS** |

| | |
|---|---|
| HOLLY NEELY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01846-JAD-NJK<br><br>**NOTICE OF RELATED ACTIONS** |
| JERI SCHMIDT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01849-JAD-EJY<br><br>**NOTICE OF RELATED ACTIONS** |
| PAYTON RUEHLMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01850-GMN-BNW<br><br>**NOTICE OF RELATED ACTIONS** |
| ALEXANDER FURMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01851-GMN-DJA<br><br>**NOTICE OF RELATED ACTIONS** |

| | |
|---|---|
| JULIE JACKSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv- 01853-GMN-EJY<br><br>**NOTICE OF RELATED ACTIONS** |
| KIM WARNER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv-01861-APG-BNW<br><br>**NOTICE OF RELATED ACTIONS** |
| CANDICE CAZAU-DEGENOVA, individually and on behalf of all others similarly situated<br><br>    Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv-01868-NJK<br><br>**NOTICE OF RELATED ACTIONS** |
| KELVIN BRAGG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv-01884-APG-BNW<br><br>**NOTICE OF RELATED ACTIONS** |

| | |
|---|---|
| JACOB MALIN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>          Defendant. | Case No. 2:25-cv-01888-APG-EJY<br><br>**NOTICE OF RELATED ACTIONS** |
| TRENT BERGER and PARTHENA VORGIATZIDIS individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>          Defendant. | Case No. 2:25-cv-01902-CDS-NJK<br><br>**NOTICE OF RELATED ACTIONS** |
| MARK METZLER, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>          Defendant. | Case No. 2:25-cv-01911<br><br>**NOTICE OF RELATED ACTIONS** |

Pursuant to LR 42-1 of the Local Rules of this Court, Plaintiff Scott Levy, by and through undersigned counsel, hereby provides notice to the Court and all other parties of the following related actions because they all "involve similar questions of fact and the same question[s] of law, and their assignment to the same district judge or magistrate judge is likely to effect a substantial savings of judicial effort." LR 42-1(a)(3).[1] Each case names Boyd Gaming Corporation as the

---

[1] Plaintiffs are separately filing a formal motion to consolidate these actions, upon conferring with all counsel of record for the plaintiff in all related actions.

defendant and asserts claims on behalf of a class of plaintiffs arising from a data breach to Defendant's information systems in September of 2025. The first of these actions to be filed was *Scott Levy v. Boyd Gaming Corp.*, No. 2:25-cv-1814-GMN-EJY, initiated on September 25, 2025, and assigned to District Judge Gloria M. Navarro and referred to Magistrate Judge Elayna J. Youchah. The related actions include the following:

1. *Scott Levy v. Boyd Gaming Corporation*, No. 2:25-cv-01814-GMN-EJY
2. *Deandric Price v. Boyd Gaming Corporation*, No. 2:25-cv-01836-JAD-NJK
3. *Patricia Tiedtke v. Boyd Gaming Corporation*, No. 2:25-cv-01836-JAD-NJK
4. *Larry Harris v. Boyd Gaming Corporation*, No. 2:25-cv-01838-BNW
5. *Sherekia Price v. Boyd Gaming Corporation*, No. 2:25-cv-01842-GMN-BNW
6. *Holly Neely v. Boyd Gaming Corporation*, No. 2:25-cv-01846-JAD-NJK
7. *Jeri Schmidt v. Boyd Gaming Corporation*, No. 2:25-cv-01849-JAD-EJY
8. *Payton Ruehlman v. Boyd Gaming Corporation*, No. 2:25-cv-01850-GMN-BNW
9. *Alexander Furman v. Boyd Gaming Corporation*, No. 2:25-cv-01851-GMN-DJA
10. *Julie Jackson v. Boyd Gaming Corporation*, No. 2:25-cv-01853-GMN-EJY
11. *Kim Warner v. Boyd Gaming Corporation*, No. 2:25-cv-01861-APG-BNW
12. *Candice Cazau-Degenova v. Boyd Gaming Corporation*, No. 2:25-cv-01868-NJK
13. *Kelvin Bragg v. Boyd Gaming Corporation*, Case No. 2:25-cv-01884-APG-BNW
14. *Jacob Malin v. Boyd Gaming Corporation*, Case No. 2:25-cv-01888-APG-EJY
15. *Trent Berger, et al v. Boyd Gaming Corporation*, Case No. 2:25-cv-01902-CDS-NJK
16. *Mark Metzler v. Boyd Gaming Corporation*, Case No. 2:25-cv-01911

Because the claims asserted in each related class action overlap, the defendant is the same, and each plaintiff asserts injuries common to a class of injured persons, similar questions of fact and the same questions of law will be involved in each case. Plaintiffs thus provide notice to the Court of these related actions. *See* LR 42-1(a)(3).

Dated: October 9, 2025

Respectfully Submitted,

/s/ Nathan R. Ring
Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
nring@stranchlaw.com

Grayson Wells*
John C. Roberts*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

Raina C. Borrelli, Esq.*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Phone: (872) 263-1100
Fax: (872) 263-1109
raina@straussborrelli.com

*Attorneys for Plaintiff Scott Levy and The Proposed Class*

*Pro Hac Vice application forthcoming

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record in the above styled and numbered cases via the Court's ECF system, this the 9th day of October, 2025.

                                                                                          /s/     *Michelle Wade*
                                                                                                Michelle Wade