**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SCOTT LEVY, et al.

        Plaintiff(s),

vs.

BOYD GAMING CORPORATION,

        Defendant(s).

Case #2:25-cv-01814-GMN-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____John C. Roberts_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Stranch, Jennings & Garvey, PLLC._____
(firm name)

with offices at _____223 Rosa L. Parks Ave., Ste. 200_____,
(street address)

_____Nashville_____, _____Tennessee_____, _____37203_____,
(city)                  (state)              (zip code)

_____(615) 254-8801_____, _____jroberts@stranchlaw.com_____.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiff, Scott Levy_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

Doc ID: d302cee94b5352b82daba0a7824ba0c702594e58

3. That since  March 24, 2025 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of Tennessee
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Tennessee Supreme Court | March 24, 2025 | 042673 |
| U.S.D.C. Middle District of Tennessee | August 20, 2025 | n/a |
| U.S.D.C. Western District of Tennessee | September 3, 2025 | n/a |
| U.S.D.C. Southern District of Texas | September 3, 2025 | 3933447 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 5/16

Doc ID: d302cee94b5352b82daba0a7824ba0c702594e58

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Doc ID: d302cee94b5352b82daba0a7824ba0c702594e58

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Tennessee )
                   )
COUNTY OF Davidson )

_____John C. Roberts_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__2ND__ day of __OCTOBER__, __2025__.

_____
Notary Public or Clerk of Court

[Notary seal: RYAN RAYBURN, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, MY COMMISSION EXPIRES 1-2-2028]

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Nathan R. Ring_____,
                                                                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____3100 W. Charleston Blvd., Ste, 208_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89102_____,
     (city)                    (state)              (zip code)

_____(725) 235-9750_____, _____nring@stranchlaw.com_____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

Doc ID: d302cee94b5352b82daba0a7824ba0c702594e58

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Nathan R. Ring_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Scott Levy, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Nathan R. Ring
Designated Resident Nevada Counsel's signature

| 12078 | nring@stranchlaw.com |
|---|---|
| Bar number | Email address |

APPROVED:

Dated: this __14__ day of __October__, 20_25_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Doc ID: d302cee94b5352b82daba0a7824ba0c702594e58

# ADMISSION LIST

| Jurisdiction: | Bar Number: | Date Admitted: |
|---|---|---|
| Tennessee | 042673 | 3/24/2025 |
| U.S.D.C. Middle District of Tennessee | n/a | 8/20/2025 |
| U.S.D.C. Western District of Tennessee | n/a | 9/3/2025 |
| U.S.D.C. Southern District of Texas | 3933447 | 9/3/25 |



# Audit trail

| | |
|---|---|
| Title | Boyd Gaming | John Roberts PHV Mtn | Scott Levy |
| File name | 25-10-2_J_Roberts_Boyd_Gaming_PHV_NV.pdf |
| Document ID | d302cee94b5352b82daba0a7824ba0c702594e58 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from embedded.hellosign.com

## Document history

**SENT**  
10 / 02 / 2025  
15:31:31 UTC-5  
Sent for signature to Scott Levy (scottmichaellevy@gmail.com) from esignature@straussborrelli.com  
IP: 67.176.225.166

**VIEWED**  
10 / 05 / 2025  
18:06:39 UTC-5  
Viewed by Scott Levy (scottmichaellevy@gmail.com)  
IP: 98.167.70.85

**SIGNED**  
10 / 05 / 2025  
18:06:47 UTC-5  
Signed by Scott Levy (scottmichaellevy@gmail.com)  
IP: 98.167.70.85

**COMPLETED**  
10 / 05 / 2025  
18:06:47 UTC-5  
The document has been completed.

Powered by Dropbox Sign

# Supreme Court of Tennessee

# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## John Charles Roberts

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on March 24, 2025, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 6th day of August, 2025.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _____
Ashley Boggess, D.C.