Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY PLLC**
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com

Grayson Wells*
John C. Roberts*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

Terence R. Coates*
Dylan J. Gould*
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

Raina C. Borrelli, Esq.*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Phone: (872) 263-1100
Fax: (872) 263-1109
raina@straussborrelli.com


*Attorney for Plaintiffs and the Proposed Class*

*Pro Hac Vice forthcoming

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT LEVY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION<br><br>    Defendant. | Case No. 2:25-cv-01814-GMN-EJY |
| DEANDRIC PRICE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv-01836-JAD-NJK |
| PATRICIA TIEDTKE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv-01837-MMD-BNW |
| LARRY HARRIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv-01838-BNW |

| | |
|---|---|
| SHEREKIA PRICE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>　　　　Defendant. | Case No. 2:25-cv-01842-GMN-BNW |
| HOLLY NEELY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>　　　　Defendant. | Case No. 2:25-cv-01846-JAD-NJK |
| JERI SCHMIDT, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>　　　　Defendant. | Case No. 2:25-cv-01849-JAD-EJY |
| PAYTON RUEHLMAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>　　　　Defendant. | Case No. 2:25-cv-01850-GMN-BNW |

| | |
|---|---|
| ALEXANDER FURMAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>      Defendant. | Case No. 2:25-cv-01851-GMN-DJA |
| JULIE JACKSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>      Defendant. | Case No. 2:25-cv- 01853-GMN-EJY |
| KIM WARNER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>      Defendant. | Case No. 2:25-cv-01861-APG-BNW |
| CANDICE CAZAU-DEGENOVA, individually and on behalf of all others similarly situated<br><br>      Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>      Defendant. | Case No. 2:25-cv-01868-NJK |

| | |
|---|---|
| KELVIN BRAGG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01884-APG-BNW |
| JACOB MALIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01888-APG-EJY |
| TRENT BERGER and PARTHENA VORGIATZIDIS individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01902-CDS-NJK |
| MARK METZLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01911-GMN-EJY |

| | |
|---|---|
| COSIMO GRANATA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv-01932-GMN-DJA |

**ORDER GRANTING CONSOLIDATION UNDER FED. R. CIV. P. 42(A)(2) & LR 42-1(b)**

WHEREAS, Plaintiffs Scott Levy, Deandric Price, Patricia Tiedtke, Larry Harris, Sherekia Price, Holly Neely, Payton Ruehlman, Alexander Furman, Julie Jackson, Kima Warner, Canice Cazau-Degenova, Kelvin Bragg, Jacob Malin, Trent Berger, Parthena Vorgiatzidis, and Mark Metzler in sixteen related cases pending before this Court, *Levy v. Boyd Gaming Corporation*, Case No. 2:25-cv-01814 (D. Nev.) (hereafter the "*Levy* Action"), *Price v. Boyd Gaming Corporation*, Case No. 2:25-cv-01836 (D. Nev.) (hereafter the "*D. Price* Action"), *Tiedtke v. Boyd Gaming Corporation*, Case No. 2:25-cv-01836-JAD-NJK (D. Nev.) (hereafter the "*Tiedtke* Action"), *Harris v. Boyd Gaming Corporation*, Case No. 2:25-cv-01838-BNW (D. Nev.) (hereafter the "*Harris* Action"), *Price v. Boyd Gaming Corporation*, Case No. 2:25-cv-01842 (D. Nev.) (hereafter the "*S. Price* Action"), *Neely v. Boyd Gaming Corporation*, Case No. 2:25-cv-01846 (D. Nev.) (hereafter the "*Neely* Action"), *Schmidt v. Boyd Gaming Corporation*, Case No. 2:25-cv-01849 (D. Nev.) (hereafter the "*Schmidt* Action"), *Ruehlman v. Boyd Gaming Corporation*, Case No. 2:25-cv-01850 (D. Nev.) (hereafter the "*Ruehlman* Action"), *Jackson v. Boyd Gaming Corporation*, Case No. 2:25-cv-01853 (D. Nev.) (hereafter the "*Jackson* Action"), *Warner v. Boyd Gaming Corporation*, Case No. 2:25-cv-01861 (D. Nev.) (hereafter the "*Warner* Action"), *Cazau-Degenova v. Boyd Gaming Corporation*, Case No. 2:25-cv-01868 (D. Nev.)

