UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT LEVY,<br><br>     Plaintiff<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>     Defendant | Case No.: 2:25-cv-01814-GMN-EJY<br><br><br><br>**Order Consolidating Cases** |
| JASON GOODMAN,<br><br>     Plaintiff<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>     Defendant | Case No.: 2:25-cv-01949-APG-DJA |

The complaint in *Goodman v. Boyd Gaming Corporation*, 2:25-cv-01949-APG-DJA relates to the same, common factual allegations and legal theories as *Levy v. Boyd Gaming Corporation*, 2:25-cv-01814-GMN-EJY. Like *Levy*, *Goodman* seeks certification of an overlapping nationwide class and alleges that class members suffered harm by a data breach that exposed their personally identifying information. The undersigned judges thus agree that under Federal Rule of Civil Procedure 42(a), the *Goodman* case should be transferred Judges Navarro and Youchah, and consolidated for pre-trial purposes with *Levy* in the Consolidated Action. See *Levy v. Boyd Gaming Corporation*, 2:25-cv-01814-GMN-EJY, ECF No. 13 at 8 (providing that "[a]ny action . . . subsequently filed in . . . this Court that arises out of the same or similar

operative facts as the Consolidated Action, shall be consolidated with the Consolidated Action for pre-trial purposes").

      IT IS THEREFORE ORDERED that *Goodman v. Boyd Gaming Corporation*, 2:25-cv-01949-APG-DJA is transferred to Judges Navarro and Youchah and consolidated with *Levy v. Boyd Gaming Corporation*, 2:25-cv-01814-GMN-EJY for pre-trial purposes. All papers filed in the Consolidated Action shall be filed under *Levy v. Boyd Gaming Corporation*, 2:25-cv-01814-GMN-EJY.

      DATED this 20th day of October, 2025.

_____    _____
GLORIA M. NAVARRO    ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE    CHIEF UNITED STATES DISTRICT JUDGE