Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Tel: (725) 235-9750
lasvegas@stranchlaw.com

Grayson Wells[†]
John C. Roberts[†]
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

*Attorneys for Plaintiff Scott Levy and the Proposed Class*
*Additional Counsel Listed on Signature Page*

† Admitted *Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: BOYD GAMING CORP. BREACH LITIGATION | Case No.: 2:25-cv-01814-GMN-EJY <br><br> **PLAINTIFFS' MOTION TO EXTEND DEADLINE TO FILE CONSOLIDATED AMENDED COMPLAINT** <br> **(First Request)** |

Plaintiff Scott Levy in this consolidated action, by and through the undersigned counsel, hereby moves for a 30-day extension of time for them to file their Consolidated Amended Complaint, currently due November 5, 2025, pursuant to Federal Rule of Civil Procedure 6 and Local Rule IA 6-1, and in support thereof show as follows. This is Plaintiffs' first motion to extend these deadlines.

In the Court's order consolidating these actions, entered October 15, 2025 (the

"Consolidation Order"), the Court ordered Plaintiffs to file their Application for Appointment of Interim Class Counsel within 14 days, and their Consolidated Amended Complaint within 21 days. *See* ECF 13 ¶¶ 7, 8. This makes Plaintiffs' Application for Appointment of Interim Class Counsel due October 29, 2025, and their Consolidated Amended Complaint due November 5, 2025. Additionally, just before the Court entered the Consolidation Order, two additional related actions were filed: *Goodman v. Boyd Gaming Corp.*, Case No. 2:25-cv-01949-APG-DJA, and *Gonzalez v. Boyd Gaming Corp.*, Case No. 2:25-cv-01955-NJK.[1] The Court consolidated the *Goodman* action with this consolidated case on October 21, 2025. *See* ECF 15. Plaintiffs anticipate the *Gonzalez* action will also be consolidated into the above-captioned consolidated case.

The Court may extend a deadline "before the original time or its extension expires" upon a showing of "good cause." Fed. R. Civ. P. 6(b)(1). "This rule, like all the Federal Rules of Civil Procedure, is to be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (cleaned up). "Consequently, requests for extensions of time made before the applicable deadline has passed should "normally ... be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Id*. at 1259 (quoting 4B Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)).

Here, good cause exists to extend Plaintiffs' deadline to file their Consolidated Amended Complaint. Plaintiffs' respective counsel is acting in good faith by seeking an extension, so as to coordinate the drafting of the Consolidated Amended Complaint. Given that there are now 19

---

[1] Plaintiff Tiedtke, by and through counsel, is separately filing a Notice of Related Actions in those cases for the Court's consideration.

individual actions, this process will take considerable time because it will require review by multiple lawyers at separate law firms. *See* Roberts Decl. ¶ 3. And because one of the two latest actions to be filed has not yet been consolidated, undersigned counsel will need to coordinate with additional counsel in the *Gonzalez* matter to include Ms. Gonzalez. Then, following appointment, the interim class counsel will have to manage and assign drafting of the Consolidated Amended Complaint for all plaintiffs from the individual actions. Undersigned Plaintiffs' counsel is working toward finalizing the structure for interim class counsel leadership and cannot assign or perform tasks – such as drafting and client interviews – until interim class counsel leadership has been appointed. *Id*. The process of appointing interim class counsel and coordinating the filing of a Consolidated Amended Complaint will likely take several weeks to accomplish. *Id*. Plaintiffs did not delay in seeking this extension, and an extension of time will not result in prejudice to Defendant, as Defendant has not yet appeared in the consolidated case or any related action. *Id*. ¶ 4.

WHEREFORE, Plaintiffs respectfully request that the Court extend the deadline for Plaintiffs to file their Consolidated Amended Complaint by 30 days, or December 5, 2025.

Dated: October 23, 2025                              Respectfully Submitted,

*/s/ Nathan R. Ring*
Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Tel: (725) 235-9750
lasvegas@stranchlaw.com

Grayson Wells†
John C. Roberts†
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

Tel: (615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

Raina C. Borrelli[†]
**STRAUSS BORRELLI, PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
T: (872) 263-1100
raina@straussborrelli.com

*Attorneys for Plaintiff Scott Levy and the Proposed Class*

† Admitted *Pro Hac Vice*

**IT IS SO ORDERED:**

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notice of Electronic Filing generated by CM/ECF.

                                       */s/ Ryan Rayburn*
                                       Ryan Rayburn