Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
725-235-9750
lasvegas@stranchlaw.com

Grayson Wells[†]
John C. Roberts[†]
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

† Admitted *Pro Hac Vice*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: BOYD GAMING CORP. BREACH LITIGATION | Case No. 2:25-cv-01814-GMN-EJY <br><br> **DECLARATION OF JOHN C. ROBERTS IN SUPPORT OF MOTION FOR EXTENSION OF TIME** |

I, John C. Roberts, have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify truthfully and competently thereto.

1. I am a licensed attorney in good standing in the State of Tennessee and in multiple federal district courts. I have been admitted to practice before this Court in this consolidated case.

2. I am an attorney of record representing the following plaintiffs in their respective cases against Boyd Gaming Corporation:

a. Scott Levy (No. 2:25-cv-1814-GMN-EJY)
b. Patricia Tiedtke (No. 2:25-cv-01836-JAD-NJK)
c. Holly Neely (No. 2:25-cv-01846-JAD-NJK)
d. Jeri Schmidt (No. 2:25-cv-01849-JAD-EJY)
e. Payton Ruehlman (No. 2:25-cv-01850-GMN-BNW)
f. Alexander Furman (No. 2:25-cv-01851-GMN-DJA)
g. Kim Warner (No. 2:25-cv-01861-APG-BNW)
h. Candice Cazau-Degenova (No. 2:25-cv-01868-NJK)
i. Kelvin Bragg (No. 2:25-cv-01884-APG-BNW)
j. Jacob Malin (No. 2:25-cv-01888-APG-EJY)
k. Cosimo Granata (No. 2:25-cv-01932)
l. Jason Goodman (No. 2:25-cv-1949)

3. Along with my co-counsel, we are actively engaged in discussion on interim class counsel and a leadership structure for Plaintiffs in this consolidated class action. We anticipate filing an application for appointment of interim class counsel by the Court's deadline of October 29, 2025. However, following the Court's consideration and ultimate entry of an order appointing interim class counsel, the selected interim leadership will have to coordinate and manage the drafting and filing of a consolidated amended complaint representing over 19 individual plaintiffs. It is likely this process will take several weeks to accomplish, and it cannot commence until interim class leadership has been appointed.

4. Defendant has not appeared in the consolidated action, or any of the individual related actions, as of the time of this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 23rd day of October, 2025, in Davidson County, Tennessee.

Respectfully Submitted,

*John C. Roberts*
JOHN C. ROBERTS