Nathan R. Ring
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com

Grayson Wells*
John C. Roberts*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

*Attorneys for Plaintiff Patricia Tiedtke and the Proposed Class*

*Admitted Pro Hac Vice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: BOYD GAMING CORP. BREACH LITIGATION | Case No. 2:25-cv-01814-GMN-EJY<br><br>**NOTICE OF RELATED ACTIONS** |
| KARLA GONZALEZ, individually and on behalf of all others similarly situated,<br><br>v.<br><br>BOYD GAMING CORPORATION, | Case No. 2:25-cv-01955-NJK<br><br>**NOTICE OF RELATED ACTIONS** |

Pursuant to LR 42-1 of the Local Rules of this Court, Plaintiff Patricia Tiedtke, by and through undersigned counsel, hereby provides notice to the Court and all other parties of the following related actions because they all "involve similar questions of fact and the same question[s] of law, and their assignment to the same district judge or magistrate judge is likely to effect a substantial savings of judicial effort." LR 42-1(a)(3). Pursuant to the Court's Order

Granting Consolidation, Case No. 2:25-cv-01814-GMN-EJY, ECF 13, the following related actions have been consolidated under *In re: Boyd Gaming Corp. Breach Litigation*:

1. *Scott Levy v. Boyd Gaming Corporation*, No. 2:25-cv-01814-GMN-EJY
2. *Deandric Price v. Boyd Gaming Corporation*, No. 2:25-cv-01836-JAD-NJK
3. *Patricia Tiedtke v. Boyd Gaming Corporation*, No. 2:25-cv-01836-JAD-NJK
4. *Larry Harris v. Boyd Gaming Corporation*, No. 2:25-cv-01838-BNW
5. *Sherekia Price v. Boyd Gaming Corporation*, No. 2:25-cv-01842-GMN-BNW
6. *Holly Neely v. Boyd Gaming Corporation*, No. 2:25-cv-01846-JAD-NJK
7. *Jeri Schmidt v. Boyd Gaming Corporation*, No. 2:25-cv-01849-JAD-EJY
8. *Payton Ruehlman v. Boyd Gaming Corporation*, No. 2:25-cv-01850-GMN-BNW
9. *Alexander Furman v. Boyd Gaming Corporation*, No. 2:25-cv-01851-GMN-DJA
10. *Julie Jackson v. Boyd Gaming Corporation*, No. 2:25-cv-01853-GMN-EJY
11. *Kim Warner v. Boyd Gaming Corporation*, No. 2:25-cv-01861-APG-BNW
12. *Candice Cazau-Degenova v. Boyd Gaming Corporation*, No. 2:25-cv-01868-NJK
13. *Kelvin Bragg v. Boyd Gaming Corporation*, Case No. 2:25-cv-01884-APG-BNW
14. *Jacob Malin v. Boyd Gaming Corporation*, Case No. 2:25-cv-01888-APG-EJY
15. *Trent Berger, et al v. Boyd Gaming Corporation*, Case No. 2:25-cv-01902-CDS-NJK
16. *Mark Metzler v. Boyd Gaming Corporation*, Case No. 2:25-cv-01911
17. *Cosimo Granata v. Boyd Gaming Corporation*, Case No. 2:25-cv-1932-GMN-DJA
18. *Jason Goodman v. Boyd Gaming Corporation*, Case No. 2:25-cv-01949

Furthermore, pursuant to the Court's Order Granting Consolidation, any action pending in, subsequently filed in, transferred to, or removed to this Court "that arises out of the same or similar operative facts as the Consolidated Action," shall be consolidated for pretrial purposes. ECF 13 ¶ 3, *In re: Boyd Gaming Corp. Breach Litigation*, Case No. 2:25-cv-01814-GMN-EJY (Oct. 15,

2025). Just as the rest of the consolidated cases, *Gonzalez v. Boyd Gaming Corp.*, Case No. 2:25-cv-01955-NJK, names Boyd Gaming Corporation as the defendant and asserts claims on behalf of a class of plaintiffs arising from a data breach to Defendant's information systems in September of 2025. Because the claims asserted in each related class action overlap, the defendant is the same, and each plaintiff asserts injuries common to a class of injured persons, similar questions of fact and the same questions of law will be involved in each case. Plaintiffs thus provide notice to the Court of these related actions. See LR 42-1(a)(3).

Dated: October 23, 2025

Respectfully Submitted,

/s/ Nathan R. Ring
Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
nring@stranchlaw.com

Grayson Wells*
John C. Roberts*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

*Attorneys for Plaintiff Patricia Tiedtke and The Proposed Class*

*Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record in the above styled and numbered cases via the Court's ECF system, this the 22nd day of October 2025.

                                                  */s/ Nathan R. Ring*
                                                  Nathan R. Ring