REESE, RING, VELTO
3100 W. CHARLESTON BLVD, STE 208
LAS VEGAS, NV 89102
(725) 235-9750



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JACOB MALIN
Plaintiff

vs

BOYD GAMING CORPORATION
Defendant

Case Number: 2:25-CV-01888-APG-EJY

Dept:

**PROOF OF SERVICE**

ERIK KELLIHER, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT**

I served the same on **10/10/2025 at 2:00 PM** to:

Defendant **BOYD GAMING CORPORATION, BY SERVING CORPORATION SERVICE COMPANY, REGISTERED AGENT**

by leaving the copies with or in the presence of **KRIS KENNISON, ADMINISTRATIVE ASSISTANT**, at 112 N CURRY ST, CARSON CITY, NV 89703, pursuant to **NRS 14.020**.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Wednesday, October 15, 2025

ERIK KELLIHER   R-2024-10753
Battle Born Process Service
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188
PILB# 1876

P-2031984.01