REESE, RING, VELTO
3100 W. CHARLESTON BLVD, STE 208
LAS VEGAS, NV 89102
(725) 235-9750



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CANDICE CAZAU-DEGENOVA<br>Plaintiff<br><br>vs<br><br>BOYD GAMING CORPORATION<br>Defendant | Case Number: 2:25-CV-01868-NJK<br><br>Dept:<br><br>**PROOF OF SERVICE** |

ERIK KELLIHER, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS IN A CIVIL ACTION; PROPOSED CLASS ACTION COMPLAINT; CIVIL COVER SHEET**

I served the same on **10/6/2025 at 9:40 AM** to:

**Defendant BOYD GAMING CORPORATION, BY SERVING CORPORATION SERVICE COMPANY, REGISTERED AGENT**

by leaving the copies with or in the presence of **KRIS KENNISON, ADMINISTRATIVE ASSISTANT**, at 112 N CURRY ST, CARSON CITY, NV 89703, pursuant to **NRS 14.020**.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Tuesday, October 7, 2025

ERIK KELLIHER    R-2024-10753
Battle Born Process Service
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188
PILB# 1876

P-2031606.01