Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Tel: (725) 235-9750
lasvegas@stranchlaw.com

J. Gerard Stranch, IV (*pro hac vice* pending)
Grayson Wells (admitted *pro hac vice*)
John C. Roberts (admitted *pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
jroberts@stranchlaw.com
*Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman*

*Additional Counsel Listed on Signature Page*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

No. 2:25-cv-1814-GMN-EJY

IN RE: BOYD GAMING CORP.
BREACH LITIGATION

**APPLICATION FOR THE
APPOINTMENT OF
INTERIM CLASS COUNSEL**

STRANCH, JENNINGS & GARVEY
PLLC
725-235-9750
lasvegas@stranchlaw.com
3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

Strauss Borrelli PLLC
One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100

Pursuant to the Court's order consolidating these actions (ECF 13), Plaintiffs Scott Levy, Deandric Price, Patricia Tiedtke, Larry Harris, Holly Neely, Jeri Schmidt, Payton Ruehlman, Alexander Furman, Kim Warner, Candice Cazau-Degenova, Kelvin Bragg, Jacob Malin, Mark Metzler, and Jason Goodman – representing 14 of the 20 plaintiffs before the Court in these consolidated actions – hereby request the Court appoint the following interim class leadership structure:

### INTERIM CO-LEAD COUNSEL
J. Gerard Stranch, IV, STRANCH, JENNINGS & GARVEY, PLLC
Raina C. Borrelli, STRAUSS BORRELLI, PLLC
Laura Van Note, COLE & VAN NOTE;

### INTERIM PLAINTIFFS' EXECUTIVE COMMITTEE
Ken Grunfeld, KOPELOWITZ OSTROW, PA
Gary Klinger, MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
M. Anderson Berry, EMERY REDDY, PC
Lynn A. Toops, COHENMALAD, LLP

### INTERIM LIAISON COUNSEL
Nathan R. Ring, STRANCH, JENNINGS & GARVEY, PLLC

## I.  INTRODUCTION

In these consolidated class actions, a total of 23 law firms have appeared, representing 20 plaintiffs across 19 separately filed lawsuits. Experienced and capable interim class leadership will be essential for efficient management of this case. "The purpose of appointing interim class counsel is to ensure that the litigation proceeds smoothly and efficiently until the class certification stage, and for obvious reasons, a leadership structure that represents the majority of the plaintiffs and plaintiffs' attorneys can more effectively achieve this purpose." *In re Data Breach Sec. Litig. Against Caesars Ent., Inc.*, No. 2:23-cv-01447-ART-BNW, 2024 WL 2959279, at *5 (D. Nev. June 12, 2024) ["*Caesars*"] (citing *In re Folgers Coffee, Mktg. Litig.*, No. 21-2984-MD-C-BP, 2021 WL 7906854, at *3 (W.D. Mo. June 7, 2021)).

725-235-9750
lasvegas@stranchlaw.com
STRANCH, JENNINGS & GARVEY PLLC

3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100
Strauss Borrelli PLLC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

Here, the leadership structure proposed above optimally achieves the purpose of interim class counsel. The group of attorneys is large enough to draw on the expertise of multiple attorneys and the resources of multiple law firms, small enough to keep costs low and coordinate projects, and experienced enough to manage the case and zealously represent the interests of all class members. They have the support of the majority of plaintiffs and their counsel, and they are dedicated to the prosecution of this case. The Court should appoint the interim class leadership structure proposed above.

## II.    <u>LEGAL STANDARDS</u>

"The court may designate interim class counsel to act on behalf of a putative class before determining whether to certify the action as a class action" when it is "necessary to protect the interests" of class members. Fed. R. Civ. P. 23(g)(3); Manual for Complex Litigation (Fourth) § 21.11 (2004); *see Caesars*, 2024 WL 2959279, at *1; *Smallman v. MGM Resorts Int'l*, No. 2:20-cv-00376-GMN-NJK, 2021 WL 326135, at *1 (D. Nev. Feb. 1, 2021). As this Court has previously noted: "This typically occurs in cases where 'a large number of putative class actions have been consolidated or otherwise are pending in a single court.'" *Smallman*, 2021 WL 326135, at *1 (quoting *In re Nest Labs Litigation*, No. 14-cv-01363-BLF, 2014 WL 12878556, at *1 (C.D. Cal. Aug. 18, 2014)); *accord Caesars*, 2024 WL 2959279, at *1. "Further, when there is competition between law firms to represent the class, designation of interim class counsel is appropriate." *Smallman*, 2021 WL 326135, at *1.

In appointing interim counsel, the Court considers the same familiar Rule 23(g) factors for the appointment of class counsel prior to class certification. *Smallman*, 2021 WL 326135, at *2; *Caesars*, 2024 WL 2959279, at *2. The Court "must consider" the following factors:

1. "the work counsel has done in identifying or investigating potential claims in the action;"

725-235-9750
lasvegas@stranchlaw.com
PLLC

STRANCH, JENNINGS & GARVEY

3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100

Strauss
Borrelli PLLC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

2. "counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action;"

3. "counsel's knowledge of the applicable law;" and

4. "the resources that counsel will commit to representing the class."

Fed. R. Civ. P. 23(g)(1)(A).

In addition, the Court "may consider any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(1)(B). "Where consideration of other relevant factors does not tilt heavily in either direction and there is a need for an objective tie-breaker, courts may also consider which party was first to file a complaint." *Caesars*, 2024 WL 2959279, at *6; *see also Smallman*, 2021 WL 326135, at *3.

Importantly, interim counsel "must fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(4). "If more than one adequate applicant seeks appointment, the court must appoint the applicant best able to represent the interests of the class." Fed. R. Civ. P. 23(g)(2). "While appointment of interim class counsel is 'not a popularity contest,' courts have recognized that support garnered from multiple plaintiffs can demonstrate a proposed team's ability to work cooperatively with a large group of plaintiffs and attorneys, and to do so in the best interests of the class." *Caesars*, 2024 WL 2959279, at *5 (citing *In re Lenovo Adware Litig.*, No. 15-MD-02624, 2015 WL 10890657, at *2 (N.D. Cal. July 27, 2015); *White v. Med. Rev. Inst. of Am.*, LLC, No. 2:22CV00082-DAK-DAO, 2022 WL 2905665, at *3 (D. Utah July 22, 2022)).

The Court may also appoint an Interim Plaintiffs' Executive Committee to work under the direction of co-lead counsel in large, complex cases like this one. Plaintiffs' Executive Committees "are most commonly needed when group members' interests and positions are sufficiently dissimilar to justify giving them representation in decision-making." *Caesars*,

2024 WL 2959279, at *7 (citing Manual for Complex Litigation (Fourth) § 10.221 (2004)). While such committees provide an added benefit, they "can sometimes lead to substantially increased costs, and they should try to avoid unnecessary duplication of efforts and control fees and expenses." *Id.*

Finally, the Court may, in its discretion, "appoint interim liaison counsel to assist interim lead counsel primarily with administrative matters. *Caesars*, 2024 WL 2959279, at *5 (citing *Walker v. Discover Fin. Servs.*, No. 10–cv–6994, 2011 WL 2160889, at *3 (N.D. Ill. May 26, 2011); Manual for Complex Litigation (Fourth) § 10.221 (2004)). "Liaison counsel generally assists lead counsel with administrative matters such as filings, communications with the court and other counsel, convening meetings of counsel, assuring compliance with local rules, and attending hearings." *Id.*

### III.    ARGUMENT

The Court should appoint J. Gerard Stranch, IV, Raina C. Borrelli, and Laura Van Note as interim co-lead counsel (collectively "Proposed Interim Co-Lead Counsel") in this case. As explained in more detail below, Mr. Stranch, Ms. Borrelli, and Ms. Van Note each bring significant subject matter expertise in complex cybersecurity litigation. Further, given the size of this case, the Court should appoint an Executive Committee comprised of attorneys Ken Grunfeld, Gary Klinger, Anderson Berry, and Lynn Toops (collectively "Proposed Plaintiffs' Executive Committee"). Just as the *Caesars* court observed, "[e]ach attorney hails from a different firm; has extensive knowledge and experience in data security and privacy litigation; and has served in various leadership positions in prior class action cases including as lead counsel, co-lead counsel, liaison counsel, or as a steering committee member." *Caesars*, 2024 WL 2959279, at *7 (appointing six-person steering committee in 19-case consolidated class

action). Finally, the Court should appoint Nathan Ring as interim liaison counsel. (Altogether,

collectively referred to as "Proposed Interim Class Leadership" or "PICL").

