# EXHIBIT F

**Firm Resume of EMERY REDDY, PC**

# Emery | Reddy, PC

## PRIVACY RIGHTS VIOLATIONS

600 Stewart Street, Suite 1100 | Seattle, WA 98101 | P: 206.442.9106 | F: 206.441.9711 | www.emeryreddy.com



Since 2005, Emery | Reddy has recovered hundreds of millions of dollars for thousands of clients.

We specialize in the complex intersection of Class Action Litigation, L&I Law, Employment Law, Personal Injury, securing justice against corporations that put profits over people. Our results-driven approach has earned both local and national recognition.

Our Complex Litigation and Privacy Rights Team is committed to protecting the privacy rights of consumers and holding negligent organizations accountable, and our success is driven by a collaborative team of experienced, creative, professionals committed to winning every case. Year after year, clients and legal peers alike honor our firm for delivering exceptional results.

### ABOUT US

We are committed to protecting the privacy rights of consumers and holding negligent organizations accountable. Our team actively monitors major data breach incidents and investigates cases involving stolen personal data including names, Social Security numbers, addresses, emails, and medical records. These kinds of violations can lead to serious, long-term consequences for victims. Data breaches are becoming more frequent and severe, and our team is committed to holding companies accountable.

### TESTIMONIALS

"The team at Emery | Reddy are real life super heroes!"
—Janette N., Client

"If you need attorneys who win, pick Emery | Reddy."
— Shadow S., Client

"Tim is a great attorney who zealously looks out for his clients' best interests, while at the same time maintaining a professional, respectful, and reasonable approach with Opposing Counsel."
—Pete N., Opposing Counsel



We help workers.®

# Attorneys



### M. ANDERSON BERRY

M. Anderson Berry is an experienced civil litigator. He is dedicated to protecting individuals' private information and holding defendants accountable for privacy violations. He is also dedicated to uncovering fraud perpetrated against federal and state governments and holding those defendants accountable.

As an Assistant United States Attorney for the Eastern District of California, Anderson handled a wide variety of False Claims Act cases and other civil actions, recovering millions of dollars for the U.S. Government.

Before working as a federal civil prosecutor, Anderson worked for a prominent global law firm, where he represented clients in international arbitration and complex commercial litigation. He worked with clients in a broad array of industries, including oil and gas, alcohol distribution, retail, and pharmaceuticals. Anderson handled matters arising not only on U.S. soil, but also throughout Africa and Latin America.

Before attending law school, Anderson was an experienced private investigator. He handled homicide cases for the Contra Costa and San Francisco Public Defenders' Offices; civil cases and internal investigations for private attorneys and electronics retailers; and in-depth general investigations for 60 Minutes and CBS News with Dan Rather.

Anderson grew up in Northern California, where he graduated from U.C. Berkeley School of Law. He also attended U.C. Berkeley for his undergraduate degree, graduating with highest honors. He was awarded the Eisner Prize for prose, U.C. Berkeley's highest writing honor open to all undergrad and graduate students.

Anderson and his wife reside in Fair Oaks with their three sons, various snakes and lizards, three dogs, and one grumpy catfish.

#### EDUCATION
- J.D., University of California, Berkeley School of Law
- B.A., University of California, Berkeley

#### ADMITTED TO PRACTICE
- California State
- Washington State
- U.S. District Court, Northern District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Central District of California
- U.S. District Court, Southern District of California
- U.S. District Court, Western District of Washington
- U.S. District Court, Northern District of Illinois
- U.S. District Court, Eastern District of Michigan
- U.S. District Court, Northern District of Indiana
- U.S. District Court, Southern District of Indiana
- U.S. District Court, District of Nebraska
- U.S. District Court, District of Colorado
- Fourth Circuit Court of Appeals
- Ninth Circuit Court of Appeals

#### AREAS OF CONCENTRATION
- Privacy Rights Law
- Data Breach and Data Privacy
- False Claims Act Whistleblower Representation / Qui Tam
- Internal Revenue Service Whistleblower Representation
- Consumer Law

