# EXHIBIT G

## Firm Resume of COHENMALAD, LLP



One Indiana Square, Suite 1400 | Indianapolis, IN 46204
317.636.6481 | cohenmalad.com

# Complex Litigation Resume



## CONTENTS

Introduction....................................................................................................3

Significant Class Actions..............................................................................3

Significant Mass Tort Litigation...................................................................3

Significant Mass Medical Malpractice Actions.............................................4

Attorney Biographies…..............................................................…...4

Antitrust Cases…..........................................................................9

Consumer Protection Cases ………………………………………………………10

Bank Fee Cases……………………………………………………………………….13

Human Rights Cases…..............................................................14

Health Care/Insurance Cases……………………..................................15

Securities Fraud Cases……………………………………………………………15

Mass Medical Malpractice Cases………………………………………………..16

Mass Tort Pharmaceutical Drug & Medical Device Cases……………………….17



## Introduction

CohenMalad, LLP is a litigation firm founded in 1968 by a former Indiana Attorney General, a former United States Attorney and three other distinguished lawyers. With 30+ experienced attorneys, we litigate cases across multiple practice areas including: class action, mass torts and individual personal injuries, business litigation, family law, as well as commercial litigation and appeals.

CohenMalad, LLP enjoys a reputation as one of Indiana's leading class action law firms. Over the last 55 years, the firm has served as class counsel in numerous local, statewide, multi-state, nationwide, and even international class actions. We have also served in leadership positions in numerous multidistrict litigation matters. Our personal injury and medical malpractice trial lawyers have handled high-profile cases against medical providers who subjected hundreds of their patients to unnecessary procedures, sometimes leading to deaths.

## Significant Class Actions

*Lead Counsel, Co-lead Counsel, or Executive Committee*

- *In re Holocaust Victim Assets Litigation;* Settlement of $1.25 billion for claims relating to conversion of bank accounts and property of victims of the Holocaust during the Nazi era.
- *Raab v. R. Scott Waddell, in his official capacity as Commissioner of The Indiana Bureau of Motor Vehicles et al.*, Settlements (including settlement after trial and judgment) of approximately $100 million in overcharges for motor vehicle and license fees.
- *In re Ready-Mixed Concrete Antitrust Litigation;* Settlements of over $60 million for price fixing claims.
- *In re Iowa Ready-Mix Concrete Antitrust Litigation;* Settlement of over $18 million for price fixing claims.
- *Moss v. Mary Beth Bonaventura, in her official capacity as Director of the Department of Child Services et al.* Settlement for underpayment of per diem subsidies owed to families who adopted special needs children out of foster care.
- *Bank Fee Litigation*. Litigation of hundreds of lawsuits against financial institutions for improper fee assessment and achieving dozens of settlements.

## Significant Mass Tort Litigation

*Leadership positions in federal multidistrict litigations and state court consolidations*

- *Gilead Tenofovir Cases*, *JCCP No. 5043, Superior Court for the County of San Francisco, California. CohenMalad, LLP is currently representing patients against Gilead Sciences who were prescribed its TDF-based drugs to treat HIV, for pre-exposure prophylaxis (PrEP) to mitigate HIV risk, or to treat Hepatitis, and suffered serious kidney and bone injuries.*



- *In Re: Zofran (Ondansetron) Products Liability Litigation. Litigation on behalf of women who took Zofran while pregnant and gave birth to a baby who suffered from a serious birth defect. Litigation is currently pending.*

- *In re: Fresenius Granuflo/Naturalyte Dialysate Products. Litigation on behalf of dialysis patients alleging Fresenius' dialysis products caused cardiac injuries and death. $250 million global settlement.*

- *Pain Pump Device Litigation. CohenMalad, LLP served in a National Coordinated Counsel role in litigation against pain pump manufacturers who marketed pain pumps to orthopedic surgeons for continuous intra-articular uses, despite the fact that intra-articular placement of the pain pump catheters was not approved by the FDA. The use of pain pumps in the joint space resulted in deterioration of cartilage, severe pain, loss of mobility or decreased range of motion and use of shoulder.*

- *In Re: Prempro Products Liability Litigation. Litigation on behalf of women who took the hormone replacement therapy drug Prempro manufactured by Wyeth and suffered strokes, heart attacks, endometrial tumors or breast cancers. Global settlement for more than $890 million to settle roughly 2,200 claims.*

