Todd L. Bice (Nevada Bar No. 4534)
PISANELLI BICE PLLC
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
Tel: (702) 214-2100
tlb@pisanellibice.com

Edward H. Rippey*
Teena-Ann V. Sankoorikal*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
erippey@cov.com
tsankoorikal@cov.com

Micaela R.H. McMurrough*
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001-2170
Tel: (212) 841-1000
mmcmurrough@cov.com

Isaac D. Chaput*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St. Suite 5400
San Francisco, CA 94105-2533
Tel: (415) 591-6000
ichaput@cov.com

*Pro hac vice application forthcoming

*Attorneys for Defendants*
*Boyd Gaming Corporation*
*Boyd Interactive Gaming, Inc.*
*Boyd Interactive USA, LLC (f/k/a Pala Interactive, LLC)*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: BOYD GAMING CORP. BREACH LITIGATION<br><br>This Document Relates To: *All Cases* | Master File No.: 2:25-cv-01814-GMN-EJY<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Todd L. Bice, Esq., of PISANELLI BICE PLLC; Edward H. Rippey, Esq.*; Teena-Ann V. Sankoorikal, Esq.*; Micaela R.H. McMurrough, Esq.*; and Isaac D. Chaput, Esq.,* of COVINGTON & BURLING LLP hereby enter their appearance as counsel of record

for Defendants Boyd Gaming Corporation; Boyd Interactive Gaming, Inc.; and Boyd Interactive USA, LLC (f/k/a Pala Interactive, LLC) in the matter above.[1]

DATED this 29th day of October, 2025.

By: /s/  Todd L. Bice
Todd L. Bice (Nevada Bar No. 4534)
PISANELLI BICE PLLC
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
Tel: (702) 214-2100
tlb@pisanellibice.com

Edward H. Rippey*
Teena-Ann V. Sankoorikal*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
erippey@cov.com
tsankoorikal@cov.com

Micaela R.H. McMurrough*
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001-2170
Tel.: (212) 841-1000
mmcmurrough@cov.com

Isaac D. Chaput*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
ichaput@cov.com

*Pro hac vice application forthcoming
Attorneys for Defendants
Boyd Gaming Corporation
Boyd Interactive Gaming, Inc.
Boyd Interactive USA, LLC (f/k/a Pala Interactive, LLC)

---

[1] Pro hac vice applications for Edward H. Rippey, Teena-Ann V. Sankoorikal, Micaela R.H. McMurrough, and Isaac D. Chaput are forthcoming.

NOTICE OF APPEARANCE