| | |
|---|---|
| Todd L. Bice (Nevada Bar No. 4534) | Micaela R.H. McMurrough* |
| PISANELLI BICE PLLC | COVINGTON & BURLING LLP |
| 400 S. 7th Street, Suite 400 | 30 Hudson Yards |
| Las Vegas, NV 89101 | New York, NY 10001-2170 |
| Tel: (702) 214-2100 | Tel: (212) 841-1000 |
| tlb@pisanellibice.com | mmcmurrough@cov.com |
| | |
| Edward H. Rippey* | Isaac D. Chaput* |
| Teena-Ann V. Sankoorikal* | COVINGTON & BURLING LLP |
| COVINGTON & BURLING LLP | Salesforce Tower |
| One CityCenter | 415 Mission St. Suite 5400 |
| 850 Tenth Street, NW | San Francisco, CA 94105-2533 |
| Washington, DC 20001 | Tel: (415) 591-6000 |
| Tel: (202) 662-6000 | ichaput@cov.com |
| erippey@cov.com | |
| tsankoorikal@cov.com | |

*Pro hac vice* application forthcoming

*Attorneys for Defendants*
*Boyd Gaming Corporation*
*Boyd Interactive Gaming, Inc.*
*Boyd Interactive USA, LLC (f/k/a Pala Interactive, LLC)*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: BOYD GAMING CORP. BREACH LITIGATION<br><br>This Document Relates To: *All Cases* | Master File No.: 2:25-cv-01814-GMN-EJY<br><br>**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant Boyd Gaming Corporation hereby discloses and certifies that it is a publicly traded corporation. Boyd Gaming Corporation has no parent company, and no publicly held corporation owns 10 percent or more of the stock of Boyd Gaming Corporation.

/ / /

/ / /

Defendant Boyd Interactive Gaming, Inc. hereby discloses and certifies that it is a wholly owned subsidiary of Defendant Boyd Gaming Corporation, a publicly held corporation.

Defendant Boyd Interactive USA, LLC, formerly known as "Pala Interactive, LLC," hereby discloses and certifies that it is an indirect wholly owned subsidiary of Defendant Boyd Gaming Corporation, a publicly held corporation.

There are no known interested parties who have a direct, pecuniary interest in the outcome of this case other than those parties participating in the case and identified in the Complaints filed in the various cases that are part of this consolidated proceeding.

DATED this 29th day of October, 2025

By: */s/ Todd L. Bice*
Todd L. Bice (Nevada Bar No. 4534)
PISANELLI BICE PLLC
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
Tel: (702) 214-2100
tlb@pisanellibice.com

Edward H. Rippey*
Teena-Ann V. Sankoorikal*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
erippey@cov.com
tsankoorikal@cov.com

Micaela R.H. McMurrough*
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001-2170
Tel.: (212) 841-1000
mmcmurrough@cov.com

Isaac D. Chaput*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
ichaput@cov.com

*Pro hac vice application forthcoming

*Attorneys for Defendants*
*Boyd Gaming Corporation*
*Boyd Interactive Gaming, Inc.*
*Boyd Interactive USA, LLC (f/k/a Pala Interactive, LLC)*