UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN RE: BOYD GAMING CORP. BREACH LITIGATION

Case #2:25-cv-01814-GMN-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Isaac D. Chaput_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Covington & Burling LLP_____
(firm name)

with offices at _____Salesforce Tower, 415 Mission Street, Suite 5400_____,
(street address)

_____San Francisco_____, _____California_____, _____94105-2533_____,
(city) (state) (zip code)

_____(415) 591-6000_____, _____ichaput@cov.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Boyd Gaming Corporation, Pala Interactive LLC, and Boyd Interactive Gaming, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>September 30, 2019</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>California</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of California | September 30, 2019 | 326923 |
| New York State Appellate Division, 1st Department | March 2, 2015 | 5320205 |
| See attached. | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California and New York.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 12/04/2023 | 2:23-cv-01902 | U.S. District Court - D. Nev. | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
)
COUNTY OF ___San Francisco___ )

___Isaac D. Chaput___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__28__ day of __October__, __2025__.

AMBER ROSE CYBULSKI
Notary Public - California
San Francisco County
Commission # 2477632
My Comm. Expires Dec 26, 2027

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Todd L. Bice___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Pisanelli Bice PLLC, 400 S. 7th Street, Suite 400___,
(street address)

___Las Vegas___, ___Nevada___, ___89101___,
(city)            (state)           (zip code)

___(702) 214-2100___, ___tlb@pisanellibice.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Todd L. Bice_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____*Christopher Boone*_____
(party's signature)

Christopher Boone, Assoc. General Counsel, Boyd Gaming Corporation
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as ~~associate resident~~ Nevada counsel in this case.

_____*[signature]*_____
Designated Resident Nevada Counsel's signature

4534                    tlb@pisanellibice.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**Attachment to Pro Hac Vice Application of Isaac D. Chaput**
(Case No. 2:25-cv-01814-GMN-EJY)

| Court | Date of Admission | In Good Standing? |
|---|---|---|
| Southern District of New York | March 28, 2017 | Yes |
| Eastern District of New York | March 30, 2017 | Yes |
| Northern District of California | October 2, 2019 | Yes |
| Central District of California | October 3, 2019 | Yes |
| Southern District of California | October 2, 2019 | Yes |
| Eastern District of California | October 20, 2023 | Yes |
| Eastern District of Wisconsin | April 21, 2022 | Yes |
| Eastern District of Texas | February 27, 2025 | Yes |
| Court of Appeals for the First Circuit | June 25, 2025 | Yes |
| Court of Appeals for the Ninth Circuit | October 31, 2019 | Yes |
| Court of Appeals for the Tenth Circuit | April 9, 2024 | Yes |
| Court of Appeals for the Eleventh Circuit | April 9, 2024 | Yes |



# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Isaac Daniel Chaput

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 2, 2015**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on May 7, 2025.

Clerk of the Court

CertID-00230229

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 10/16/2025

**LICENSEE NAME:** Isaac D. Chaput

**LICENSEE BAR NUMBER:** 326923

**LICENSEE STATUS:** Active

**ADMIT DATE:** 9/30/2019

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Isaac D. Chaput's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)