# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SCOTT LEVY, et al.

    Plaintiff(s),

vs.

BOYD GAMING CORPORATION

    Defendant(s).

Case #2:25-CV-01814-GMN-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____J. Gerard Stranch, IV_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Stranch, Jennings & Garvey, PLLC_____
(firm name)

with offices at _____223 Rosa L. Parks Ave., Ste. 200_____,
(street address)

_____Nashville_____, _____Tennessee_____, _____37203_____,
(city)                              (state)                            (zip code)

_____615-254-8801_____, _____gstranch@stranchlaw.com_____.
(area code + telephone number)         (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiff, Scott Levy_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  October 16, 2003 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  Tennessee
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see attached list | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 5/16

Doc ID: c1b0b7cc8227f36a1c16cd9e245eacb134ba8bde

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

Tennessee State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| November 8, 2023 | 2:23-cv-01777 | USDC Nevada | Granted |
| November 28, 2023 | 2:23-cv-01857 | USDC Nevada | Granted |
| August 11, 2025 | 2:25-cv-01134 | USDC Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

Doc ID: c1b0b7cc8227f36a1c16cd9e245eacb134ba8bde

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Tennessee____ )
                              )
COUNTY OF ____Davidson____ )

____J. Gerard Stranch, IV____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__28th__ day of __October__, __2025__.

_____
Notary Public or Clerk of Court

[Notary Seal: RYAN RAYBURN, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, MY COMMISSION EXPIRES 7-2-2029]

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Nathan R. Ring____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____3100 W. Charleston Blvd.____,
(street address)

__Las Vegas__, __Nevada__, __89102__,
(city)        (state)     (zip code)

__725-235-9750__, __nring@stranchlaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

Doc ID: c1b0b7cc8227f36a1c16cd9e245eacb134ba8bde

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Nathan R. Ring_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_/signature/_
(party's signature)

Plaintiff, Scott Levy
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Nathan R. Ring
Designated Resident Nevada Counsel's signature

12078                nring@stranchlaw.com
Bar number           Email address

APPROVED:

Dated: this __29__ day of ____October____, 20 _25_.

_/signature/_
UNITED STATES DISTRICT JUDGE

Rev. 5/16

Doc ID: c1b0b7cc8227f36a1c16cd9e245eacb134ba8bde

## Attorney Admissions:

| Court Admitted | Date Admitted | Bar ID |
|---|---|---|
| Tennessee State Supreme Court | 10/16/2003 | 23045 |
| U.S.D.C. of Middle District of Tennessee | 12/15/2003 | 23045 |
| U.S.D.C. of Eastern District of Tennessee | 07/18/2005 | 23045 |
| U.S.D.C. of Western District of Tennessee | 02/04/2008 | 23045 |
| U.S.D.C. of District of Colorado | 1/18/2008 | None assigned |
| U.S.D.C. of Southern District of Indiana | 11/21/2023 | None assigned |
| U.S.D.C. of Central District of Illinois | 11/18/2024 | None assigned |
| U.S.D.C. of Southern District of Illinois | 12/20/2023 | None assigned |
| U.S.D.C. of Northern District of Indiana | 01/11/2024 | None assigned |
| U.S.D.C. of Eastern District of Wisconsin | 04/08/2019 | None assigned |
| U.S.D.C. of Eastern District of Missouri | 03/20/2008 | None assigned |
| U.S.D.C. of Eastern District of Michigan | 01/18/2024 | None assigned |
| U.S.D.C of Western District Michigan | 05/05/2025 | None Assigned |
| 6th Circuit Court of Appeals | 10/04/2004 | None assigned |
| 7th Circuit Court of Appeals | 08/18/2023 | None assigned |
| 8th Circuit Court of Appeals | 03/15/2011 | 11-0103 |
| 9th Circuit Court of Appeals | 02/17/2011 | None assigned |
| 10th Circuit Court of Appeals | 12/18/2023 | None assigned |
| 11th Circuit Court of Appeals | 01/08/2024 | None Assigned |

# Supreme Court of Tennessee

## Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## James Gerard Stranch, IV

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on October 16, 2003, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 27th day of August, 2025.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: *Donna Gilmore*
Donna Gilmore, D.C.