**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

IN RE: BOYD GAMING CORP. BREACH ) Case #2:25-cv-01814-GMN-EJY
LITIGATION )
)
) **VERIFIED PETITION FOR**
) **PERMISSION TO PRACTICE**
) **IN THIS CASE ONLY BY**
) **ATTORNEY NOT ADMITTED**
) **TO THE BAR OF THIS COURT**
) **AND DESIGNATION OF**
) **LOCAL COUNSEL**
)
)
) FILING FEE IS $250.00

_____Edward H. Rippey_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Covington & Burling LLP_____
(firm name)

with offices at _____One CityCenter, 850 Tenth Street, NW_____,
(street address)

_____Washington_____, _____District of Columbia_____, _____20001_____,
(city)                     (state)                      (zip code)

_____(202) 662-6000_____, _____erippey@cov.com_____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by
Boyd Gaming Corporation, Pala Interactive LLC,
and Boyd Interactive Gaming, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since April 1, 1996 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of District of Columbia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia Court of Appeals | April 1, 1996 | 450462 |
| Court of Appeals for the D.C. Circuit | January 1, 2000 | N/A |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

District of Columbia.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 5/31/2024 | 2:24-cv-00698 | U.S. District Court - D. Nev. | Granted |
| 5/31/2024 | 2:24-cv-00939 | U.S. District Court - D. Nev. | Granted |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  District of Columbia  )
           )
COUNTY OF _____N/A_____ )

_____Edward H. Rippey_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__27th__ day of __October__, __2025__.

_____/s/ Lucy V. Spears_____
Notary Public or Clerk of Court

[Notary Seal: LUCY V. SPEARS, NOTARY PUBLIC, DISTRICT OF COLUMBIA, EXP. 09/14/2026]

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Todd L. Bice_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____Pisanelli Bice PLLC, 400 S. 7th Street, Suite 400_____,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)         (state)        (zip code)

__(702) 214-2100__, __tlb@pisanellibice.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Todd L. Bice_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ Christopher Boone_____
(party's signature)

Christopher Boone, Assoc. General Counsel, Boyd Gaming Corporation
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

CONSENT OF DESIGNEE

The undersigned hereby consents to serve as ~~associate resident~~ Nevada counsel in this case.

_____/s/_____
Designated Resident Nevada Counsel's signature

4534                    tlb@pisanellibice.com
Bar number              Email address

APPROVED:

Dated: this __29__ day of __October__, 20__25__.

_____/s/_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Edward H Rippey

was duly qualified and admitted on April 1, 1996 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 17, 2025.*

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.