|   |   |
|---|---|
| 1 |   |
| 2 |   |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

In re: Boyd Gaming Corp. Breach Litigation

Plaintiff(s),

vs.

Defendant(s).

Case #2:25-cv-01814-GMN-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____James J. Pizzirusso_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

HAUSFELD LLP
(firm name)

with offices at ___1200 17th Street, N.W. Suite 600___,
(street address)

___Washington___, ___District of Columbia___, ___20036___,
(city)                                (state)                        (zip code)

___(202) 540-7200___, ___jpizzirusso@hausfeld.com___.
(area code + telephone number)           (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Trent Berger and Parthena Vorgiatzidis___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __06/03/2002__ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of __District of Columbia__ (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Appendix A. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association (ABA)
Virginia State Bar Association (VBA)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 11/06/2023 | 2:23-cv-01447 | Hon. Anne R. Traum | Granted |
| 12/04/2023 | 2:23-cv-01549 | Hon. Richard F. Boulware, II | Granted |
| 12/06/2023 | 2:23-cv-1865 | Hon. Gloria M. Navarro | Granted |
| 12/06/2023 | 2:23-cv-1947 | Hon. Richard F. Boulware, II | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.
3
4  STATE OF ~~STATE OF~~ District of Columbia )
5                                              )
   COUNTY OF _____ )
6
7  James J. Pizzirusso, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.

_____
Petitioner's signature

10  Subscribed and sworn to before me this
11  29th day of October, 2025.
12
13  _____
    Notary Public or Clerk of Court

    JAMES MITCHELL
    NOTARY PUBLIC DISTRICT OF COLUMBIA
    My Commission Expires June 14, 2029

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
19  believes it to be in the best interests of the client(s) to designate __Miles N. Clark__,
                                                                            (name of local counsel)
20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the
21  above-entitled Court as associate resident counsel in this action. The address and email address of
22  said designated Nevada counsel is:

23  Law Offices of Miles N. Clark, LLC, 5510 S Fort Apache Rd, Suite 30
                                    (street address)
24  Las Vegas                       , NV              , 89148
         (city)                       (state)          (zip code)
26  (702) 856-7430                , miles@milesclarklaw.com
    (area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Trent Berger (Oct 8, 2025 08:56:27 EDT)

Trent Berger, Plaintiff
(type or print party name, title)

_____
(party's signature)
Parthena Vorgiatzidis (Oct 8, 2025 20:40:58 PDT)

Parthena Vorgiatzidis, Plaintiff
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Miles N. Clark*
Designated Resident Nevada Counsel's signature

13848           miles@milesclarklaw.com
Bar number           Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## APPENDIX A – JAMES J. PIZZIRUSSO

| COURT | DATE ADMITTED | BAR NO. |
|---|---|---|
| U.S. Court of Appeals, Fourth Circuit | 11/21/2001 | N/A |
| U.S. District Court, District of Columbia | 03/03/2003 | N/A |
| U.S. Court of Federal Claims | 04/09/2003 | N/A |
| U.S. District Court, Eastern District of Arkansas | 10/25/2006 | N/A |
| Supreme Court of the United States | 03/03/2008 | N/A |
| U.S. Court of Appeals, Sixth Circuit | 01/13/2014 | N/A |
| U.S. Court of Appeals, Ninth Circuit | 02/07/2014 | N/A |
| U.S. Court of Appeals, Tenth Circuit | 08/25/2017 | N/A |
| U.S. District Court, District of Maryland | 03/15/2019 | 20817 |
| Judicial Panel on Multidistrict Litigation | 01/03/2023 | N/A |
| U.S. District Court, Central District of Illinois | 01/10/2023 | N/A |
| U.S. District Court, Eastern District of Michigan | 12/01/2023 | N/A |
| U.S. District Court, District of Nebraska | 07/11/2024 | N/A |
| U.S. Court Of Appeals, Third Circuit | 07/30/2024 | N/A |
| U.S. Court Of Appeals, Seventh Circuit | 05/30/2025 | N/A |



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

## *James J Pizzirusso*

*was duly qualified and admitted on June 3, 2002 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August 13, 2025.***

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***