# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In re: Boyd Gaming Corp. Breach Litigation

Plaintiff(s),

vs.

Defendant(s).

Case #2:25-cv-01814-GMN-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Steven M. Nathan_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

HAUSFELD LLP
(firm name)

with offices at   33 Whitehall Street  14th Floor  ,
(street address)

   New York   ,   New York   ,   10004   ,
(city)                        (state)                  (zip code)

   (646) 357-1100   ,   snathan@hausfeld.com   .
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Trent Berger and Parthena Vorgiatzidis   to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __12/09/1987 (NY)__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __New York__
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Appendix A. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> American Bar Association (ABA).

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 11/06/2023 | 2:23-cv-01447 | Hon. Anne R. Traum | Granted |
| 12/04/2023 | 2:23-cv-01549 | Hon. Richard F. Boulware, II | Granted |
| 12/05/2023 | 2:23-cv-1865 | Hon. Gloria M. Navarro | Granted |
| ~~12/07/2023~~ | ~~2:23-cv-1947~~ | ~~Hon. Richard F. Boulware, II~~ | ~~Granted~~ |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.
3
4  STATE OF District of Columbia )
5                                )
   COUNTY OF _____       )
6
7  Steven M. Nothan, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.
9
                                                          Petitioner's signature
10  Subscribed and sworn to before me this
11
12  29th day of October, 2025.
13
                                                          Notary Public or Clerk of Court
   JAMES MITCHELL
   NOTARY PUBLIC DISTRICT OF COLUMBIA
   My Commission Expires June 14, 2029

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18  believes it to be in the best interests of the client(s) to designate Miles N. Clark,
19                                                                        (name of local counsel)
    Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20  above-entitled Court as associate resident counsel in this action. The address and email address of
21  said designated Nevada counsel is:
22
23  Law Offices of Miles N. Clark, LLC, 5510 S Fort Apache Rd, Suite 30,
                                    (street address)
24  Las Vegas                   ,   NV              ,   89148
25        (city)                     (state)           (zip code)
26  (702) 856-7430                   miles@milesclarklaw.com
    (area code + telephone number)   (Email address)
27
28                                        4                                    Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Trent Berger (Oct 8, 2025 08:56:27 EDT)

Trent Berger, Plaintiff
(type or print party name, title)

_____
(party's signature)
Parthena Vorgiatzidis (Oct 8, 2025 20:40:58 PDT)

Parthena Vorgiatzidis, Plaintiff
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Miles N. Clark*
Designated Resident Nevada Counsel's signature

13848            miles@milesclarklaw.com
Bar number           Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## APPENDIX A – STEVEN M. NATHAN

| COURT | DATE ADMITTED | BAR NO. |
| --- | --- | --- |
| State Bar of New York | 12/09/1987 | 2156289 |
| State Bar of California | 06/06/1991 | 153250 |
| U.S. District Court, Southern District of New York | 06/21/1988 | N/A |
| U.S. District Court, Eastern District of New York | 07/07/1988 | N/A |
| U.S. District Court, Northern District of California | 06/05/1990 | N/A |
| U.S. District Court, Central District of California | 06/12/1991 | N/A |
| U.S. Court Of Appeals, Ninth Circuit | 06/25/2018 | N/A |
| Judicial Panel on Multidistrict Litigation | 12/06/2021 | N/A |
| U.S. District Court, Southern District of California | 12/20/2022 | N/A |
| U.S. District Court, Central District of Illinois | 01/09/2023 | N/A |
| U.S. District Court, District of Maryland | 03/24/2023 | 30618 |
| U.S. District Court, Eastern District of Michigan | 11/29/2023 | N/A |
| U.S. Court Of Appeals, Third Circuit | 01/09/2024 | N/A |
| U.S. Court of Appeals, Fourth Circuit | 03/01/2024 | N/A |
| U.S. District Court, District of Nebraska | 07/11/2024 | N/A |
| U.S. District Court, Eastern District of California | 01/22/2025 | N/A |



*Appellate Division of the Supreme Court of the State of New York Second Judicial Department*

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

**Steven M. Nathan**

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **December 9, 1987**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 8, 2025.

Clerk of the Court

CertID-00254416



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300**

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 10/8/2025

**LICENSEE NAME:** Steven Mark Nathan

**LICENSEE BAR NUMBER:** 153250

**LICENSEE STATUS:** Active

**ADMIT DATE:** 6/6/1991

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of the licensees current standing with the State Bar of California as of the issue date and that the Discipline and Administrative History listed below is a true and correct copy of the licensees discipline history and their history of administrative actions.

**Discipline and Administrative History:**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| 1/15/2016 | Active | | |
| 1/1/2009 | Inactive | | |
| 4/28/2008 | Active | | |
| 4/1/1995 | Inactive | | |
| 9/23/1994 | Active | | |
| 1/1/1994 | Inactive | | |



**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*