1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN RE: BOYD GAMING CORP. BREACH LITIGATION

Case #2:25-cv-01814-GMN-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Teena-Ann Sankoorikal_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Covington & Burling LLP
(firm name)

with offices at ___One CityCenter, 850 Tenth Street, NW___,
(street address)

___Washington___, ___District of Columbia___, ___20001___,
(city)                          (state)                      (zip code)

___(202) 662-6000___, ___TSankoorikal@cov.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Boyd Gaming Corporation, Pala Interactive LLC, and Boyd Interactive Gaming, Inc. to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>January 31, 2000</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>New York</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York State Appellate Division, 1st Department | January 31, 2000 | 3029527 |
| District of Columbia Court of Appeal | August 4, 2022 | 90002174 |
| See attached. | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

New York and the District of Columbia.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 12/03/2023 | 2:23-cv-01902 | U.S. District Court - D. Nev. | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  District of Columbia  )
                                )
COUNTY OF  N/A                  )

___Teena-Ann Sankoorikal___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__27__ day of __October__, __2025__.

_____
Notary Public or Clerk of Court

DAVID KIM
Notary Public - State of Maryland
Montgomery County
My Commission Expires May 1, 2027

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Todd L. Bice___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Pisanelli Bice PLLC, 400 S. 7th Street, Suite 400___,
(street address)

___Las Vegas___, ___Nevada___, ___89101___,
(city)            (state)           (zip code)

___(702) 214-2100___, ___tlb@pisanellibice.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Todd L. Bice_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____Christopher Boone_____
(party's signature)

Christopher Boone, Assoc. General Counsel, Boyd Gaming Corporation
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as ~~associate resident~~ Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4534                          tlb@pisanellibice.com
Bar number                    Email address

APPROVED:

Dated: this __29__ day of __October__, 20__25__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**Attachment to Pro Hac Vice Application of Teena-Ann Sankoorikal**
(Case No. 2:25-cv-01814-GMN-EJY)

| Court | Date of Admission | In Good Standing? |
|---|---|---|
| United States Supreme Court | February 29, 2016 | Yes |
| United States Court of Federal Claims | February 21, 2002 | Yes |
| Eastern District of New York | November 17, 2000 | Yes |
| Southern District of New York | November 14, 2000 | Yes |
| Eastern District of Michigan | December 12, 2002 | Yes |
| Eastern District of Wisconsin | January 14, 2015 | Yes |
| Court of Appeals for the Second Circuit | July 24, 2009 | Yes |
| Court of Appeals for the Third Circuit | February 14, 2018 | Yes |
| Court of Appeals for the Fourth Circuit | May 17, 2018 | Yes |
| Court of Appeals for the Sixth Circuit | May 17, 2018 | Yes |
| Court of Appeals for the Federal Circuit | 2017 | Yes |



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Teena-Ann Varghese Sankoorikal

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 31, 2000**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on October 17, 2025.

*Clerk of the Court*

CertID-00255742



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Teena-Ann Varghese Sankoorikal*

was duly qualified and admitted on August 4, 2022 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 16, 2025.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.