| **APPENDIX OF EXHIBIT** <br> **TO MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL** ||
|---|---|
| Exhibit A | Leadership Application, DiCello Levitt |
| Exhibit B | Leadership Application, Cohen Milstein |
| Exhibit C | Leadership Application, Hausfeld |
| Exhibit D | Leadership Application, Morgan & Morgan |
| Exhibit E | Leadership Application, Law Offices of Miles N. Clark, LLC |