(hereafter the "*Cazau-Degenova* Action"), *Kelvin v. Boyd Gaming Corporation*, Case No. 2:25-cv-01884 (D. Nev.) (hereafter the "*Kelvin* Action"), *Malin v. Boyd Gaming Corporation*, Case No. 2:25-cv-01888, *Berger et al v. Boyd Gaming Corporation*, Case No. 2:25-cv-01902 (hereafter the "*Berger* Action")  (D. Nev.); *Metzler v. Boyd Interactive Gaming, Inc.*, Case No. 2:25-cv-01911 (D. Nev) (hereafter the *Metzler* Action) (together the "Related Actions") agree, that these actions, as well as any subsequently filed or transferred related actions, for all purposes, including pretrial proceedings and trial, should be consolidated pursuant to Federal Rule of Civil Procedure 42(a) ("Rule 42(a)").

WHEREAS, the complaints in the Related Actions relate to the same, common factual allegations and legal theories; the Related Actions assert multiple common causes of action against the common Defendant relating to the same factual underpinnings, and seek the same relief in response to the same event; and the Related Actions commonly seek certification of an overlapping nationwide class and allege that class members suffered harm as a result of the Data Breach because their PII was exposed to third parties without their authorization.

**NOW, THEREFORE, GOOD CAUSE APPEARING, the Court so Orders as follows:**

1. The *Levy*, *D. Price*, *Tiedtke*, *Harris*, *S. Price*, *Neely*, *Schmidt*, *Ruehlman*, *Jackson*, *Warner*, *Cazau-Degenova*, *Kelvin*, *Malin*, *Berger*, and *Metzler* Actions currently pending in this District, and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District, shall be consolidated for pre-trial purposes pursuant to Rule 42(a) (hereafter the "Consolidated Action").

2. All papers filed in the Consolidated Action shall be filed under the Case No. 2:25-cv-01814-GMN-EJY, the number assigned to the first-filed case.

| | |
|---|---|
| IN RE: BOYD GAMING CORP. BREACH LITIGATION<br><br>This Document Relates To: | Master File No: 2:25-cv-01814-GMN-EJY |

3. Any action currently pending in, subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action, shall be consolidated with the Consolidated Action for pre-trial purposes. The parties shall file a Notice of Related Action whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.

4. If the Court determines that the case is related, the clerk shall:

   a. Place a copy of this Order in the separate file for such action;

   b. Serve on Plaintiffs' counsel in the new case a copy of this Order;

   c. Direct that this Order be served upon Defendant(s) in the new case; and

   d. Make appropriate entry in the Master Docket.

5. This Order shall apply to the above-captioned matters, any subsequently consolidated action, any actions consolidated with the above-captioned matters, and any actions filed in or transferred or removed to this Court relating to the fact and the data breach underlying this litigation.

6. All pending Motions for Extension of Time to File Verified Petition for Pro Hac Vice Admission in the member cases are hereby DENIED AS MOOT.

7. Any applications for interim class counsel leadership shall be filed within 14 days of the entry of this order. No responses to such motions shall be filed, but notices in support are permitted.

8. Plaintiffs must file an Amended Complaint within 21 days of this order which will become the operative complaint for purposes of this consolidated action.

**IT IS SO ORDERED:**

Dated: October 15, 2025

Gloria M. Navarro
United States District Judge

Andrew P. Gordon
Chief United States District Judge

Miranda M. Du
United States District Judge

Cristina D. Silva
United States District Judge

Jennifer A. Dorsey
United States District Judge

Brenda N. Weksler
United States Magistrate Judge

Nancy J. Koppe
United States Magistrate Judge