In addition to having specialized knowledge and significant experience with the law

applicable to date breach litigation, PICL attorneys have demonstrated a willingness and ability

to work cohesively and collaboratively in this matter by expeditiously coordinating a proposed

leadership slate. The structure of the PICL is the product of a private ordering approach, which

is the leading method of leadership formation in complex litigation. *See* Manual for Complex

Litigation § 21.272 (4th ed. 2017) ("By far the most common [method] is the so-called 'private

ordering' approach: The lawyers agree who should be lead class counsel and the court approves

the selection after a review to ensure that the counsel selected is adequate to represent the class

interests."). PICL attorneys have diligently investigated and prosecuted this case to date, and

they plan on continuing to do so. Proposed Interim Co-Lead Counsel will also propose a time-

keeping protocol to ensure that only reasonable common benefit time is incurred on behalf of

the class.

**A.** **The experience of PICL attorneys in handling class actions, other complex litigation, and the types of claims asserted in this action, together with PICL attorneys' knowledge of the applicable law, make them best suited to serve the interests of the class.**

*1.* ***Proposed Interim Co-Lead Counsel***

a. **J. Gerard Stranch, IV, STRANCH, JENNINGS & GARVEY, PLLC**

J. Gerard Stranch, IV, is a third-generation trial lawyer with deep and broad experience

representing consumers against some of the largest and most well-resourced companies in the

country. He is the Managing Partner of Stranch, Jennings & Garvey, PLLC—the largest and

most successful Tennessee-based class action firm. He was the lead trial attorney for the

Staubus opioids case, on behalf of nine East Tennessee Counties and certain cities within those

725-235-9750
lasvegas@stranchlaw.com
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100
Strauss Borrelli PLLC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

counties against Endo Health Solutions and Endo Pharmaceuticals, Inc., resulting in a default judgment against Endo for discovery violations and settling on the eve of trial for $35 million, the largest per capita payment by Endo in any Opioid settlement. *See Staubus v. Purdue Pharma LP*, No. C-41916 (Sullivan Cty. Tenn. Cir. Ct.). He was appointed to the steering committees of *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability*, No. 15-MD-02672 (N.D. Cal.) resulting in approximately $17 billion in settlements. In *In re New England Compounding Pharmacy, Inc.*, MDL No. 13-02419-RWZ (D. Mass.), he was appointed to the executive committee and in charge of all Tennessee litigation, resulting in the recovery of over $230 million in settlements. He was also appointed to the executive committee in *Dahl v. Bain Capital Partners*, No. 07–12388–EFH (D. Mass.) a case that resulted in a $590.5 million settlement shortly before trial.

Earlier in his career, Mr. Stranch was named to the 40 Under 40 list by the National Trial Lawyers Association. Indeed, when beneficial to his clients, Mr. Stranch is more than willing to take any case to trial. For example, Mr. Stranch's firm recently took Abbott Laboratories to trial in a bellwether infant formula case, which resulted in a nearly $500 million jury verdict. *Gill v. Abbott Labs.*, No. 2322-CC01251 (Mo. Cir. Ct.).

Moreover, Mr. Stranch has significant experience representing consumers in class action litigation, especially in data breach and other privacy cases. Indeed, Mr. Stranch has significant knowledge of the claims and defenses brought in data breach and other privacy class actions specifically because he has litigated these matters in courts across the country. For example, Mr. Stranch served as co-lead counsel in *In re CorrectCare Data Breach Litig.*, No. 5:22-319-DCR (E.D. Ky.), which resulted in a $6.49 million settlement. In *Doe v. SSM & Navvis*, No. 2422-CC-00208 (Mo. Cir. Ct.), the firm represented the class as class counsel,

resulting in a $6.5 million settlement. In *Owens v. MGM Resorts International*, No. 2:23-cv-01480 (D. Nev.), Mr. Stranch was appointed as co-lead class counsel to represent a class of customers affected by a 2023 data breach. Along with co-counsel, Mr. Stranch negotiated a $45 million settlement as part of an agreement to resolve claims arising under both of MGM's 2019 and 2023 data breaches. In *In re Evolve Bank & Trust Customer Data Security Breach Litigation*, MDL No. 2:24-md-03127 (W.D. Tenn.), Mr. Stranch successfully petitioned for centralizing in an MDL and was ultimately named interim lead counsel. Mr. Stranch then successfully negotiated a more than $12 million settlement. In *Lewis v. Mountain View Hospital, LLC*, No. 3:24-cv-00175 (M.D. Tenn.), Mr. Stranch served as lead counsel on behalf of the more than 400,000 class members and negotiated a settlement worth up to $4.4 million. And in a recent online privacy case, *Doe et al v. HSCGP, Inc.*, No. 23C2513 (Tenn. Cir. Ct.), Mr. Stranch negotiated a settlement valued at approximately $23 million to redress alleged privacy violations related to disclosure of health information to Meta. Indeed, these are a small fraction of the hundreds of privacy class actions that Mr. Stranch has litigated or continues to litigate.[1]

---

[1] *See Negron v. Ascension Health*, No. 4:24-cv-669 (E.D. Mo.) (co-lead class counsel); *Smith v. Specialty Networks*, No. 1:24-cv-286 (E.D. Tenn.); *In re HCA Healthcare, Inc. Data Sec. Litig.*, No. 3:23-cv-684 (M.D. Tenn.) (co-lead class counsel); *Kerr v. Andrews McMeel Univ.*, No. 2316-CV12523 (Mo. Cir. Ct.); *Cain v. CGM, LLC*, No. 1:23-cv-2604 (N.D. Ga.); *Schaefer v. Johson Fin. Grp.*, No. 2023CV001483 (Wisc. Cir. Ct.); *Morris v. CommerceV3, Inc.*, No 2024 CA 41 (Fla. Cir. Ct.); *Miller v. Arisa Health, Inc.*, No. 36CV-24-177 (Ark. Cir. Ct.); *In re Numotion Data Incident Litig.*, No. 3:24-cv-545 (M.D. Tenn.); *Martinez et al. v. Presbyterian Healthcare Services*, No. D-202-CV-2020-01578 (N.M. Dist. Ct.) (class of 1,047,428 individuals); *Owens v. U.S. Radiology Specialists Inc. et al.*, No. 22 CVS 17797 (N.C. Super. Ct.); *In re Goodman Campbell Brain & Spine Data Incident Litig.*, No. 49D01-2207-PL-024807 (Ind. Super. Ct.); *Monegato v. Fertility Ctrs. of Illinois, PLLC*, No. 2022 CH 00810 (Cook Cty. Cir. Ct.); *Berthold v. Norton Healthcare, Inc.*, No. 23-CI-003349 (Jeff. Cty., Ky. Cir. Ct.) (appointed co-lead interim class counsel in consolidated data breach class action impacting at least 2.5 million patients and employees); *Lurry v. Pharmerica Corp.*, No 3:23-cv-00297-RGJ (W.D. Ky.) (appointed interim lead class counsel in consolidated data breach

725-235-9750
lasvegas@stranchlaw.com
PLLC

STRANCH, JENNINGS & GARVEY

3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100

Strauss Borrelli PLLC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12th STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

Given Mr. Stranch's deep experience in data breach class actions, he is more than qualified to represent the Class here. Additional information about Mr. Stranch and his firm can be found in the Stranch, Jennings & Garvey firm resume, attached as **Exhibit A**.