#### PROFESSIONAL AND COMMUNITY INVOLVEMENT
- San Juan Unified School District, Chairperson of School Board Facilities Committee (2021-2023)

#### RECENT CLASS COUNSEL AND LEADERSHIP APPOINTMENTS

Anderson has been appointed to many leadership positions in national class action cases, including these current appointments:

- *Burgin et al. v. Housing Authority of the City of Los Angeles*, No. 23STCV06494 (Cal. Super. Ct. Los Angeles Cnty.) (co-lead counsel);
- *Cordell v. Patelco Credit Union*, No. 24CV082095 (Super. Ct. Cal. Alameda Cnty.) (co-lead counsel);
- *Desue v. 20/20 Eye Care Network, Inc. et al.*, No. 0:21-cv-61275 (S.D. Fla.) (exec. comm.);
- *Dudurkaewa et al. v. Midfirst Bank, et al.*, 5:23-cv-00817-R (W.D. Okla.) (exec. comm.);
- *Garcia v. Set Forth, Inc.*, No. 24-CV-11688 (N.D. Ill.) (exec. comm.);
- *Garcia v. Wash. Dep't of Licensing*, No. 22-2-05635-5 (King Cnty. Super. Ct.) (co-lead counsel);
- *Gates v. Western Washington Medical Group*, No. 23-2-08498-31 (Snohomish Cnty. Super. Ct.) (exec. comm.);
- *Hasbrook v. EP Global Production Solutions, LLC*, No. 23STCV19711 (Cal. Super. Ct. Los Angeles Cnty.) (co-lead counsel);
- *Holmes v. Elephant Insurance Company, et al.*, No. 3:22-cv-00487-JAG (E.D. Va.) (co-lead counsel);
- *Hulse v. Acadian Ambulance Service, Inc.*, No. 6:24-cv-01011-DCJ (W.D. La.) (exec. comm.);

- *In re: Arthur J. Gallagher Data Breach Litig.*, No. 1:21-cv-04056 (N.D. Ill.) (co-lead counsel);
- *In re: Avis Rent A Car System, LLC, Security Incident Litig.*, No. 2:24-cv-09243-JXN (D.N.J.) (co-lead counsel);
- *In re: CaptureRx Data Breach Litig.*, No. 5:21-cv-00523 (W.D. Tex.) (co-lead counsel);
- *In re: Cerebral, Inc. Privacy Practices*, No. 2:23-cv-01803-FMO (C.D. Cal.) (liaison counsel);
- *In re: Eureka Casino Breach Litig.*, No. 2:23-cv-00276-CDS-DJA (D. Nev.) (co-lead counsel);
- *In re: Fred Hutchinson Cancer Ctr. Data Breach Litig.*, No. 23-2-24266-1 (King Cnty. Super. Ct.) (co-lead counsel);
- *In re: Laboratory Serv. Coop. Data Breach Litig.*, No. 2:25-cv-00685 (W.D. Wash.); (plaintiffs' steering committee);
- *In re: Lakeview Loan Servicing Data Breach Litig.*, No. 1:22-cv-20955-DPG (S.D. Fla.) (exec. Comm.);
- *In re: Landmark Admin LLC Data Incident Litig.*, No. 6:24-cv-082-H (N.D. Tex.) (exec. comm.);
- *In re: Mednax Servs., Inc., Customer Data Security Breach Litig.*, No. 21-md-02994 (S.D. Fla.) (exec. comm.);
- *In re: Overby-Seawell Company Customer Data Security Breach*, No. 1:23-md-03056-SDG (N.D. Ga.) (co-lead counsel);
- *In re: Panera Data Security Litig.*, No. 4:24-cv-847-HEA (E.D. Mo.) (co-lead counsel);
- *In re: PowerSchool Holdings, Inc. and PowerSchool Group, LLC, Customer Security Breach Litig.*, No. 25-md-3149-BEN-MSB (S.D. Cal.) (exec. comm.);
- *In re: Proliance Surgeons Data Breach Litigation*, No. 23-2-23579-7 SEA (King Cnty. Super. Ct.) (exec. comm.);
- *In re: Prospect Medical Holdings, Inc., Data Breach*, No. 2:23-cv-03216-WB (E.D. Pa.) (co-lead counsel);
- *In re: Sequoia Benefits and Insurance Data Breach Litig.*, No. 3:22-cv-08217-RFL (N.D. Cal.) (exec. comm.);
- *In re: Signature Performance Data Breach Litigation*, No. 8:24-cv-00230-BBCB-MDN (D. Neb.) (co-lead counsel);
- *In re: Snap Fin. Data Breach Litig.*, No. 2:22-cv-00761 (D. Utah) (co-lead counsel);
- *Kersey v. Therapeutic Health Serv.*, No. 24-2-17679-9 (King Cnty. Super. Ct.) (lead counsel);
- *Margul v. Evolve Bank & Trust*, No. 1:24-cv-03259-DDD (D. Colo.) (co-lead counsel);
- *Mcauley, et al. v. Pierce College District*, No. 23-2-11064-7 (Pierce Cnty. Super. Ct.) (exec. comm.);
- *Pace v. Omni Family Health*, No. 1:24-cv-01277-JLT (E.D. Cal.) (co-lead counsel);
- *Rossi v. Claire's Stores*, No. 1:20-cv-05090 (N.D. Ill.) (co-lead counsel);
- *Smith v. Apria Healthcare, LLC*, No. 1:23-cv-01003-JPH-KMB (S.D. Ind.) (exec. comm.);
- *Swan v. North American Breaker Company, LLC*, No. 2:25-cv-02002-HDV-KES (C.D. Cal.) (co-lead counsel);
- *Ware v. San Gorgonio Memorial Hosp.*, CVRI2301216 (Cal. Super. Ct. Riverside Cnty.) (co-lead counsel).