## Significant Mass Medical Malpractice Actions
*Co-Lead counsel for mass litigation*

- *Mass tort medical malpractice cases involving over 280 claimants against an ENT physician settled for more than $59 million.*

- *Mass tort medical malpractice cases involving more than 260 claimants against a Northwest Indiana cardiology group settled for more than $67 million.*

## Our Attorneys

**Irwin B. Levin, Managing Partner**



Irwin joined CohenMalad, LLP in 1978 and concentrates his practice in the areas of class action, mass torts and commercial litigation. Irwin served on the Executive Committee in litigation against Swiss Banks on behalf of Holocaust victims around the world which culminated in a historic $1.25 billion settlement. He has also served as lead counsel in class action cases around the country since 1983 including two class action cases against the Indiana Bureau of Motor Vehicles, which settled for nearly $100 million, and was Co-Lead Counsel in two major antitrust cases against the concrete industry. Those cases settled for over $75 million. Irwin has also served in leadership in various MDL and mass tort cases such as Pain Pump and Hormone Therapy litigation. Irwin currently is counsel for dozens of Indiana cities and counties in litigation against companies responsible for the opioid epidemic.



**David J. Cutshaw**

David's practice includes both class action and mass medical malpractice litigation. He served as co-lead counsel to successfully negotiate over $59 million in settlements for more than 280 plaintiffs against former ENT surgeon Mark Weinberger who performed unnecessary sinus surgeries, negligent surgeries, and abandoned his patients. Weinberger was sentenced to seven years in jail for health care fraud. David acted as co-lead counsel in 263 claims against a Northwest Indiana cardiology group alleged to have unnecessarily implanted pacemakers and defibrillators and performed unnecessary cardiac vessel stenting. Those claims were recently settled for over $67 million. He has also tried numerous medical malpractice jury trials as first chair.



**Gregory L. Laker**



Greg is the chair of the personal injury practice group and oversees the firm's dangerous drug and defective medical device litigation team. Greg and his team have held leadership positions in several multidistrict litigations including In re: Prem Pro Products Liability, Pain Pump Device Litigation, *In re: Consolidated Fresenius Cases* (Granuflo), *In re: Testosterone Replacement Therapy Products Liability*, and others. Greg also oversees the firm's sexual abuse litigation team and litigates cases involving molestation committed by perpetrators in institutional care facilities, sports and organizational groups, churches, schools, and doctor or medical offices.

**Richard E. Shevitz**

Richard is a co-chair of the class action practice group and handles a wide variety of class action lawsuits, including claims against insurance companies, governmental entities, and manufacturers. He led the trial court proceedings and handled the appeal of a class action on behalf of drivers who had been overcharged for fuel prices by a publicly held trucking company, which resulted in a judgment of approximately $5 million which was upheld on appeal. He also played a key role in the historic class action litigation bringing Holocaust-era claims against Swiss banks, which resolved for $1.25 billion, as well as the prosecution of Holocaust-related claims against leading German industrial enterprises, which were resolved through a $5 billion fund.



**Lynn A. Toops**

Lynn is a co-chair of the class action practice group and focuses her practice on high-stakes consumer protection litigation. Lynn and her team are currently litigating hundreds of class actions against financial institutions across the country for the improper assessment of various fees and have returned over $100 million to well over one million consumers.

Lynn is also a nationwide leader in data breach matters, and is currently litigating and settling dozens of those cases on behalf of consumers.



*Lynn A. Toops, continued*

Lynn also represents cities and counties across Indiana that are battling the opioid prescription epidemic via litigation against manufacturers and distributors of prescription opioids. Lynn also served in a leading role in litigation against the state of Indiana for failure to pay promised adoption subsidy payments to families who adopted special needs children out of the state's foster care program.



**Scott D. Gilchrist**
Scott is a class action attorney and concentrates his practice on antitrust, securities fraud, and consumer protection matters. Scott was a principal attorney in two antitrust cases against suppliers of ready-mixed concrete on behalf of small businesses, farmers and individuals. In re: Ready Mixed Concrete Antitrust Litigation, which Antitrust Litigation, which settled for more than $18 million.

**Vess A. Miller**
Vess is a class action attorney and focuses his practice on consumer protection matters. He uncovered hundreds of illegal charges made by the Indiana BMV and gave closing arguments at trial. After a ruling for drivers, that case settled for over $62 million in refunds. Vess has also successfully litigated predatory lending claims against payday lenders that charged interest rates exceeding 1,000% APR. He defeated arbitration clauses that would have left consumer with no recovery, and successfully defended the wins at the Indiana Court of Appeals, the Indiana Supreme Court, and ultimately the United States Supreme Court.