### b.    Raina C. Borrelli, Strauss Borrelli, PLLC

Raina Borrelli is a is a founding partner of Strauss Borrelli, PLLC, where she leads the firm's class action litigation practice. Ms. Borrelli received her J.D. magna cum laude from the University of Minnesota Law School in 2011. Prior to joining Strauss Borrelli, Ms. Borrelli was a partner at Gustafson Gluek PLLC, a boutique class action firm in Minneapolis, Minnesota, where she successfully prosecuted complex class actions in federal and state courts, including *Hudock v. LG Electronics USA, Inc.*, 16-cv-1220 (JRT/KMM) (D. Minn.); *Baldwin v. Miracle-Ear, Inc.*, 20-cv-01502 (JRT/HB) (D. Minn.); *In re FCA Monostable Gearshifts Litig.*, 16-md-02744 (E.D. Mich.); *Zeiger v. WellPet LLC*, 17-cv-04056 (N.D. Cal.); *Wyoming v. Procter & Gamble*, 15-cv-2101 (D. Minn.); *In re Big Heart Pet Brands Litig.*, 18-cv-00861 (N.D. Cal.); *Sullivan v. Fluidmaster*, 14-cv-05696 (N.D. Ill.); *Rice v. Electrolux Home Prod., Inc.*, 15-cv-00371 (M.D. Pa.); *Gorczynski v. Electrolux Home Products, Inc.*, 18-cv-10661 (D.N.J.); *Reitman v. Champion Petfoods*, 18-cv-1736 (C.D. Cal.); *Reynolds, et al., v. FCA US, LLC*, 19-cv-11745 (E.D. Mich.). Ms. Borrelli has repeatedly been named to the annual Minnesota "Rising Star" Super Lawyers list (2014-2021) by *SuperLawyers* Magazine. She has

class action); *Goodlett v. Brown-Forman*, No. 20-CI-005631 (Jefferson Cty. Ky. Cir. Ct.); *Reese v. Teen Challenge Training Ctr., Inc.*, No. 210400093 (Phil. Cty. Pa. Ct. Comm. Pl.); *Black v. Smith Transport, Inc.*, No. 2022 GM 3110 (Blair Cty. Pa. Ct. Comm. Pl.) (final approval pending); *K.B. E. Tenn. Children's Hosp. Ass'n*, No. C2LA0081 (Tenn. Cir. Ct.); *Henck v. Squirrel Hill Health Ctr.*, No. GD-21-014637 (Pa. Ct. Comm. Pl.); *Edwards v. Concord Music Grp.*, No. 24C2675 (Tenn. Cir. Ct.); *Bauer v. BJC Health Sys.*, No. 2022-CC-09492 (Mo. Cir. Ct.); *Castaneda v. Ardagh Glass, Inc.*, No. 1:23-cv-02214 (S.D. Ind.); *O'Neal v. Quaker Window Prods.*, No. 24OS-CC-00002 (Mo. Cir. Ct.).

also been repeatedly certified as a North Star Lawyer by the Minnesota State Bar Association (2012-2015; 2018-2020) for providing a minimum of 50 hours of pro bono legal services.

Ms. Borrelli has significant experience in data privacy litigation and is currently litigating hundreds of data breach cases in courts around the country as lead counsel or co-counsel on behalf of millions of data breach victims.[2]

In addition to her robust data breach practice, Ms. Borrelli is also currently litigating a variety of consumer protection cases, including under the TCPA, various state right of publicity laws, and the Illinois Biometric Information Privacy Act, such as: *Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, 19-cv-12608 (D. Mass.) ($14 million TCPA class settlement); *Baldwin, et al. v. Miracle-Ear, Inc., et al.*, 20-cv-1502 (D. Minn.) ($8 million TCPA class settlement); *Callahan v. PeopleConnect, Inc.*, 20-cv-9203 (N.D. Cal.); and *Kellman et al. v. Spokeo*, 21-cv-08976 (N.D. Cal.).

Finally, Ms. Borrelli has substantial experience leading discovery teams in complex class action matters and working with class damages experts and class damages models in

---

[2] *See, e.g.*, *In re Netgain Tech. Consumer Data Breach Litig.*, 21-cv-1210 (D. Minn.) (appointed by the court to the Plaintiffs' Interim Executive Committee); *In re C.R. England, Inc. Data Breach Litig.*, 2:22-cv-374-DAK-JCB (appointed by the court has Interim Co-Lead Counsel); *Medina et al. v. PracticeMax Inc.*, 22-cv-01261-DLR (D. Ariz.) (appointed to Executive Leadership Committee); *Forslund et al. v. R.R. Donnelley & Sons Co.*, 1:22-cv-04260 (N.D. Ill.) (appointed as interim co-lead class counsel); *In re Lincare Holdings, Inc. Data Breach Litig.*, 8:22-cv-01472 (M.D. Fla.) (appointed to Interim Executive Leadership Committee, achieving a $7.25 million settlement for the class); *In re Thompson Coburn Data Security Litig.*, 4:24-cv-1509 (E.D. Mo.) (appointed interim co-lead class counsel); *In re CDK Global Data Security Consumer Litig.*, 1:24-cv-05221 (N.D. Ill.) (appointed interim co-lead counsel); *Grogan v. McGrath RentCorp., Inc.*, 22-cv-490 (N.D. Cal.); *Darrin et al. v. Huntington Ingalls Indus.*, 4:23-cv-00053 (E.D.V.A.) (appointed interim co-lead class counsel); *Hulewat et al. v. Medical Management Resource Group, LLC*, 2:24-cv-00377 (D. Ariz.) (appointed Interim Co-Lead Class Counsel); *In re CDK Global Data Security Breach Litig.*, 1:24-cv-05221 (N.D. Ill.) (appointed Interim Co-Lead Class Counsel); *Garcia et al. v. Set Forth, Inc. et al.*, 1:24-cv-11688 (appointed Interim Co-Lead Class Counsel following contested motion practice).

725-235-9750
lasvegas@stranchlaw.com

STRANCH, JENNINGS & GARVEY PLLC

3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

consumer protection cases. Additional information about Ms. Borrelli and Strauss Borrelli PLLC can be found in the Strauss Borrelli firm resume, attached as **Exhibit B.**

  **c.**  **Laura Van Note, COLE & VAN NOTE**

  Laura Van Note is a shareholder of Cole & Van Note ("CVN"), a firm based out of Oakland, California. CVN is a class action centric and boutique practice devoted to prosecuting privacy, including data breaches, employment, environmental and/or consumer fraud complex cases. In its over 30-year history, CVN has prosecuted hundreds of class and/or complex/representative cases, some of the more unique ones being identified in the firm's professional resume.

  Many of these cases involve(d) some or all of the same legal issues as are presented in the current action. While almost entirely devoted today to prosecuting cyber-security class actions, the firm's past experiences run deep across various areas of the law—from employment wage and hour and discrimination cases, to consumer, personal injury and environmental class actions/mass tort cases. CVN has successfully achieved class certification, settlements and judgments in varied factual scenarios, with just some of the more unique, difficult or groundbreaking situations being set forth in the firm's resume. Some better-known and/or "game changing" cases include *Kullar v. Foot Locker Retail, Inc.* (2008) 168 Cal.App.4th 116 (Case No. A119697) (setting the standard for settlement approval in California state courts); *Augustus (Davis) vs. ABM Security Services.*, Supreme Court of California Case No. S224853 (establishing a new Supreme Court standard for workplace rest periods; $110 million settlement); *Despres v. United Parcel Service, Inc.*, Case Nos. 3:03-CV-02987 (TEH) and 3:03-CV-02001 (TEH) (N.D. Cal.) (historic $87 million settlement in meal break-only case); *Kurihara v. Best Buy Co., Inc.*, 2007 U.S. Dist. LEXIS 64224 (N.D. Cal.