### BROOK GARBERDING

Brook Garberding is an accomplished attorney and business executive with over two decades of cross-disciplinary experience, specializing in complex litigation and privacy and data class actions. His background spans business law, finance, compliance, risk management, and corporate advisory, allowing him to bring a unique and multidisciplinary perspective to the full lifecycle of litigation — from case development and discovery through settlement and enforcement. Brook is deeply committed to achieving meaningful outcomes for affected individuals while driving structural improvements in organizational data protection, making him a key contributor to the firm's data privacy and cybersecurity practice.

#### EDUCATION
- LL.M. in Taxation, University of Washington School of Law, 2007
- J.D. Seattle University School of Law, 2025
- M.B.A, Seattle University Albers School of Business & Economics, 2004
- Dual B.S. in Business and Accounting, Central Washington University, 1999

#### ADMITTED TO PRACTICE
- Washington State
- U.S. District Court, Western District of Washington
- U.S. Tax Court

#### AREAS OF CONCENTRATION
- Complex Litigation
- Privacy and Data Breach Law

#### PROFESSIONAL AND COMMUNITY INVOLVEMENT

Brook maintains memberships in several legal, finance, and accounting based professional organizations. Brook holds several professional and educational certifications including:

- Licensed Certified Public Accountant (WA)
- Certified Management Accountant
- Certified Fraud Examiner
- Certified Internal Auditor
- Project Management Professional
- Certificate in Data Analytics, University of Washington
- Certificate in Strategic Decision and Risk Management, Stanford University