**Gabriel A. Hawkins**
Gabriel is a class action and complex litigation attorney. He is an integral part of the firm's mass medical malpractice litigation team. He helped represent over 280 plaintiffs in lawsuits against former ENT surgeon Mark Weinberger who performed unnecessary sinus surgeries, negligent surgeries, and abandoned his patients. Weinberger was sentenced to seven years in jail for health care fraud. Gabriel's work contributed to the successful $59 million global settlement for these plaintiffs.

**Lisa M. La Fornara**
Lisa handles complex civil litigation, including class and representative actions, with a focus on consumer protection, financial services, and data security matters. Lisa has actively litigated hundreds of actions against financial institutions and has helped consumers recover tens of millions of dollars in improperly collected fee revenue.

Lisa has helped achieve leading settlements in actions against companies that failed to protect their customers' most sensitive data, providing meaningful equitable and financial relief for victims who





*Lisa M. La Fornara, continued*

experienced or are likely to experience identity theft and fraud. Lisa has also uncovered and obtained refunds for consumers who were systematically underpaid by their insurers following the total loss of their vehicles, and as well as represented whistleblowers in *qui tam* and False Claims Act cases involving fraud against the government.

**Natalie A. Lyons**
Natalie focuses on complex and class action matters. She has represented consumer and civil rights plaintiffs in federal and state class actions around the country—including two federal civil rights trials that resulted in merits wins for plaintiffs. She has litigated against the federal Departments of Homeland Security and Education, state correctional agencies, and an array of commercial defendants. She is presently litigating complicated class actions in state and federal courts under consumer protection laws, the Telephone Consumer Protection Act, and state contract and fraud laws.

Prior to joining CohenMalad, LLP, Natalie advocated on behalf of marginalized communities in litigation, direct representation and policy advocacy at the Southern Poverty Law Center (Montgomery, AL), Housing & Economic Rights Advocates (Oakland, CA) and Equal Rights Advocates (San Francisco, CA). In her role as an advocate for racial and social justice, she has appeared on panels; authored reports, op-eds and white papers; and testified on behalf of legislation. Here in Indiana, she served on the 2017 Spirit & Place Festival panel: Liberty & Justice for All?

**Amina A. Thomas**
Amina is a partner on the Class Action team. Amina focuses the majority of her practice on privacy actions involving data breaches and the unlawful collection or disclosure of personal information. As part of the Firm's data breach litigation team, Amina has helped obtain recovery for thousands of individuals who have had their personal information leaked or unauthorizedly disclosed due to insufficient data security measures.

Prior to joining CohenMalad, LLP, Amina had the honor of serving as a judicial law clerk to the Honorable Judge Melissa S. May at the Indiana Court of Appeals and to the Honorable Judge Heather A. Welch at the Indiana Commercial Court. Amina's clerkship experience has given her command of courtroom procedure and commercial litigation.

**Emily D. Herrin**
Emily is class action attorney focused on complex litigation involving consumer protection matters. She litigates matters against financial institutions related to improperly collected fee revenue. Emily also represents consumers in data breach litigation against businesses who failed to properly safeguard sensitive client personal identifying information.



**Edward 'Ned' B. Mulligan V**
Ned handles product liability matters in the firm's dangerous pharmaceutical drug and defective medical device practice group. He has served in mass tort leadership roles on several multidistrict litigations including, In re: Testosterone Replacement Therapy Products Liability Litigation, and In re: Consolidated Fresenius Cases (Granuflo). Ned is a named member of the Plaintiff Steering Committee for In re: Zofran (Ondansetron) Products Liability Litigation. Ned has also written articles regarding mass tort litigation for Trial Magazine.





**Jonathon A. Knoll**
Jon is a product liability attorney in the firm's dangerous pharmaceutical drug and defective medical device practice group. He has served in mass tort leadership roles for Biomet Metal on Metal Hip Replacement System Litigation in Indiana state court, *Gilead Tenofovir Cases*, JCCP No. 5043, as well as the multidistrict litigation *In re: Consolidated Fresenius Cases* (Granuflo). Jon speaks nationally on various topics related to mass tort litigation and has also written articles regarding mass tort litigation for Trial Magazine.