725-235-9750
lasvegas@stranchlaw.com

STRANCH, JENNINGS & GARVEY PLLC

3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100

Strauss Borrelli PLLC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

Aug. 29, 2007) (class cert. granted and clarifying distinction between class composition and entitlement to a recovery); *Tierno v. Rite Aid Corp.*, 2006 U.S. Dist. LEXIS 71794 (N.D. Cal. Aug. 31, 2006) (oft-cited ruling certifying a class of retail Store Managers alleging overtime misclassification; $6.9 million settlement); *Fulton v. Sports and Fitness Clubs of America, dba 24 Hour Fitness, USA, Inc.,* Case No. GIC881669 (Super. Ct. Cal. San Diego Cnty.), (consolidated with Case No. GIC873193) (industry changing case that helped define "piece rate" standard under the law; class certification and then summary judgment granted; $19 million resolution); *In Re Westley Tire Fire Litigation*, Case No. CV 801282 (Super. Ct. Cal. Santa Clara Cnty.) (lead counsel in toxic 7 million automobile tire fire that impacted up to one third of the State of California); *In Re Unocal Refinery Litigation*, Case No. C94-04141 (Super. Ct. Cal. Contra Costa Cnty. (Steering Committee in massive toxic chemical release); *In Re: Apple Inc. Device Performance Litigation*, Case No. 5:18-md-02827-EJD (N.D. Cal.) (Steering Committee in consumer fraud case); *In Re Tosco SFR Litigation* (C97-01637 (Super. Ct. Cal. Contra Costa Cnty.) (Lead Counsel in massive 1997 toxic airborne release over multiple towns).

Currently, CVN is devoted almost entirely to the prosecution of data breach class actions, with the vast bulk of its caseload being cases involving almost identical legal and factual issues to those presented in the instant case. In these matters, CVN serves in a variety of roles, oftentimes in various leadership positions. For example, CVN has served as court-appointed lead or co-lead counsel in numerous data breach matters.[3]

---

[3] *See, e.g.*, *Henderson, et al. v. Reventics, LLC*, Case No. 1:23-cv-00586-MEH (D. Colo.) (court appointed co-lead counsel); *Hinds, et al. v. Community Medical Centers, Inc.*, Case No. STK-CV-UNPI-2021-10404 (Super. Ct. Cal. San Joaquin Cnty.) (court appointed co-lead counsel); *Tsvetanova, et al. v. UCSD Health*, Case No. 37-2021-00039888-CU-PO-CTL (Super. Ct. Cal. San Diego Cnty.) (court appointed co-lead counsel); *In Re: Rackspace Data*

725-235-9750
lasvegas@stranchlaw.com

STRANCH, JENNINGS & GARVEY PLLC

3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100

Strauss Borrelli PLLC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12th STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

CVN also serves in more informal (e.g., Executive Committee) leadership positions in numerous other data breach cases and in sole counsel roles in even dozens more—actions currently venued across well over 30 states. CVN, thus, possesses the experience and ample resources to lead the current case(s), and will continue to do so throughout this litigation. Additional information about Ms. Van Note and her firm can be found in her firm resume, attached as **Exhibit C**.

### 2. *Proposed Plaintiffs' Executive Committee*

#### a. **Ken Grunfeld, KOPELOWITZ OSTROW, PA**

Ken Grunfeld represents Plaintiff Holly Neely. Mr. Grunfeld's practice focuses on

---

*Security Litigation*, No.: SA-22-cv-01296-XR (W.D. Tex.) (court appointed lead counsel); *Fedorys, et al. v. Ethos Group Inc.*, Case No. 3:22-cv-2573-M (N.D. Tex.) (court appointed co-lead counsel); *Moreland, et al. v. 1st Franklin Financial Corporation*, Case No. 2:23-cv-00038-SCJ (N.D. Ga.) (court appointed co-lead counsel); *Domitrovich, et al. v. MC Dean, Inc.*, Case No. 1:23-cv-00210-CMH-JFA (E.D. Va) (court appointed co-lead counsel); *Deevers, et al. v. Wing Financial Services, LLC.*, Case No. 4:22-cv-00550-CVE-MTS (N.D. Okla.) (court appointed co-lead counsel); *Darrin v. Huntington Ingalls Industries, Inc.*, Case No. 4:23-cv-00053-JKW-DEM (E.D. Va.) (court appointed co-lead counsel); *Guerrero v. Merritt Healthcare Holdings, LLC*, Case No. 3:23-cv-00389-MPS (D. Conn.) (court appointed co-lead counsel); *Prutsman v. Nonstop Administration and Insurance Services, Inc*., Case No. 3:23-Cv-01131-VC (N.D. Cal.) (court appointed co-lead counsel); *In re DISH Network Data Security Incident Litigation*, Case No. 1:23-cv-01168-RMR-SBP (D. Colo.) (court appointed co-lead counsel); *Byers v. Orthoalaska, LLC*, Case No. 3:23-cv-00243-SLG (D. Alaska) (court appointed co-lead counsel); *Tambroni v. Wellnow Urgent Care, P.C.*, Case No. 1:24-cv-01595 (N.D. Ill.) (court appointed co-lead counsel); *Dryden v. Tri Counties Bank*, Case No. 23CV03115 (Super. Ct. Cal. Butte Cnty.) (court appointed co-lead counsel); *Brett v. Valley Mountain Regional Center*, Case No. STK-CV-UPl-2024-0005025 (Super. Ct. Cal. San Joaquin Cnty.) (court appointed co-lead counsel); *Cordell v. Patelco Credit Union*, Case No. 24CV082095 (Super. Ct. Cal. Alameda Cnty.) (court appointed co-lead counsel); *Skillings, et al., v. Access Sports Medicine and Orthopedics*, Case No. 218-2024-CV-01086 (Super. Ct. New Hampshire Rockingham Cnty.) (court appointed co-lead counsel); *Bujok v. MC2 Data, LLC*, Case No. 0:24-cv-61864-LEIBOWITZ (S.D. Fla.) (court appointed co-lead counsel); *Francisco v. Diligent Acquisitions LLC*, Case No. 4:24-cv-04468 (S.D. Tex.) (court appointed co-lead counsel); *Oliver v. Jewish Home Lifecare* (N.Y. Sup. Ct., N.Y. County, Index No. 157811/2024) (court appointed co-lead counsel); *Lunsford v. Maryhaven Inc*., Case No. 25CV003753 (Ct. of Common Pleas, Franklin Cty. Ohio) (court appointed co-lead counsel).

*Left margin:*

725-235-9750
lasvegas@stranchlaw.com
STRANCH, JENNINGS & GARVEY PLLC
SJG
3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100
Strauss Borrelli PLLC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

representing consumers in class actions against pharmaceutical manufacturers, banks, credits card issuers, and other national corporate defendants. Recently, he has filed and litigated numerous class cases involving data breaches, cybersecurity incidents and privacy matters. His cases have resulted in the recovery of hundreds of millions of dollars for injured individuals. Mr. Grunfeld brings with him a wealth of pre-trial, trial, and appellate work experience in both state and federal courts.