RECENT CLASS COUNSEL
AND LEADERSHIP APPOINTMENTS

- *Amundson v. Pub. Util. Dist. No. 2 of Grant Cnty.*, No. 25-2-00784-13 (Grant Cnty. Super. Ct.);
- *Applegate v. Corebridge Fin., Inc.*, No. 4:23-cv-03227 (S.D. Tex);
- *Barnes v. Ocuco Inc.*, No. 8:25-cv-1579 (M.D. Fla.);
- *Clayton v. TransUnion, LLC*, No. 1:25-cv-11140 (N.D. Ill.);
- *Eberlein v. Mt. Baker Imaging*, No. 25-2-00463-37 (Whatcom Cnty. Super. Ct.);
- *Emano v. Port of Seattle*, No. 25-2-11500-3 (King Cnty. Super. Ct.);
- *Fite v. Yakima Valley Radiology*, P.C., No. 24-2-00697-39 (Yakima Cnty. Super. Ct.);
- *Kersey v. Therapeutic Health Serv.*, No. 24-2-17679-9 (King Cnty. Super. Ct.) (secured payments to the class in a data breach action);
- *In re Arthur J. Gallagher Data Breach Litig.*, No. 1:22-cv-00137 (N.D. Ill.) (secured payments to the class in a data breach action);
- *In re Clark Cnty. Data Sec. Litig.*, No. 25-2-022-14-06 (Clark Cnty. Super. Ct.);
- *In re Coinbase Customer Data Sec. Breach Litig.*, MDL No. 3153 (J.P.M.L.);
- *In re Fred Hutchinson Cancer Ctr. Data Breach Litig.*, No. 23-2-24266-1 (King Cnty. Super. Ct.);
- *In re Laboratory Serv. Coop. Data Breach Litig.*, No. 2:25-cv-00685 (W.D. Wash.);
- *In re MOVEit Customer Data Sec. Breach Litig.*, MDL No. 1:23-md-03083 (D. Mass.);
- *Laughlin v. Cleo Commc'ns US, LLC*, No. 1:25-cv-04347 (N.D. Ill.) ;
- *Margul v. Evolve Bank & Trust*, No. 1:24-cv-03259 (D. Colo.);
- *McAuley v. Pierce College Dist.*, No. 23-2-11064-7 (Pierce Cnty. Super. Ct.) (secured payments to the class in a data breach action);
- *Morrill v. Lakeview Loan Servicing, LLC*, No. 1:2022-cv-20955 (S.D. Fla.);
- *Nunley v. Chelan-Douglas Health Dist.*, No 39571-5-III, 2024 Wash. App. LEXIS 2196 (October 31, 2024) (secured payments to the class in a data breach action);
- *Owusu v. Renton Sch.; Dist.*, No. 24-2-10635-3 (King Cnty. Super. Ct.);
- *Perkins v. Proliance Surgeons, Inc.*, P.S., No. 23-2-23579-7 (King Cnty. Super. Ct.);
- *Robes Solis ex rel. v. Highline Sch. Dist., No. 401*, No. 25-2-11395-7 (King Cnty. Super. Ct.);
- *Smith v. United Backcare, P.S.*, No. 25-2-07491-9 (King Cnty. Super. Ct.);



TIMOTHY W. EMERY

Timothy W. Emery is a founding partner of Emery Reddy, PC, a downtown Seattle civil litigation law firm formed in 2005. He has successfully represented thousands of clients and amassed numerous awards and recognition for his skilled representation of Washington workers and consumers nationwide. Mr. Emery is currently lead or co-lead in over 250 class action cases in state and federal court.

EDUCATION
- J.D., Seattle University School of Law, 2003
- M.B.A, University of Washington, 2013
- B.B.A, Pacific Lutheran University, 1999

ADMITTED TO PRACTICE
- Washington State
- Utah State
- U.S. District Court, Western District of Washington
- U.S. District Court, Eastern District of Washington
- U.S. District Court, District of Colorado
- U.S. District Court, District of Utah
- Ninth Circuit Court of Appeals

AREAS OF CONCENTRATION
- Employment Law
- Class Actions
- Consumer Law
- Privacy Rights Law

PROFESSIONAL AND COMMUNITY INVOLVEMENT
- Inns of Court
- Association of Corporate Counsel
- Washington State Association for Justice
- Washington State Trial Lawyers Association, EAGLE member

RECENT CLASS COUNSEL
AND LEADERSHIP APPOINTMENTS

- *Abbot v. OpenGov, Inc.*, No. 24-2-15636-4 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations) (pending final approval);
- *Abrego Olea v. Vessel WA Operations, LLC*, No. 22-2-06944-9 (King Cnty. Super. Ct.) (secured payments to the class for non-compete violations);
- *Atkinson v. AJP Enterprises, LLC*, No. 23-2-10313-1 (seeking payments for two classes for EPOA violations: pay transparency and requesting salary history) (pending final approval);
- *Atkinson v. AMF Bowling Centers, Inc.*, No. 23-2-19816-6 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Atkinson v. Burberry Ltd.*, No. 23-2-19460-8 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Atkinson v. Sonesta International Hotels Corp.*, No. 23-2-19802-6 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Branson v. Wash. Fine Wine & Spirits, LLC*, No. 103394-0, 2025 Wash. LEXIS 442 (Sept. 4, 2025);