**Mallory K. Schiller**
Mallory is a class action attorney with a focus on complex litigation at both state and federal levels. Her diverse legal background includes successfully representing clients in matters such as civil rights litigation, labor and employment litigation, commercial litigation, constitutional law, regulatory law, special education law, and contract disputes. Previously, Mallory has served as Assistant Attorney General in the Office of the Tennessee Attorney General and as a Federal judicial law clerk for the Eastern and Western Districts of Kentucky.





**Ian R. Bensberg**
Ian is a class action attorney focused on representing plaintiffs in consumer protection and data privacy cases. Prior to CohenMalad, Ian represented plaintiffs in complex cases of national importance at every level of the federal courts, including *In re National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio), *In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047 (N.D. Cal.), *TransUnion LLC v. Ramirez*, No. 20-297 (S. Ct.), and *Authors Guild v. OpenAI Inc.*, No. 1:23-cv-8292 (S.D.N.Y.).

## Antitrust Cases

- ***In re Bromine Antitrust Litigation*,** U.S. District Court, Southern District of Indiana. Liaison Counsel for the class in price-fixing issue. Settlement valued at $9.175 million.

- ***In re Ready-Mixed Concrete Antitrust Litigation*,** U.S. District Court, Southern District of Indiana.
  Co-Lead Counsel in a consolidated class action alleging a price-fixing conspiracy among all of the major Ready-Mixed Concrete suppliers in the Indianapolis area. The total settlements provided for a recovery of $60 million, which allowed for a net distribution to class members of approximately 100% of their actual damages.

- ***In re Iowa Ready-Mix Concrete Antitrust Litigation*,** U.S. District Court, District of Iowa. Co-lead counsel in class action alleging a price-fixing conspiracy among major suppliers of Ready-Mixed Concrete in northwest Iowa and the surrounding states. Settlements totaled $18.5 million, which allowed for a net distribution to class members of approximately 100% of their actual damages.

## Consumer Protection Cases

- ***Raab v. R. Scott Waddell, in his official capacity as Commissioner of The Indiana Bureau of Motor Vehicles et al.*,** and ***Raab v. Kent W. Abernathy, in his official capacity as Commissioner of The Indiana Bureau of Motor Vehicles et al.*,** Marion County Indiana, Superior Court. Actions on behalf of Indiana drivers who had been systematically overcharged by the Indiana Bureau of Motor Vehicles for driver's licenses, registrations, and other fees. Achieved a combined total $100 million recovery providing either credits or refund checks to over 4 million drivers in amounts that equaled the agreed overcharge amounts.

- ***Moss v. Mary Beth Bonaventura, in her official capacity as Director of The Indiana Department of Child Services, et al.*,** LaPorte County Indiana, Superior Court.
  Action on behalf of Indiana families that adopted special needs children from out of DCS foster care and who were denied an adoption subsidy payment. Achieved settlement over $15 million providing checks to benefit over 1,880 special needs children, with the average settlement check near $5,000 and a substantial number exceeding $10,000.

- ***Coleman v. Sentry Insurance*,** United States District Court, Southern District of Illinois. Class action on behalf of insured for failure to honor premium discounted features of automobile insurance policy; Settled for $5.7 million cash fund, with direct payments to class members averaging over $550.

- ***Econo-Med Pharmacy v. Roche,*** United States District Court for the Southern District of Indiana. $17 million common fund recovery in TCPA class action.



- ***Plummer v. Nicor Energy Services Company,*** U.S. District Court, Southern District of Indiana. Class counsel in multistate class action on behalf of utility customers for deceptive charges on utility bills. Resolved for $12 million cash settlement.

- ***Price v. BP Products North America Inc.,*** U.S. District Court, Northern District of Illinois. Class counsel in multi-state class action on behalf of motorists that purchased contaminated gasoline recalled by BP. Achieved settlement of $7 million.

- ***Wilmoth et al. v. Celadon Trucking Services*****,** Marion County Indiana, Superior Court. Appointed Class Counsel and obtained judgment, which was upheld on appeal, for approximately $5 million in favor of nationwide class of long-distance drivers who had compensation improperly withheld by Celadon from fuel purchases.