Mr. Grunfeld and Kopelowitz Ostrow (KO) have significant experience in consumer class-action litigation and have held leadership positions in a number of high-profile cases, including in *In re Checking Acct. Overdraft Litig.*, No. 1:09-MD-02036-JLK (S.D. Fla.), a large MDL that resulted in the recovery of $1.2 billion from the nation's largest banks. In that matter, U.S. District Judge James Lawrence King commented that "Class Counsel's efforts in pursing and settling these consumer claims were, quite simply, outstanding." *In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK, 2013 WL 11319244, *16 (S.D. Fla. Aug. 2, 2013).[4]

Mr. Grunfeld and KO are experienced data breach counsel and are litigating over 100 cases around the country. We are currently counsel of record and part of the leadership structure in numerous pending data breach cases, including notable, large-scale cases:

---

[4] Additional cases include *In re Disposable Contact Lens Antitrust Litigation*, No. 3:15-md-2626-HES-JRK (M.D. Fla.) (antitrust class action with $85 million recovered to date); *In re: National Prescription Opiate Litigation*, No. 1:17-md-2804 (N.D. Ohio); *In re Juul Labs*, No. 19-md-2913 (N.D. Cal.) (representing School Boards to recover over $100 million); *In re: Erie COVID-19 Business Interruption Protection Ins. Litig.*, Case No. 1:21-mc-00001-MRH (W.D. Pa.) (co-lead counsel); *Checchia v. Bank of America, N.A.*, No. 2:21-cv-3585 (E.D. Pa); *Stephen Giercyk v. National Union Fire Insurance Company of Pittsburgh, et al.*, No. 2:13-cv-06272 (D.N.J.); *Rose v. Travelers et al.*, No. 19-977 (E.D. Pa.); *Aughtman v. Yes To Inc. et al.*, No. 2:20-cv-01233-VAP-JPR (C.D. Cal.); *Thompson et al. v. 1-800 Contacts, Inc. et al.*, No. 2:16-cv-01183 (D. Utah).

725-235-9750
lasvegas@stranchlaw.com

STRANCH, JENNINGS & GARVEY
PLLC

3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave,., Ste. 1610
Chicago, IL 60611
872.263.1100

Strauss Borrelli PLLC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

- *In re HCA Healthcare Data Security Litigation*, No. 3:23-cv-00684 (M.D. Tenn.) (affecting 11 million individuals);

- *Crowe v. Managed Care of N. Am., Inc.*, No. 23-cv-61065 (S.D. Fla.) (affecting 9 million individuals);

- *In re: Fortra File Transfer Software Data Sec. Breach Litig.*, No. 24-md-3090 (S.D. Fla.) (involving patient health information with 10 defendants and an intricate "hub-and-spoke" relationship); and

- *Skurauskis v. NationsBenefits, LLC*, No. 2:23-cv-60830 (SD. Fla.) (affecting over 3 million individuals).

Other recent appointments to leadership positions in data breach class actions such as this one include: *Opris et al v. Sincera Reproductive Medicine*, No. 2:21-cv-03072 (E.D. Pa.) (co-lead); *Mateo v. Service Employees Int'l Union, Local 32BJ*, NO, 004121-22 (Bergan Co., NJ Sup. Ct.) (Lead Counsel); *Katz et al. v. Einstein Healthcare Network*, No. 02045 (Phila C.P.) (co-lead); *Harrell v. WebTPA Emp'r Servs., LLC*, No. 3:24-cv-1160 (N.D. Tex.) (2.4 million victims); *In re HealthEquity, Inc. Data Sec. Incident Litig.*, No. 2:24-cv-528 (D. Utah) (4.3 million victims).

KO has the necessary financial and technological resources to support this litigation. We pride ourselves on practicing competently, ethically, with civility and integrity, and always with the utmost respect for the judiciary and opposing parties. We understand how to efficiently litigate complex cases while submitting technically precise filings with factually and legally supported arguments. In addition, KO has no debt and self-funds all case costs from operating revenue. Mr. Grunfeld has worked cohesively with the other counsel here in other cases and is honored to support their applications in this case. He is confident that the proposed leadership structure will result in an excellent recovery for our mutual clients. Additional information about Mr. Grunfeld and his firm can be found in the firm's resume, attached as **Exhibit D**.

b.     **Gary Klinger, MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

Mr. Klinger is a Senior Partner at Milberg and Chair of its Cybersecurity and Data Privacy Practice Group. Mr. Klinger is recognized as one of the most respected data privacy attorneys in the United States, having been ranked by Chambers and Partners as Band 3 for Privacy & Data Security Litigation (2024)[5] and having been selected to Lawdragon's 500 Leading Litigators in America for his accomplishments in privacy litigation (2024).[6] Indeed, Law360 recently highlighted Mr. Klinger's work in the privacy space.[7]

Mr. Klinger has extensive experience serving in leadership on numerous privacy class actions, including as lead or co-lead counsel in the largest data breaches in the country.[8] Mr. Klinger and his firm have played an important role in developing the favorable case law that many plaintiffs rely on in the data breach space. *See e.g., Webb v. Injured Workers Pharmacy, LLC*, 72 F.4th 365 (1st Cir. 2023) (Milberg attorneys obtained a decision from the First Circuit reversing the dismissal with prejudice of a data breach case and finding Article III standing); *In re Arthur J. Gallagher Data Breach Litig.*, 631 F. Supp. 3d 573, 586 (N.D. Ill. 2022) (Milberg attorneys largely defeated a motion to dismiss in a data breach case involving 3 million consumers); *Flores v. Aon Corp.*, 2023 IL App. (1st) (230140) (where Mr. Klinger

---

[5] Only three plaintiffs' lawyers in the country received the distinction of being ranked by Chambers and Partners for Privacy & Data Security Litigation.

[6] *See* https://chambers.com/lawyer/gary-klinger-usa-5:26875006; https://www.lawdragon.com/guides/2023-09-08-the-2024-lawdragon-500-leading-litigators-in-america.

[7] https://www.law360.com/articles/1854005/rising-star-milberg-s-gary-klinger.

[8] *See, e.g., In re: MoveIt Customer Data Security Breach Litigation*, 1:23-md-03083 (D. Mass.) (where Mr. Klinger was appointed to the leadership committee in multi-district litigation involving a data breach that impacted more than 95 million consumers); *Isaiah v. LoanDepot, Inc.*, 8:24-cv-00136-DOC-JCE (C.D. Cal) (where Mr. Klinger was appointed co-lead counsel in a data breach that impacted 17 million consumers).

725-235-9750
lasvegas@stranchlaw.com
SJG
PLLC
STRANCH, JENNINGS & GARVEY
3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100

Strauss Borrelli
PLLC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

obtained reversal of a dismissal with prejudice in a data breach class action); *In re Blackbaud, Inc., Customer Data Breach Litig.,* No. 3:20-MN-02972-JMC, 2021 WL 2718439, at *1 (D.S.C. July 1, 2021) (Milberg attorneys defeated a standing challenge in a 10 million person data breach case).

Over the past 3 years, Mr. Klinger has settled, on a class-wide basis, more than 100 class actions involving privacy violations, the majority of which are data breaches, in state and federal courts across the country as lead or co-lead counsel. To his knowledge, no other attorney in the country has settled and won court approval of more data breach class actions during this period. Representative cases include: *Parris, et al., v. Meta Platforms, Inc.*, Case No.2023LA000672 (18th Cir. DuPage Cty., Ill.) (where Mr. Klinger serves as lead counsel and obtained a settlement of $64.5 million for 4 million consumers in a privacy class action); *Owens v. MGM Resorts Int'l*, 2:23-cv-01480-RFB-MDC (D. Nev.) (where Mr. Klinger served as lead counsel and obtained a settlement of $45 million for millions of consumers in a privacy class action); *Boone v. Snap, Inc.*, Case No. 2022LA000708 (18th Cir. DuPage Cty., Ill.) (where Mr. Klinger served as lead counsel and obtained a settlement of $35 million for 3 million consumers in a privacy class action); *In re: East Palestine Train Derailment*, No. 23-cv-00242 (N.D. Ohio) (where Mr. Klinger serves on the leadership team that obtained a settlement of $600 million in a complex class action).[9]

Mr. Klinger also has the full weight of his law firm behind him. Since its founding in

---

[9] Mr. Klinger has also successfully litigated contested class actions through class certification. *See, e.g., Sewall v. Home Partners Holdings LLC*, No. A23-1662, 2024 WL 64318, at *1 (Minn. Ct. App. Jan. 2, 2024) (denying interlocutory review to an order granting class certification to a class of lessees in a landlord-tenant dispute); *Karpilovsky v. All Web Leads, Inc.*, No. 17 C 1307, 2018 WL 3108884, at *1 (N.D. Ill. 2018) (where Mr. Klinger certified, over objection, a nationwide privacy class action involving more than one million class members; the case ultimately settled for $6.5 million).