- *Brinkman v. Emanuel, Inc.*, No. 24-2-02186-8 (King Cnty. Super. Ct.) (secured payments to the class for missed meals and breaks and minimum wage violations);
- *Burns v. Amazon.com Services LLC*, No. 24-2-22574-9 SEA (King Cnty. Super. Ct. Sept. 4, 2025) (order granting plaintiffs' motion for class certification);
- *Carlson v. Pacific Northwest Fondue, LLC*, No. 19-2-05401-8 (King Cnty. Super. Ct.) (secured payments to the class for missed meals and breaks);
- *Clopp v. Pacific Market Research, LLC*, No. 21-2-08738-4 (King Cnty. Super. Ct.) (secured payments to the class in a data breach action);
- *Cottington v. Washington Traffic Control, LLC*, No. 22-2-02152-7 (King Cnty. Super. Ct.) (secured payments to the class for minimum wage violations);
- *David v. Freedom Vans, LLC*, 4 Wn.3d 242 (2025) (reversed Trial Court's ruling restricting the use of non-competition agreements in favor of Washington workers);
- *Davis v. Jeff, Pat, Chris, LLC*, No. 19-2-33832-6 (King Cnty. Super. Ct.) (secured payments to the class for minimum wage violations);
- *Dozier v. Noble Food Group, Inc.*, No. 19-2-01148-29 (Skagit Cnty. Super. Ct.) (secured payments to the class for minimum wage violations);
- *Dykstra v. The Shield Co. Management, Inc.*, No. 23-2-24015-4 (King Cnty. Super. Ct.) (secured payments to the class for wage theft and missed meals and breaks) (pending final approval);
- *Evans v. Jacobs Solutions, Inc.*, No. 24-2-14584-2 (King Cnty. Super. Ct.) (secured payments to the class for wage theft/failure to payout paid-time-off);
- *Floyd v. DoorDash, Inc.*, No. 23-2-19559-1 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Garcia v. WA Department of Licensing, et al.*, No. 22-2-05635-5 SEA (King Cnty. Super. Ct.) (secured payments to class in a data breach action);
- *Gegax v. Ann / Judith In Home Caregivers of Western Washington, LLC*, No. 22-2-17728-4 (King Cnty. Super. Ct.) (secured payments to the class for non-compete violations);
- *Grove v. Cressy Door Company, Inc.*, No. 21-2-09828-9 (King Cnty. Super. Ct.) (secured payments to the class for missed meals and breaks and travel time);
- *Heard v. Home Express Delivery Service, LLC*, No. 20-2-07098-0 (King Cnty. Super. Ct.) (secured payments to the class for missed overtime wages);
- *Herold v. Orchard Foods Corp.*, No. 23-2-19448-9 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations) (pending final approval);
- *Honc v. Pacific Pie, Inc.*, No. 21-2-02653-32 (Spokane Cnty. Super. Ct.) (secured payments to the class for minimum wage violations);
- *Jens v. Tori Belle Cosmetics, LLC*, No. 22-2-06641-5 (King County Super. Ct.) (obtained $9,889,985.51 judgment for non-compete violations);
- *Jones v. eFinancial, LLC*, No. 22-2-19385-9 (King Cnty. Super. Ct.) (secured payments to the class for non-compete violations);
- *Justice v. Lube Development, L. C.*, No. 23-2-12593-2 (King County Super. Ct.) (secured payments to the class for missed meals and breaks and minimum wage violations);
- *Kennedy v. Ginsing, LLC*, No. 20-2-05287-6 (King Cnty. Super. Ct.) (secured payments to the class for missed meals and breaks);
- *LaCombe v. USNR, LLC*, No. 23-2-03036-2 (King Cnty. Super. Ct.) (secured payments to the class for time-clock rounding violations);
- *Moliga v. Ambrosia QSR Burger, LLC*, No. 24-2-13001-2 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations) (pending final approval);
- *Moliga v. Ginsing, LLC*, No. 23-2-13231-5 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Moliga v. Marriott International, Inc.*, No. 23-2-19493-4 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Moliga v. Qdoba Restaurant Corp.*, No. 23-2-11540-6 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Moliga v. Vessel WA Operations, LLC*, No. 21-2-09027-0 (King Cnty. Super. Ct.) (secured payments to the class for missed meals and breaks);
- *Morey v. Aftermath Services, LLC*, No. 2:21-cv-00885 (W.D. Wash.) (secured payments to the class for missed meals and breaks and minimum wage violations);
- *Morey v. Suburban Propane, L.P.*, No. 23-2-19553-1 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations) (pending final approval);
- *Morrow v. Maverick Washington, LLC*, No. 22-2-03653-2 (King Cnty. Super. Ct.) (secured payments to the class for missed meals and breaks and minimum wage violations);
- *Nunley v. Chelan-Douglas Health Dist.*, No 39571-5-III, 2024 Wash. App. LEXIS 2196 (October 31, 2024) (secured payments to the class in a data breach action);
- *Nyannor v. Vessel WA Operations, LLC*, No. 22-2-08233-0 (King Cnty. Super. Ct.) (secured payments to the class for violations of the Seattle Secure Scheduling Ordinance);
- *Perry v. AWP, Inc.*, No. 24-2-12752-6 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations) (pending final approval);
- *Saraceno-Oliveri v. Solgen Power, LLC*, No. 23-2-09228-7 King Cnty. Super. Ct.) (secured payments to the class for non-compete violations);
- *Schneider v. Assurance IQ, LLC*, No. 22-2-15633-3 (King Cnty. Super. Ct.) (secured payments to the class for non-compete violations);
- *Shipman v. Airport Investment Company, Inc.*, No. 19-2-32386-8 (King Cnty. Super. Ct.) (secured payments to the class for minimum wage violations);
- *Spencer v. City of Mount Vernon*, No. 22-2-00461-29 (Skagit Cnty. Super. Ct.) (secured payments to the class for EPOA violation);