- ***Means v. River Valley Financial Bank, et al.*****,** Marion County Indiana, Superior Court. Action involving prepaid burial goods and services in Madison, Indiana. Cemetery owners and banks who served as the trustees for the prepaid burial funds violated the Indiana Pre-Need Act and other legal duties, which resulted in insufficient funds to provide class members' burial goods and services at death. Settlements valued at $4 million were achieved to ensure that thousands of class members' final wishes will be honored.

- ***Meadows v. Sandpoint Capital, LLC,*** and ***Edwards v. Apex 1 Processing, Inc.,*** Marion County Indiana, Circuit Court. Class actions brought against internet-based payday lenders. Settlement provided reimbursement for fees and expenses that exceeded amounts permitted by the Indiana payday loan act.

  ***Edwards v. Geneva-Roth Capital, Inc.,*** Marion County Indiana, Circuit Court. Class action brought against internet-based payday lenders. Achieved settlement over $1 million providing checks for over 6,000 individuals.

- ***Colon v. Trinity Homes, LLC and Beazer Homes Investment Corp,*** Hamilton County Indiana, Superior Court. Class counsel in statewide settlement providing for remediation of mold and moisture problems in over 2,000 homes. Settlement valued at over $30 million.

- ***Whiteman v. Time Warner Entertainment Company, L.P.,*** Marion County, Indiana, Superior Court. Successfully appealed to the Indiana Supreme Court challenging the application of the voluntary payment doctrine for class of cable subscribers. Following this victory, CohenMalad, LLP negotiated a multi-million-dollar settlement for class members.

- ***Hecht v. Comcast of Indianapolis,*** Marion County Indiana, Circuit Court. Represented a class of Comcast cable subscribers challenging arbitrarily determined late fees as unlawful liquidated damages. Obtained a multi-million-dollar settlement on the eve of trial.

- ***Littell et al. v. Tele-Communications, Inc. (AT&T) et al.,*** Morgan County, Indiana, Superior Court. Lead counsel in nationwide class action challenging late fee charges imposed by cable television companies. The total value of the nationwide settlement exceeded $106 million.

- ***Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tires Products Liability Litigation,*** U.S. District Court, Southern District of Indiana.
  Court-appointed Liaison Counsel and Executive Committee Member in consolidated litigation involving international distribution of defective tires.

- ***Tuck v. Whirlpool et al.*,** Marion County, Indiana, Circuit Court.
  Appointed Class Counsel in nationwide class action regarding defective microwave hoods. Settlement achieved in excess of $7 million.

- ***Hackbarth et al. v. Carnival Cruise Lines,*** Circuit Court of Dade County, Florida.
  Class Counsel in nationwide action challenging cruise lines' billing practices. Settlement valued at approximately $20 million.

- ***Kenro, Inc. v. APO Health, Inc.,*** Marion County Indiana, Superior Court.
  Appointed Class Counsel in case alleging violations of the Federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. Settlement negotiated to create a common fund of $4.5 million and provide benefits to class members of up to $500 for each unsolicited fax advertisement received.

- ***Shilesh Chaturvedi v. JTH Tax, Inc. d/b/a Liberty Tax Service,*** Court of Common Pleas, Allegheny County, Pennsylvania.
  Class Counsel in case involving Federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. Settlement valued at $45 million.

- ***Kenro, Inc. and Gold Seal Termite and Pest Control Company v. PrimeTV, LLC, and DirecTV, Inc.*,** Marion County Indiana, Superior Court.
  Class Counsel in case involving the federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. Following certification, the parties entered into nationwide settlement providing class members with benefits worth in excess of $500 million.

- ***Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corp. et al.,*** U.S. District Court, Southern District of Indiana.
  Class Counsel in Telephone Consumer Protection Act case alleging medical device company sent unsolicited junk faxes to 60,000 U.S. pharmacies. Settlement for $17 million.

- ***McKenzie et. al. v. Allconnect, Inc.,*** U.S. District Court, Eastern District of Kentucky.
  Class action on behalf of consumers whose highly sensitive personally identifiable information was compromised as a result of a data breach. Settlement for $500,000, five (5) years of credit monitoring services, and monetary payments of $100 to each settlement class member.





## Bank Fee Cases

- ***Hill v. Indiana Members Credit Union,*** Marion County Indiana, Superior Court.
  Class action on behalf of credit union members who were improperly assessed (1) non-sufficient funds fees on accounts that were never actually overdrawn; (2) multiple non-sufficient funds fees on a single transaction; (3) out of network ATM withdrawal fees; and (4) ATM balance inquiry fees. Settlement for $3 million.