725-235-9750
lasvegas@stranchlaw.com
PLLC

STRANCH, JENNINGS & GARVEY

3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100

Strauss Borrelli PLLC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

1965, Milberg has repeatedly taken the lead in landmark cases that have set groundbreaking legal precedents, prompted changes in corporate governance, and recovered over $50 billion in verdicts and settlements. Milberg has been instrumental in obtaining precedent-setting decisions at every level, including at the United States Supreme Court.[10] The firm pioneered federal class action litigation and is widely recognized as a leader in defending the rights of victims of large-scale wrongdoing. Milberg has been described by the New York Times as "[a] powerhouse that compelled miscreant and recalcitrant businesses to pay billions of dollars to aggrieved shareholders and customers."[11] The firm currently is involved in some of the largest and most well-known class action cases in the country, and it is particularly active in the field of data breach and privacy litigation. The firm is comprised of more than 120 attorneys who work from offices across the United States and in Portugal, the United Kingdom, the Netherlands, and Germany. Milberg attorneys come from diverse backgrounds and reflect the diversity of the bar and the classes they seek to represent—from the standpoint of age, gender, experience, and geographic location.[12] Additional information can be found in the firm resume, attached as **Exhibit E**.

c.    **M. Anderson Berry, Emery Reddy, PC**

Mr. Berry is the head of the Complex Litigation and Privacy Rights Department at, and

---

[10] *See* https://milberg.com/precedent-setting-decisions/page/3/.

[11] Sam Roberts, *Melvyn Weiss, Lawyer Who Fought Corporate Fraud, Dies at 82*, N.Y. TIMES, (Feb. 5, 2018), https://www.nytimes.com/2018/02/05/obituaries/melvyn-weiss-lawyer-who-fought-corporate-fraud-dies-at-82.html.

[12] *See* Bolch Judicial Institute, Duke Law School, *Guidelines and Best Practices for Large and Mass-Tort MDLs* at 38, 45-46 (2d ed. 2018), *available at* https://judicialstudies.duke.edu/wp-content/uploads/2018/09/MDL-2nd-Edition-2018-For-Posting.pdf ("Duke Guidelines") ("The judge's primary responsibility in the selection process is to ensure that the lawyers appointed to leadership positions are capable and experienced and that they will responsibly and fairly represent all plaintiffs, keeping in mind the benefits of diversity of experience, skills, and backgrounds.").

725-235-9750
lasvegas@stranchlaw.com
PLLC

STRANCH, JENNINGS & GARVEY

3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

a Partner of, Emery Reddy, PC, with an extensive background in privacy and consumer/government fraud litigation, actively participating in a currently sealed False Claims Act case involving widespread cybersecurity fraud upon the United States. Before joining Emery Reddy, PC, Mr. Berry spent eight years leading the Complex Litigation department at Clayeo C. Arnold, APC in 2017. Before then, Mr. Berry worked as an Assistant United States Attorney for the Eastern District of California. As part of the Affirmative Civil Enforcement unit, Mr. Berry handled a wide variety of complex cases, recovering millions of dollars for the United States. While working as an Assistant United States Attorney, Mr. Berry worked with diverse Federal and State agencies, including the Federal Bureau of Investigation and the California Attorney General's office. Before working for the Department of Justice, Mr. Berry practiced at Jones Day, one of the world's largest law firms, where he represented clients in international arbitration and complex commercial litigation, including defending class actions.

Mr. Berry has handled more than one hundred class action cases across the country involving data breaches and other privacy matters, including active matters where he has a leadership position.[13] Additional information about Mr. Berry and his firm can be found in the

---

[13] *See, e.g.*, *In re Laboratory Services Cooperative Data Breach Litig.*, Case No. 2:25-cv-00685-BJR (W.D. Wash.) (Plaintiffs' Steering Committee); *Swan v. North American Breaker Company, LLC,* Case No. 2:25-cv-02002-HDV-KES (C.D. Cal.) (co-lead counsel); *Margul v. Evolve Bank & trust,* Case No. 1:24-cv-03259-DDD (D. Co.) (co-lead counsel); *Pace v. Omni Family Health,* Case No. 1:24-cv-01277-JLT (E.D. Cal.) (co-lead counsel); *In re Avis Rent A Car System, LLC Security Incident Litigation,* Case No. 2:24-cv-09243-JXN (D. N.J.) (co-lead counsel); *Kersey v. Therapeutic Health Services*, Case No. 24-2-17679-9 (Wash. Super., King Cty) (lead counsel); *Cordell v. Patelco Credit Union*, Case No. 24CV082095 (Sup. Crt. Of CA, Alameda) (co-lead counsel); *In re: Panera Data Security Litigation*, Case No. 4:24-cv-847-HEA (E.D. Mo.) (co-lead counsel); *Holmes v. Elephant Insurance Company, et al.,* No. 3:22-cv-00487-JAG (E.D.VA.) (Co-Lead Counsel); *Burgin et al. v. Housing Authority of the City of Los Angeles*, No. 23STCV06494 (Super. Ct. of CA, Los Angeles) (Co-Lead Counsel); *In re: Signature Performance Data Breach Litig.*, No. 8:24-cv-00230-BBCB-MDN (D. Neb.)(Co-Lead Counsel); *In re: Prospect Medical Holdings, Inc. Data Breach*, No. 2:23-cv-03216-WB (E.D. Pa.) (Co-Lead Counsel); *In Re: Eureka Casino Breach Litig.*, No. 2:23-cv-

---

STRANCH, JENNINGS & GARVEY
PLLC

725-235-9750
lasvegas@stranchlaw.com

3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

SJG

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100

Strauss
Borrelli
PLLC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

Emery Reddy firm resume, attached as **Exhibit F**.

       **d.**      **Lynn A. Toops, COHENMALAD, LLP**

Ms. Toops and her firm, CohenMalad, LLP ("CM"), should be appointed to Plaintiffs' Executive Committee. Ms. Toops is highly qualified to serve in this role, to adequately represent and advance the interests of the class.

Ms. Toops and CM enjoy an excellent reputation as a leading class action law firm across the country. *See, e.g.*, *In re Iowa Ready-Mix Concrete Antitrust Litig.*, No. C 10-4038-MWB (N.D. Iowa Nov. 9, 2011) (commenting that "fabulous results" were achieved for the class with "incredible efficiency"). Indeed, for the past 50 years, CM has served as class counsel in numerous local, statewide, multi-state, nationwide, and even international class actions. *See, e.g.*, *In re Holocaust Victim Assets Litig.*, 105 F. Supp. 2d 139 (E.D.N.Y. 2000) (settlement of $1.25 billion for claims relating to conversion of bank accounts and property of victims of the Holocaust); *Raab v. R. Scott Waddell, in his official capacity as Commissioner of the Indiana Bureau of Motor Vehicles et al.*, Nos. 49D12-1303-PL-008769, 49D11-1310-PL- 038001 (Ind. Super. Ct.) (settlements, including after trial and judgment, of approximately $100 million in overcharges for motor vehicle and license fees). CM has also served in leadership positions in numerous multidistrict litigation matters and state court consolidations

---

00276-CDS-DJA (D. Nev.) (Co-Lead Counsel); *In re: Sequoia Benefits and Insurance Data Breach Litig.*, No. 3:22-cv-08217-RFL (N.D. Cal.) (Executive Comm.); *Smith v. Apria Healthcare, LLC*, No. 1:23-cv-01003-JPH-KMB (S.D. Ind.) (Executive Comm.); *In Re: Proliance Surgeons Data Breach Litig.*, No. 23-2-23579-7 SEA (Wash Super., King) (Executive Comm.); *Hulse v. Acadian Ambulance Service, Inc.*, Case No. 6:24-cv-01011-DCJ (W.D. La.) (Executive Comm.); *In re Lakeview Loan Servicing Data Breach Litigation,* Case No. 1:22-cv-20955-DPG (S.D. Fla.) (Executive Comm.); *In re Landmark Admin LLC Data Incident Litigation,* Case No. 6:24-cv-082-H (N.D. Tx.) (Executive Comm.); *Garcia v. Set Forth, Inc.*, Case No. 24-CV-11688 (N.D. Ill.) (Executive Comm.); *In Re Powerschool Holdings, Inc. and Powerschool Group, LLC Customer Security Breach Litig.,* Case No. 25-md-3149-BEN-MSB (S.D. Cal.) (Executive Comm.).