- *Spencer v. Conifer Revenue Cycle Solutions, LLC*, No. 23-2-19345-8 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Spencer v. JELD-WEN, Inc.*, No. 23-2-19581-7 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations) (pending final approval);
- *Spencer v. Mastercard International, Inc.*, No. 23-2-19564-7 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Spencer v. Providence St. Joseph Health Foundation*, No. 24-28211-4 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations) (pending final approval);
- *Taylor v. RACOM Corp.*, No. 24-2-08410-0 (King Cnty. Super. Ct.) (secured payments to the class for non-compete violations) (pending final approval);
- *Viveros v. Perfect Blend, LLC*, No. 23-2-05511-0 (King Cnty. Super. Ct.) (secured payments to two classes for EPOA and MWA violations);
- *Voivod v. APIZZA, LLC*, No. 23-2-06729-1 (King Cnty. Super Ct.) (secured payments to the class for missed meals and breaks);
- *Warren v. Discount Tire Co. of Washington, Inc.*, No. 22-2-10618-8 (Pierce Cnty. Super. Ct.) (secured payments to the class for missed meals and breaks and minimum wage violations);
- *Yount v. Cintas Corp.*, No. 23-2-19408-0 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Yount v. Diamond Parking, Inc.*, No. 23-2-19309-1 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Yount v. Northwest Restaurants, Inc.*, No. 23-2-19399-7 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations);
- *Yount v. Sharp Elec. Corp.*, No. 23-2-19425-0 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations); and
- *Yount v. Williams Sonoma*, No. 24-2-06599-7 (King Cnty. Super. Ct.) (secured payments to the class for EPOA violations).



### GREGORY HAROUTUNIAN

Born and raised in the suburbs of New York City, Gregory Haroutunian spent six years practicing in the Northeast, focusing on surety bond law and construction defect cases as well as products liability and medical device law.