- ***Plummer v. Centra Credit Union,*** Bartholomew County Indiana, Superior Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that were never actually overdrawn. Settlement for $1.5 million.

- ***Terrell et. al. v. Fort Knox Federal Credit Union,*** Hardin County Kentucky, Circuit Court.
  Class action on behalf of consumers who were improperly assessed (1) overdraft fees on transactions that were previously authorized on a sufficient available balance and (2) multiple insufficient funds fees on a single transaction. Settlement for $4.5 million.

- ***Martin v. L&N Federal Credit Union,*** Jefferson County Kentucky, Circuit Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that had sufficient funds to cover the transactions. Settlement for $2.575 million.

- ***Cauley v. Citizens National Bank,*** Sevier County Tennessee, Circuit Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on transactions that did not actually overdraw checking accounts. Settlement for $500,000.

- ***Norwood v. The Camden National Bank,*** Cumberland County Maine, Business and Consumer Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that were never actually overdrawn and also on phantom transactions—where an accountholder never made a withdrawal request and where an account balance was never reduced. Settlement for $1.2 million.

- ***Tisdale v. Wilson Bank and Trust,*** Davidson County Tennessee, Chancery Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on transactions that were previously authorized on an account with sufficient funds. Settlement for $550,000.

- ***Johnson et. al. v. Elements Financial Credit Union,*** Marion County Indiana, Commercial Court.
  Class action on behalf of consumers improperly assessed (1) overdraft fees on accounts that were never actually overdrawn; and (2) multiple insufficient funds fees on a single transaction. Settlement for $775,000.

- ***Holt v. Community America Credit Union,*** U.S. District Court, Western District of Missouri.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that were never overdrawn and multiple fees on a single item or transaction returned for insufficient funds. Settlement for $2.325 million.



- ***Hawley et. al. v. ORNL Federal Credit Union,*** Anderson County Tennessee, Circuit Court. Class action on behalf of consumers who were improperly assessed (1) overdraft fees on transactions that did not actually overdraw checking accounts; (2) overdraft fees on transactions made on the same day that a direct deposit should have been made available to cover the transaction subject to an overdraft fees; and (3) multiple non-sufficient funds fees on a single transaction. Settlement for $470,000.

- ***Graves v. Old Hickory Credit Union,*** Chancery Court of Tennessee. Action on behalf of credit union members charged overdraft fees on debit card and ATM transactions when the member's Available Balance was negative, but their Ledger Balance was positive. Settlement for $500,000.

## Human Rights Cases

- ***In re Holocaust Victims Assets Litigation*, ** U.S. District Court, Eastern District of New York. Selected as one of ten firms from the U.S. to serve on the Executive Committee in the prosecution of a world-wide class action against three major Swiss banks to recover assets from the Nazi era. This litigation resulted in a $1.25 billion settlement in favor of Holocaust survivors.

- ***Kor v. Bayer AG,*** U.S. District Court, Southern District of Indiana. Action against an international pharmaceutical company for participating in medical experiments on concentration camp inmates during World War II. This action was resolved as part of a $5 billion settlement negotiated under the auspices of the governments of the U.S. and Germany and led to the creation of the *Foundation for Remembrance, Responsibility and the Future*.

- ***Vogel v. Degussa AG*, ** U.S. District Court, District of New Jersey. Action against a German industrial enterprise for enslaving concentration camp inmates during World War II for commercial benefit. This action also was resolved in connection with the settlement which created the *Foundation for Remembrance, Responsibility and the Future*.

## Health Care/Insurance Cases

- ***In re Indiana Construction Industry Trust,*** Marion County, Indiana, Circuit Court. Lead Counsel in action against an insolvent health benefits provider from Indiana and surrounding states. Recovered approximately $24 million for enrollees, providing nearly 100% recovery to victims.

- ***Coleman v. Sentry Insurance a Mutual Company,*** United States District Court, Southern District of Illinois. Class Counsel on behalf of 6,847 policy holders in 11 states against insurer for breaching refund feature of auto insurance policies, which resulted in recovery of $5,718,825.



- ***Davis v. National Foundation Life Insurance Co.,*** Jay County, Indiana, Circuit Court.
  Class Counsel in action involving insureds who were denied health insurance benefits as a result of National Foundations' inclusion and enforcement of pre-existing condition exclusionary riders in violation of Indiana law. The settlement provided over 85% recovery of the wrongfully denied benefits.