725-235-9750
lasvegas@stranchlaw.com
PLLC

STRANCH, JENNINGS & GARVEY

3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100

Strauss
Borrelli

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

of multiple matters. *See, e.g.*, *Pain Pump Device Litig.* (CM served as National Coordinated Counsel); *In re: Johnson & Johnson Talcum Powder Prods. Mktg., Sales Practices, and Prods. Liability Litig.*, No. 16-md-2738-FLW-LHG (D.N.J. Dec. 6, 2016), ECF No. 73 (appointing C&M to plaintiffs' steering committee).

Of particular importance here, Ms. Toops has extensive experience in data breach and privacy matters. Ms. Toops and her team are currently litigating dozens of actions challenging inadequate cybersecurity protocols that resulted in the unauthorized access, theft, and/or distribution of highly sensitive data. Ms. Toops and her team are also currently litigating dozens of actions challenging the use of third-party tracking source code on the websites and patient portals of numerous health institutions across the country. Ms. Toops currently serves as sole lead counsel in other data breach and privacy class actions currently pending in Indianapolis Commercial Court, *In Re: Columbus Regional Hospital Pixel Litigation,* Cause No. 49D01-2412-PL-056314, *In re Gregory & Appel Data Incident Litigation*, No. 49D01-2503-PL-011309. She litigated and negotiated the unprecedented phishing settlement in *McKenzie v. Allconnect*, No. 5:15-cv-00359 (E.D. Ky.), in which a federal district court approved a final settlement for current and former employees of Allconnect whose 2017 Form W-2 data was sent to an unauthorized third party in a phishing attack. The settlement included direct cash payments to every single settlement class member without the need for any claim form submission, a total of seven years of credit monitoring and identity theft protection, and reimbursement for any Settlement Class Member that suffered a documented but otherwise non-covered economic loss from the data breach.

Ms. Toops has repeatedly been appointed to leadership for data breach classes consisting of many millions of individuals:

725-235-9750
lasvegas@stranchlaw.com
SJG
STRANCH, JENNINGS & GARVEY PLLC
3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100
Strauss Borrelli PLLC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

- In August 2025, Ms. Toops was appointed Lead Interim Counsel in *Sloan, et al. v. Community Health Network, Inc.,* Cause No. 49D01-2507-PL-034146 (Ind. Comm. Ct.) (Marion Sup. Ct., Aug. 13, 2025), a consolidated action arising out of a data breach of Community Health Network affecting over 15,410 patients;

- In July 2025, Ms. Toops was appointed as Co-Lead Interim Class Counsel in *In Re: Cerner/Oracle Data Breach Litigation,* Case No. 24-cv-259-CV-W-BP (Wd. Mo.), arising out of the data breach of Cerner's legacy servers (now Oracle Health), affecting dozens of health care providers and their patients nationwide.

- In February 2025, Ms. Toops was appointed to the Plaintiffs' Executive Committee in *Faulkner v. MoneyGram Payment Systems, Inc.,* 3:24-cv-02557-X (N.D. Tex.), a consolidated class action arising out of a data breach of MoneyGram, one of the largest money transfer services companies in the world, operating more than 430,000 locations across the globe.

- In November 2024, Ms. Toops was appointed to the Executive Committee in *In Re: Evolve Bank & Trust Customer Data Security Litigation,* No. 24-md-03127-SHL (W.D. Tenn.), a data breach class of over 7.6 million customers.

- In October 2024, Ms. Toops was appointed as Interim Class Counsel in *Owens v. MGM Resorts International,* No. 23-cv-1480-RFB-MDC, a data breach class of 74 million.

- In August 2024, Ms. Toops was appointed to the Executive Committee in *Negron v. Ascension Health*, No. 4:24-cv-669-JAR (E.D. Mo. Aug. 6, 2024), a data breach class of millions of patients nationwide.

- In August 2024, Ms. Toops was appointed to the Plaintiff's Executive Committee in *In Re: HealthEquity, Inc. Data Security Incident Litigation,* No. 2:24-cv-00528 (D. Utah), a data breach class of 4.3 million.

- In October 2023, Ms. Toops was appointed to the Plaintiffs' Executive Committee in *Lurry v. Pharmerica Corporation,* No. 3:23-CV-297-RGJ (W.D. Ky.), a data breach class of 5.8 million.

*See also Smith v. Apria Healthcare, LLC*, Case No. 1:23-cv-01003-JPH-KMB (Dkt. No. 49) (Toops appointed interim co-lead counsel in a data breach class of 1.8 million); *In re Lurie Children's Data Breach Litigation,* Case No. 2024CH00869, (Cook County, Ill.) (same in a case with nearly 1 million class members); *In re CorrectCare Data Breach Litigation*, Case No. 5:22-319-DCR (Feb. 22, 2023) (Dkt. No. 33) (same in a case of nearly 500,000). Additional information about Ms. Toops and her firm can be found in her firm resume, attached

as **Exhibit G**.

### 3.    *Proposed Liaison Counsel*

Mr. Ring, together with the team at S<small>TRANCH</small>, J<small>ENNINGS</small> & G<small>ARVEY</small>, PLLC, has played an integral role in administration of the litigation. He spearheaded filing a Notice of Related Actions in all cases to bring the matter to the Court's attention, and ensured case-initiating documents were timely filed with the Court.

Mr. Ring has previously served as Local Liaison Counsel in the 2023 MGM Data Breach, *Owens v. MGM Resorts International*, Case 2:23-cv-01480-GMN-NJK. He is currently serving as Interim Local Liaison Counsel in *Archambault v. Riverside Resort & Casino, Inc.*, Case No.: 2:24-cv-01691-GMN-DJA. Mr. Ring is also serving as local counsel in a state court action, captioned as *Tipton v. Casino Fandango LLC*, 24 OC 00186 1B (First Judicial District Ct.), which is data breach class action pending in Carson City District Court and final approval hearing is set for November 20, 2025.

In addition to his service as interim local liaison counsel and local counsel in multiple data breach class actions, Mr. Ring has litigated numerous complex ERISA matters before this Court and other courts, including before the Ninth Circuit Court of Appeals. *See Lehman v. Nelson*, 862 F.3d 1203 (9th Cir. 2017) (defense of a class action raising an issue first impression under ERISA and the Pension Protection Act of 2006). He also serves as lead counsel in *Goodsell v. Teachers Health Trust*, Case 2:23-cv-01510-APG-DJA (D. Nev), which is currently pending in this District. That case involves defense of class action claims made against a non-ERISA, non-federal governmental non-profit health trust. Mr. Ring is well-qualified to serve as interim local liaison counsel in this action currently pending before the Court.