Gregory Haroutunian has spent his career developing a wide range of experience in civil litigation. Before attending law school, Gregory first spent two years as a paralegal, learning the ins and outs of general civil litigation and elder law. Gregory attended the Georgetown University Law Center where he graduated cum laude. While at Georgetown Gregory held a year-long judicial internship under Chief Administrative Law Judge Ronnie A. Yoder of the United States Department of Transportation and served as a legal intern at the National Whistleblowers' Center and the firm Kohn, Kohn, & Colapinto where he had his first experiences in Qui Tam and fraud cases.

After Gregory moved to California in 2019, he first gained experience practicing general civil litigation, including cases ranging from construction defects to personal injury to landlord/tenant.

At Emery | Reddy, Gregory has returned to his first passion in his law practice, working on False Claims Act and Class Action matters. He brings his diverse experience in other fields into this practice and merges them with his tireless drive to help people and advance the interests of his clients.

#### EDUCATION
- J.D., Georgetown University Law Center, 2012
- A.B., Columbia University, 2007

#### ADMITTED TO PRACTICE
- New York State
- New Jersey State
- California State
- U.S. District Court, Northern District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Central District of California
- U.S. District Court, Southern District of California
- U.S. District Court, Northern District of New York
- U.S. District Court, Southern District of New York
- U.S. District Court, Northern District of Indiana
- U.S. District Court, Southern District of Indiana
- U.S. District Court, District of New Jersey
- U.S. District Court, District of Nebraska
- U.S. District Court, Eastern District of Wisconsin

#### AREAS OF CONCENTRATION
- Class Action
- Consumer Privacy
- Data Breach
- Qui Tam / False Claims

#### PROFESSIONAL AND COMMUNITY INVOLVEMENT
- Capital City Trial Lawyers Association

#### PUBLICATIONS AND MENTIONS
- *Consumer Protection Aviation Fare Advertisement and Denied Boarding*, (2014) 20 CLJP/JDCP 197-221 (2014).

#### RECENT CLASS COUNSEL AND LEADERSHIP APPOINTMENTS
- *Accurso v. Western Electrical Contractors Assoc.*, No. 24CV017855 (Cal. Super. Ct. Sacramento Cnty.) (liaison counsel);
- *Benavides v. HopSkipDrive, Inc.*, No. 23STCV31729 (Cal. Super. Ct. Los Angeles Cnty.) (co-lead counsel);
- *Bitmouni v. Paysafe Payment Processing Solutions, LLC*, 3:21-cv-00641-JCS (N.D. Cal.) (class counsel);
- *Bohannon, et al. v. Lyon Real Estate*, No. 23CV009153 (Cal. Super. Ct. Sacramento Cnty.) (class counsel);
- *Franchi v. Barlow Respiratory Hospital*, No. 22STCV09016 (Cal. Super. Ct. Los Angeles County) (class counsel);

- *Gilbert et al. v. BioPlus Specialty Pharmacy Services, LLC*, Case No. 6:21-cv-02158-RBD-DVI (M.D. Fla.) (class counsel);
- *Hoover v. ASM Global Parent, Inc.*, No. 2:24-cv-10794-WLH-PVC (C.D. Cal.) (class counsel);
- *In re: Avis Rent a Car System, LLC Security Incident Litig.*, No. 2:24-cv-09243 (D.N.J.) (co-lead counsel);
- *In re: Blackhawk Network Data Breach Litig.*, No. 3:22-cv-07084-CRB (N.D. Cal.) (class counsel);
- *In re: Ethos Technologies Inc. Data Breach Litig.*, 3:22-cv-09203-SK (N.D. Cal.) (class counsel);
- *In re: F21 OPCO, LLC Data Breach Litig.*, No. 2:23-cv-07390-MEMF-AGR (C.D. Cal.) (co-lead counsel);
- *In re: Radiology Assoc of Richmond Data Security Litig.*, No. 3:25-cv-00518-DJN (E.D. Va.) (plaintiff's executive committee);
- *In re: SAG Health Data Breach Litig.*, No. 2:24-cv-10503-MEMF-JPR (C.D. Cal.) (co-lead counsel);
- *Parker v. Metromile, LLC*, No. 27-2022-000-49770-CU-BT-CTL (Cal. Super. Ct. San Diego Cnty.) (class counsel);
- *Sanguinetti v. Nevada Restaurant Services*, Inc., 2:21-cv-01768-RFB-DJA (D. Nev.) (class counsel).