## Securities Fraud Cases

- ***Grant et al. v. Arthur Andersen et al.,*** Maricopa County Arizona, Superior Court.
  Lead counsel in class action arising from the collapse of the Baptist Foundation of Arizona, involving losses of approximately $560 million. Settlement achieved for $237 million.

- ***In re: Brightpoint Securities Litigation,*** U.S. District Court, Southern District of Indiana.
  Class Counsel in securities fraud action that resulted in a $5.25 million settlement for shareholders.

- ***City of Austin Police Retirement System v. ITT Educational Services, Inc., et al,*** U.S. District Court, Southern District of Indiana.
  Co-lead counsel in action alleging misrepresentations by defendant and certain principals concerning enrollment and graduate placement, and a failure to disclose multiple federal investigations into defendant's operations and records.

- ***Beeson and Gregory v. PBC et al.,*** U.S. District Court, Southern District of Indiana.
  Class Counsel in a nationwide class action with ancillary proceedings in the District of Connecticut, and the Southern District of Florida. Multi-million-dollar settlement that returned 100% of losses to investors.

- ***In re: Prudential Energy Income Securities Litigation,*** U.S. District Court, Eastern District of Louisiana.
  Counsel for objectors opposing a $37 million class action settlement. Objection successfully led to an improved $120 million settlement for 130,000 class members.

- ***In re: PSI Merger Shareholder Litigation,*** U.S. District Court, Southern District of Indiana.
  Obtained an injunction to require proper disclosure to shareholders in merger of Public Service Indiana Energy, Inc. and Cincinnati Gas & Electric.

- ***Dudley v. Ski World, Inc.,*** U.S. District Court, Southern District of Indiana.
  Class counsel for over 5,000 investors in Ski World stock. Multi-million-dollar settlement.

- ***Stein v. Marshall,*** U.S. District Court, District of Arizona.
  Class Counsel Committee member in action involving the initial public offering of Residential Resources, Inc. Nationwide settlement achieved on behalf of investors.

- ***Dominijanni v. Omni Capital Group, Ltd. et al.,*** U.S. District Court, Southern District of Florida.
  Co-lead counsel in securities fraud action on behalf of investors; nationwide settlement.

CohenMalad
TRIAL LAWYERS

## Mass Medical Malpractice

- **Weinberger Litigation,** $59 million in settlements.
  This litigation involved 282 plaintiffs who were patients of former ENT surgeon Mark Weinberger of Merrillville, Indiana. This mass medical malpractice included complaints ranging from unnecessary sinus surgeries and negligently performed surgeries to patient abandonment. Weinberger fled the country after more than a dozen medical malpractice lawsuits were filed against him. He was also indicted on 22 counts of health care fraud and was later apprehended at the foot of the Italian Alps. Weinberger was ultimately sentenced to 7 years in prison for insurance fraud. CohenMalad, LLP attorneys served as Co-Counsel in these medical malpractice lawsuits and successfully negotiated $59 million in settlements for the people Weinberger harmed.

- **Northwest Indiana Cardiology Group Litigation,** $67 million settlement. This litigation involved over 260 claimants who were patients of a cardiology practice in northwest Indiana. This mass tort medical malpractice included complaints of unnecessary heart surgeries, coronary artery stenting, peripheral stenting, and pacemaker and defibrillator implantations, as well as negligent credentialing claims. CohenMalad, LLP attorneys are served as Co-Counsel in these medical malpractice lawsuits and successfully negotiated a settlement of over $67 million.

## Mass Tort Pharmaceutical Drug and Medical Device Litigation

- ***Gilead Tenofovir Cases*****,** JCCP No. 5043 *(pending)*
  CohenMalad, LLP is currently representing patients against Gilead Sciences who were prescribed its TDF-based drugs to treat HIV, for pre-exposure prophylaxis (PrEP) to mitigate HIV risk, or to treat Hepatitis, and suffered serious kidney and bone injuries. Thousands of cases are pending in the Superior Court for the County of San Francisco, California.

- **Strattice Biologic Mesh** *(pending)*
  CohenMalad, LLP is representing patients against LifeCell Corporation and Allergen who suffered injuries, including revision or removal surgeries, after receiving a Strattice mesh product for hernia repairs. These cases are currently pending in New Jersey State Court.