**B.    PICL attorneys have engaged in substantial investigation to identify potential claims of each individual plaintiff.**

Each attorney proposed for leadership has already committed significant and appropriate time and resources to organizing and working toward the advancement of this litigation, investigating and researching the potential legal theories and claims at issue, and researching and reviewing information relating to the factual underpinnings of the Data Breach and this litigation. For example, counsel for Plaintiff Scott Levy filed the first action related to this Data Breach on September 25, 2025, following an investigation into Defendant's Form 8-K filing with the U.S. Securities and Exchange Commission. *See* ECF 1 ¶¶ 3, 5, 7 31–33, 42–45; ECF 1-1. These firms continue to perform substantial work that has been (and will be) valuable to the class as the case moves forward. This includes, but is not limited to (a) reviewing consumer communications concerning the Data Breach; (b) engaging in ongoing communications with putative class members; (c) investigating the scope of the Data Breach's consequences, and Defendant's public response thereto; (d) researching potential claims arising from the Data Breach and defenses thereto; (e) preparing and filing separate, detailed complaints; and (f) using their research to begin preparing a comprehensive consolidated complaint.

PICL attorneys have conducted all the work necessary to prosecute this litigation thus far, and they stand ready, willing, and able to continue devoting the substantial effort and resources (including the advancement of costs) necessary for advancing Plaintiffs' and class members' claims.

**C.    PICL attorneys have considerable resources they will commit to representing the class.**

Together with a deep bench of legal talent, PICL attorneys have the financial

725-235-9750
lasvegas@stranchlaw.com
STRANCH, JENNINGS & GARVEY PLLC
3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100

Strauss Borrelli PLLC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

wherewithal to prosecute this case with the care that Plaintiffs and the putative class deserve – from discovery through motion practice, trial, and appeal. Hailing from renowned class action firms with offices across the country, PICL attorneys are well-situated to litigate this case against a well-financed Defendant represented by a large defense firm. As discussed above and in their respective firm resumes, PICL attorneys have collectively litigated against the largest companies in the world, and they have successfully obtained billions of dollars in recovery for their clients. They will devote the same level of resources to this case.

**D.    Proposed Interim Co-Lead Counsel were the first to initiate this litigation, and PICL attorneys have garnered support from the overwhelming majority of individual plaintiffs and their counsel.**

As the Court is aware, these cases were consolidated into the first-filed action, *Levy v. Boyd Gaming Corp.*, No. 2:25-cv-1814. Plaintiff Scott Levy is represented by Proposed Interim Co-Lead Counsel, Mr. Stranch and Ms. Borrelli. Moreover, Mr. Stranch's firm is counsel of record in 12 of the 19 consolidated cases, for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman. Plaintiff Deandric Price, who is represented by Proposed Interim Co-Lead Counsel, Ms. Van Note, filed suit shortly thereafter. Ms. Van Note is also counsel of record for Plaintiff Mark Metzler. Collectively, the appointment of PICL attorneys is supported by the overwhelming majority of plaintiffs and their counsel.

## IV.    <u>CONCLUSION</u>

For the foregoing reasons, Plaintiffs Scott Levy, Deandric Price, Patricia Tiedtke, Larry Harris, Holly Neely, Jeri Schmidt, Payton Ruehlman, Alexander Furman, Kim Warner, Candice Cazau-Degenova, Kelvin Bragg, Jacob Malin, Mark Metzler, and Jason Goodman respectfully request the Court appoint their Proposed Interim Class Leadership.

725-235-9750
lasvegas@stranchlaw.com
PLLC
STRANCH, JENNINGS & GARVEY
3100 W. Charleston Blvd., #208
Las Vegas, NV 89102

One Magnificent Mile
980 N. Michigan Ave., Ste. 1610
Chicago, IL 60611
872.263.1100

Strauss Borrelli PLLC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

Dated: October 28, 2025                          Respectfully submitted,

                                                 /s/ Nathan R. Ring
                                                 Nathan R. Ring
                                                 Nevada State Bar No. 12078
                                                 **STRANCH, JENNINGS & GARVEY, PLLC**
                                                 3100 W. Charleston Boulevard, Suite 208
                                                 Las Vegas, NV 89102
                                                 Tel: (725) 235-9750
                                                 lasvegas@stranchlaw.com
                                                 *Counsel for Plaintiffs Levy, Tiedtke, Neely,*
                                                 *Schmidt, Ruehlman, Furman, Warner, Cazau-*
                                                 *Degenova, Bragg, Malin, Granata, and*
                                                 *Goodman*

                                                 J. Gerard Stranch, IV**
                                                 Grayson Wells[†]
                                                 John C. Roberts[†]
                                                 **STRANCH, JENNINGS & GARVEY, PLLC**
                                                 The Freedom Center
                                                 223 Rosa L. Parks Avenue, Suite 200
                                                 Nashville, TN 37203
                                                 Tel: (615) 254-8801
                                                 gstranch@stranchlaw.com
                                                 gwells@stranchlaw.com
                                                 jroberts@stranchlaw.com
                                                 *Counsel for Plaintiffs Levy, Tiedtke, Neely,*
                                                 *Schmidt, Ruehlman, Furman, Warner, Cazau-*
                                                 *Degenova, Bragg, Malin, Granata, and*
                                                 *Goodman*

                                                 Raina C. Borrelli[†]
                                                 **STRAUSS BORRELLI, PLLC**
                                                 One Magnificent Mile
                                                 980 N. Michigan Ave., Suite 1610
                                                 Chicago, IL 60611
                                                 Tel: (872) 263-1100
                                                 raina@straussborrelli.com
                                                 *Counsel for Plaintiff Levy*

                                                 Laura Van Note**
                                                 **COLE & VAN NOTE**
                                                 555 12th Street, Suite 2100
                                                 Oakland, California 94607
                                                 Telephone: (510) 891-9800
                                                 lvn@colevannote.com

*Counsel for Plaintiffs Deandric Price and Mark Metzler*

David Hilton Wise
Nevada State Bar No. 11014
**WISE LAW FIRM, PLC**
335 W 1st Street
Reno, Nevada 89503
Tel: (775) 299-4284
dwise@wiselaw.pro
*Counsel for Plaintiffs Deandric Price, Larry Harris, and Mark Metzler*

Daniel Srourian*
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Tel: (213) 474-3800
daniel@slfla.com
*Counsel for Plaintiff Larry Harris*

M. Anderson Berry*
Gregory Haroutunian*
**EMERY REDDY, P.C.**
600 Stewart St., Suite 1100
Seattle, WA 98101
Tel: 206.442.9106
865 Howe Ave.
Sacramento, CA 95825
Tel: (916) 239-4778
anderson@emeryreddy.com
gregory@emeryreddy.com
*Counsel for Plaintiff Larry Harris*

Ken Grunfeld**
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Tel: (954) 525-4100
grunfeld@kolawyers.com
*Counsel for Plaintiff Holly Neely*

John J. Nelson**
Gary Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

280 S. Beverly Drive
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com
*Counsel for Plaintiff Jeri Schmidt*

Terence R. Coates†
Dylan J. Gould**
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Tel: (513) 651-3700
tcoates@msdlegal.com
dgould@msdlegal.com
*Counsel for Plaintiff Payton Ruehlman*

Leigh S. Montgomery*
**EKSM, LLP**
4200 Montrose Street, Suite 200
Houston, Texas 77006
Tel: (888) 350-3931
lmontgomery@eksm.com
*Counsel for Jacob Malin*

Lynn A. Toops*
Amina A. Thomas*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenmalad.com
athomas@cohenandmalad.com
*Counsel for Plaintiff Jason Goodman*

† Admitted *Pro Hac Vice*
** *Pro Hac Vice* application pending
* *Pro Hac Vice* application forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Application for the Appointment of Interim Class Counsel was served on all counsel of record via the Court's electronic filing system this the 28th day of October, 2025.


*/s/ Michelle Wade*

## INDEX OF EXHIBITS

A.  Firm Resume of STRANCH, JENNINGS & GARVEY, PLLC

B.  Firm Resume of STRAUSS BORRELLI, PLLC

C.  Firm Resume of COLE & VAN NOTE

D.  Firm Resume of KOPELOWITZ OSTROW, PA

E.  Firm Resume of MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

F.  Firm Resume of EMERY REDDY, PC

G.  Firm Resume of COHENMALAD, LLP