### BRANDON JACK

Brandon Jack is a seasoned complex litigation attorney at Emery | Reddy, committed to defending the rights of consumers and workers nationwide. He litigates against corporations and other entities that violate individuals' civil, consumer, and privacy rights. After years of representing major corporations and insurance companies, Brandon now dedicates his entire practice to complex litigation on behalf of individuals, fighting for those whose rights have been compromised.

#### EDUCATION
- J.D., McGeorge School of Law, 2018
- B.A., University of California, Santa Barbara, 2016

#### ADMITTED TO PRACTICE
- California State;
- U.S. District Court, Northern District of California;
- U.S. District Court, Eastern District of California;
- U.S. District Court, Central District of California;
- U.S. District Court, District of Colorado;
- U.S. District Court, Southern District of Indiana

#### AREAS OF CONCENTRATION
- Class Action
- Data Breach
- Privacy Rights
- Qui Tam / False Claims
- Employment Law
- Corporate Law

#### PROFESSIONAL AND COMMUNITY INVOLVEMENT
- Sacramento County Bar Association
- Junior Barristers Division
- Inns of Court
- McGeorge Bankruptcy Clinic

#### RECENT SUCCESSES (2023 – 2024)
- *Bohannon v. Lyon Real Estate*, 23CV009153 (Cal. Super. Ct. Sacramento Cnty.) (class counsel);
- *Hasbrook v. EP Global Production Solutions, LLC*, No. 23STCV19711 (Cal. Super. Ct. Los Angeles Cnty.);
- *In re Arthur J. Gallagher Data Breach Litigation*, No. 1:21-cv-04056 (N.D. Ill.);
- *Tony Gonzalez et al. v. Palo Verde Hospital District*, CVRI2502320 (Cal. Super. Ct. Riverside Cnty.) (co-lead counsel).



### ANDREW SNYDER

Andrew Snyder is an Emery | Reddy Attorney based in Austin, Texas. Although his practice now focuses on class action, data breaches, and Qui Tam claims, Andrew has experience counseling in everything from criminal to public utilities to probate law.

During his law school tenure, Andrew studied abroad at Oxford University and served as a corporate extern for Hunt Oil Company in downtown Dallas, Texas. Passionate about service and charitable work, Andrew interned at the Constitutional Law Center for Muslims in America, a nonprofit organization that assisted indigent clients throughout the United States with various legal issues. While interning there, Andrew assisted drafting and filing a writ of certiorari to the United States Supreme Court. Andrew was an honoree of the Pro Bono College of the State Bar of Texas in 2017 for his efforts.

Andrew is a member of the Emery | Reddy Data Breach Team, bringing his wide-ranging experience to represent victims who have stolen and exposed data. Andrew was a founding Austin Bar Association's data privacy group member. He developed an interest in data privacy while in law school and presented at a conference in Atlanta, Georgia, in 2018. He obtained his Certified Information Privacy Professional certification from the International Associate of Privacy Professionals in 2021.

Outside of work, Andrew is an avid soccer player who has held season tickets for Austin FC since its founding. When not enthralled by soccer, you can usually find Andrew at trivia nights around Austin or walking his two dogs, Ann Perkins and Ladybird, with his wife. On occasion, he can coax his mercurial cat, Cat, into sitting on his lap.

#### EDUCATION
- J.D., Southern Methodist University Dedman School of Law, 2018
- B.A., Southwestern University, 2013

ADMITTED TO PRACTICE
- Texas State;
- U.S. District Court, Northern District of Texas

AREAS OF CONCENTRATION
- Class Action
- Data Breach
- Qui Tam / False Claims

PROFESSIONAL AND COMMUNITY INVOLVEMENT
- Austin Bar Association
- Austin Bar Association — Data Privacy Section
- International Association of Privacy Professionals