- ***In Re: Zofran (Ondansetron) Products Liability Litigation*****,** MDL No. 2657 (D. Mass) (pending)
  CohenMalad, LLP serves on the Plaintiff's Steering Committee, Narrative Committee, and Discovery, Briefing, and Science Committees in an action on behalf of women who took Zofran while pregnant and gave birth to a baby who suffered from a serious birth defect.

- ***In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*****,** MDL No. 2738 (D. N.J.) (pending)
  CohenMalad, LLP is currently representing women who used Johnson & Johnson's talcum powder products for feminine hygiene and were diagnosed with ovarian cancer. Thousands of cases are currently pending.



- ***In Re: National Prescription Opiate Litigation*****,** MDL No. 2804 (N.D. Ohio) (pending)
  CohenMalad, LLP is currently representing dozens of Indiana cities and counties in litigation against the manufacturers and distributors of opioid pain medications. This litigation is focused on combating the prescription opioid epidemic and replenishing valuable resources for Indiana communities that have spent vital economic resources responding to public health and safety issues resulting from this epidemic.

- **Biomet Metal on Metal Hip Replacement System** (pending)
  CohenMalad, LLP is representing patients in Indiana state court who were implanted with a Biomet M2a metal on metal hip replacement system and suffered serious injuries such as significant pain, tissue destruction, bone destruction, and metallosis. In many cases, revision surgeries were necessary within just a few years of implantation.

- ***In Re: Zantac (Ranitidine) Products Liability Litigation*****,** MDL No. 2924, (S.D. FL.) *(pending)*
  CohenMalad, LLP is representing patients who were diagnosed with cancer following the use of Zantac (ranitidine). The U.S. Food and Drug Administration issued a recall for all Zantac (ranitidine) drugs including over the counter and prescription formulas on April 1, 2020.
- ***In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation*****,** MDL No. 2570 (S.D. Ind.) *(pending)*
  CohenMalad, LLP is representing patients alleging serious injury related to the use of Cook Medical's inferior vena cava (IVC) filters.

- ***In Re: Prempro Products Liability Litigation*****,** MDL No. 1507
  CohenMalad, LLP litigated hundreds of claims against Wyeth, the manufacturer of Prempro, for women who took hormone replacement therapy drug Prempro and suffered stroke, heart attacks, endometrial tumors or breast cancers. Wyeth agreed to a global settlement for more than $890 million to settle roughly 2,200 claims.

- **Pain Pump Device Litigation**
  No MDL existed for this litigation. CohenMalad, LLP served in a National Coordinated Counsel role. Litigation was against pain pump manufacturers who marketed pain pumps to orthopedic surgeons for continuous intra-articular uses, despite the fact that intra-articular placement of the pain pump catheters was not approved by the FDA. The use of pain pumps in the joint space resulted in deterioration of cartilage, severe pain, loss of mobility or decreased range of motion and use of shoulder.

- **Yaz**
  CohenMalad, LLP represented hundreds of women in claims against Bayer over its Yaz and Yasmin birth control oral contraceptive. The drugs contained a synthetic version of estrogen, drospirenone, that was linked to increased risk for blood clots, stroke, and heart attack. As of Jan 2016, Bayer agreed to pay $2.04 billion to settle 10,000+ blood-clot injury claims.



- **Transvaginal Mesh**
  CohenMalad, LLP represented hundreds of women in claims against transvaginal mesh manufacturers Ethicon, C.R. Bard, Boston Scientific, and American Medical Systems. Mesh implants are synthetic material used to support organs in women who suffer from pelvic organ prolapse and stress urinary incontinence. The FDA received thousands of complaints from women who suffered serious personal injury including perforated organs, infection, severe pain, and erosion of the mesh.

- ***In Re: Testosterone Replacement Therapy Products Liability Litigation*****,** MDL No. 2425 (N.D. Ill.)
  CohenMalad, LLP served on the discovery team in action on behalf of men who took drug manufacturers' testosterone replacement therapy products and suffered injuries such as blood clots, heart attacks, strokes and death.

- ***In Re: Consolidated Fresenius Cases (Granuflo)*****,** MICV2013-3400-O, Commonwealth of Massachusetts, Middlesex County
  CohenMalad, LLP served on the Plaintiff's Steering Committee, bellwether discovery program committee, and privilege log committee in an action on behalf of dialysis patients alleging the defendant's dialysis products caused cardiac injuries and death. There was a $250 million global settlement.