# Exhibit B

COHEN MILSTEIN

COHEN MILSTEIN

# | About the Firm

## We are trailblazers in plaintiff-side and class action litigation, often handling groundbreaking cases, resulting in landmark decisions.

We fight corporate abuse by pursuing litigation on behalf of individuals, investors, whistleblowers, small businesses, and other institutions in lawsuits that have raised significant and often novel legal issues.

With more than 100 attorneys in 10 practice areas in eight offices across the country, including Boston, Chicago, Minneapolis, New York, Palm Beach Gardens, Philadelphia, Raleigh, and Washington D.C., we are recognized as one of the largest and most diversified plaintiffs' firms in the country.

We regularly litigate complex matters across a wide range of practice areas:

- Antitrust
- Civil Rights & Employment
- Complex Tort Litigation
- Consumer Protection
- ERISA & Employee Benefits
- Ethics and Fiduciary Counseling

- Human Rights
- Public Client
- Securities Litigation & Investor Protection
- Whistleblower

In 2025, *The National Law Journal* named Cohen Milstein **Plaintiff Law Firm of the Year** and our Employment practice **Practice of the Year – Discrimination.** Also, *Law360* named both our Antitrust and Employment practices **Practice of the Year** for work accomplished in 2024.

*Chambers USA* and *Legal 500* consistently rank Cohen Milstein as a **Top Tier** and **Leading Firm** in Antitrust, Securities Litigation, Product Liability, Mass Torts, ERISA, and Employment Law. Likewise, the firm is consistently named in *Law360*'s Glass Ceiling Report as one of the **Best Law Firms for Female Attorneys,** including 2025.

Our attorneys are also heralded as among the best in their practices by industry surveys and organizations, such as American Antitrust Institute, *The American Lawyer, Benchmark Litigation, Chambers USA, Global Competition Review, Law360, Lawdragon, Legal 500,* and *The National Law Journal.*

COHENMILSTEIN

# | Consumer Protection

## We are at the forefront of protecting U.S. consumers from corporate malfeasance.

Our primary objective is to protect consumer rights through class actions under federal and state laws, bringing a full measure of justice to consumers, while holding corporate wrongdoers responsible. Some of our cases have achieved landmark settlements, while others have established legal precedent.

## Nationally Recognized

We have received numerous accolades for our work in consumer law

- *The National Law Journal* Consumer Protection – Practice of the Year (2018, 2022)
- *Law360* Practice Group of the Year – Class Action (2017, 2020, 2021)
- *Law360* Practice Group of the Year – Consumer Protection (2018, 2019)

## Our Practice

We represent individuals and small businesses in state and federal consumer class actions, spanning all industries.
The scope of our practice includes, but is not limited to:

- Data Privacy Breach
- False Advertising & Unfair Business Practices
- Automotive and Product Defects
- Healthcare Fraud

## Our People

Several of our team members hail from distinguished, senior leadership roles in consumer protection law, including the former Deputy Associate Attorney General of the U.S. Department of Justice and a former president of Public Justice, the nation's foremost not-for-profit plaintiffs' foundation, which leads social advocacy and corporate reform through precedent-setting class actions and trials.

COHENMILSTEIN

# | Representative Matters – Consumer Protection

## We have helped consumers recover hundreds of millions of dollars from corporate wrongdoers.

### Anthem Data Breach Litigation

In re Anthem Data Breach Litigation (N.D. Cal.): Cohen Milstein was co-lead counsel in a certified class action involving the 2015 cyberattack and massive data breach of Anthem, Inc., one of the nation's largest for-profit managed health care companies, which resulted in the theft of personal identification and health information of 78.8 million insureds. On August 16, 2018, the Court granted final approval to a $115 million settlement in this class action – the largest data breach settlement in U.S. history.

### In Re Equifax, Inc., Customer Data Security Breach Litigation

n re Equifax, Inc., Customer Data Security Breach Litigation (N.D. Ga.): Cohen Milstein was a member of the Plaintiffs' Steering Committee in this data privacy breach class action against Equifax, a leading credit-reporting company that safeguards some of the most sensitive financial and personal information of over 147 million individuals across the United States, for its failure to inform the public of a massive data breach and theft of client data. On December 19, 2019 the court granted final approval of a landmark $1.5 billion settlement, consisting of a record-breaking $425 million in monetary and injunctive benefits and requiring Equifax to spend $1 billion to upgrade its security and technology.

### In Re: Apple Inc. Device Performance Litigation

In re Apple Inc. Device Performance Litigation (N.D. Cal.): On March 17, 2021, the Court granted final approval of a $500 million settlement fund, which the Court called one of the largest class action settlements in the Ninth Circuit. Apple will use the fund to pay impacted owners of Apple's iPhone SE, 6, 6 Plus, 6s, 6s Plus, 7, and 7 Plus who claimed that Apple failed to disclose material information about Apple's iOS software operating system updates. Douglas McNamara was appointed to the Plaintiffs' Steering Committee and was co-chair of the Expert Committee.

### Herrera et al v. JFK Medical Center Limited Partnership and HCA, Inc.

Herrera v. JFK Medical Center and HCA, Inc. (M.D. Fla.): Cohen Milstein was lead counsel in a class action lawsuit alleging that four Florida plaintiffs and others like them were billed inflated and exorbitant fees for emergency radiology services, in excess of the amount allowed by law, covered in part by their mandatory Florida Personal Injury Protection insurance. When the district court struck plaintiffs' class

COHENMILSTEIN

claims, Ms. Martin successfully petitioned the Eleventh Circuit Court of Appeals to accept immediate appellate review and obtained a reversal of the district court's order. Cohen Milstein resolved the case and secured final approval of a $220 million injunctive relief settlement.

### Khoday et al v. Symantec Corp. et al.

Khoday et al. v. Symantec Corp. et al. (D. Minn.): Cohen Milstein was lead counsel in a nationwide class action involving the marketing to consumers of a re-download service in conjunction with the sale of Norton software. In April 2016, the case settled in a $60 million all-cash deal a month before it was to go to trial, making it one of the most significant consumer settlements in years.

### Caterpillar, Inc. Engine Products Liability Litigation

Caterpillar Product Liability Litigation (D.N.J.): Cohen Milstein was co-lead counsel in a nationwide product liability class action lawsuit alleging Caterpillar sold diesel engines with defective exhaust emissions system that resulted in power losses and shutdowns. The case was settled in September 2016 for $60 million.

### In re MGM Resorts International Data Breach Litigation

In re MGM Resorts International Data Breach Litigation (D. Nev.): Cohen Milstein served as Co-Lead Class Counsel in this consolidated class action against MGM Resorts International for allegedly failing to implement reasonable data security practices, thereby allowing the personal information of tens-of-millions of MGM Resorts hotel guests and customers to be stolen in two massive data breaches in July 2019 and September 2023. On June 18, 2025, the court granted final approval a $45 million global settlement against MGM Resorts.

### LLE One, LLC v. Facebook

LLE One, LLC v. Facebook (N.D. Cal.): Cohen Milstein served as co-lead counsel representing a class of advertising purchasers who claimed that Facebook breached its implied duty to perform with reasonable care and violated California's Unfair Competition Law by intentionally miscalculating and inflating metrics related to its video advertisement services. If not for these miscalculations, plaintiffs claim, they would not have purchased more video advertisements and at a higher price than they otherwise would have paid. In June 2020, the court granted final approval of a $40 million settlement against Facebook.

### Ariza v. Luxottica Retail North America (LensCrafters)

Ariza v. Luxottica Retail North America (LensCrafters) (E.D.N.Y.): On September 27, 2024, the court granted final approval of a $39 million settlement in this certified class action. Purchasers of LensCrafters' Accufit Digital Measurement System services alleged that LensCrafters used false,

misleading advertising, and deceptive sales practices about Accufit being "five times more accurate" in measuring pupillary distance than traditional methods to induce customers to purchase LensCrafter's higher-priced prescription lens products. Cohen Milstein was Lead Counsel.

### In re Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation

In re Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation (E.D. Va.): Cohen Milstein is co-lead counsel in a consumer class action lawsuit, alleging the nationwide retailer sold Chinese-made laminate flooring containing hazardous levels of the carcinogen formaldehyde while falsely labeling their products as meeting or exceeding California emissions standards, a story that was profiled twice on 60 Minutes in 2015. On October 9, 2018, the Court granted final approval of a $36 million settlement. Mr. McNamara was involved in all aspects of the litigation, including discovery, writing and arguing pleadings, and settlement.

### TR CLEAR Data Privacy Litigation

Brooks, et al. v. Thomson Reuters (N.D. Cal.): Cohen Milstein represented a certified class of consumers who claimed that Thomson Reuters's CLEAR platform not only surreptitiously collected vast quantities of Californians' personal data but then sold this information to third parties, including commercial and government entities. On February 21, 2025, the court granted final approval of a $27.5 million settlement plus injunctive relief.

### In re Google LLC Street View Electronic Communications Litigation

In re Google LLC Street View Electronic Communications Litigation (N.D. Cal.): Cohen Milstein was co-lead counsel in a nationwide class action alleging that Google violated the Wiretap Act when its Street View vehicles secretly collected payload data from unencrypted Wi-Fi networks. Plaintiffs defeated a motion to dismiss raising novel Wiretap Act issues, and the ruling was affirmed on interlocutory appeal to the Ninth Circuit. The court approved a $13 million settlement in March 2020.

### Martin, et al. v. Trott Law, et al.

Martin, et al. v. Trott Law, et al. (E.D. Mich.): On September 28, 2018, the court granted final approval to a class action settlement consisting of $7.5 million in cash and injunctive relief. Plaintiffs alleged that Trott Law had violated the federal Fair Debt Collection Practices Act and Michigan's Regulation of Collection Practices Act in connection with its mailing foreclosure form letters to almost a quarter million Michigan homeowners over several years.

COHENMILSTEIN

**Prescott, et al. v. Reckitt Benckiser LLC**

Prescott, et al. v. Reckitt Benckiser LLC (N.D. Cal.): Cohen Milstein served as sole Lead Counsel in this certified false advertising class action, alleging that Woolite laundry detergent "Color Renew" "revives colors" representation is false and misleading because Woolite does not renew or revive color in clothing. On March 28, 2024, the court granted final approval of a $3.27 million settlement.

**BK Trucking Co., et al. v. PACCAR, Inc. et al.**

BK Tucking Co., et al. v. Paccar, Inc., et al. (D.N.J.): Cohen Milstein represented truck owners and lessees in New Jersey, Ohio and Texas in a putative class action against PACCAR, the third-largest manufacturer of medium- and heavy-duty trucks in the world, and its subsidiaries, Kenworth Truck Company and Peterbilt Motors for breach of warranty, unfair, deceptive and fraudulent business practices related to the manufacture and sale of defective products.



# Douglas J. McNamara

Partner

**WASHINGTON, DC**
T 202.408.4600
dmcnamara@cohenmilstein.com

**PRACTICE AREAS**

Consumer Protection

**ADMISSIONS**

District of Columbia | New York

**EDUCATION**

New York University School of Law, J.D., 1995 | University at Albany - State University of New York, B.A., summa cum laude, Departmental Honors, 1992

## Overview

Douglas J. McNamara litigates complex, multi-state class action lawsuits against manufacturers and consumer service providers such as banks, insurers, credit card companies and others. As a tireless advocate for consumers, he has worked on numerous cases involving data breaches, dangerous pharmaceuticals and medical devices, light cigarettes, defective consumer products, and environmental torts.

Doug has been involved in precedent-setting cases that tackled issues of preemption, choice of law, and class certification. He is a hands-on litigator who takes pleasure in the details, facts, and documents of each case.

Prior to joining Cohen Milstein in 2001, Doug was a litigation associate at an international defense firm, specializing in pharmaceutical and product liability cases. He started his career at New York City's Legal Aid Society, defending indigent criminal defendants at trial and on appeal.

## Current Cases

### Caesars Entertainment Data Breach Litigation

In Re: Data Breach Security Litigation Against Caesars Entertainment, Inc. (D. Nev.): Cohen Milstein serves as Co-Lead Class Counsel in this consolidated class action against Caesars Entertainment, Inc. for allegedly failing to implement reasonable data security protocols, thereby allowing the PII of more

than 65 million members of Caesars Rewards Members to be made vulnerable in a massive cyberattack in August 2023.

### In Re PayPal Honey Browser Extension Litigation

In Re PayPal Honey Browser Extension Litigation (N.D. Cal.): Cohen Milstein represents social media influencers, bloggers, and other content creators against PayPal, Inc. and PayPal Holdings, Inc. for wrongfully and surreptitiously stealing their rightfully earned affiliate marketing commissions through the use of PayPal's Honey browser extension.

### MOVEit Data Breach Litigation

In re: Moveit Customer Data Security Breach Litigation (D. Mass.): Cohen Milstein is one of five court-appointed co-lead counsel overseeing this multidistrict litigation addressing the massive May 2023 data breach involving Progress Software Corp.'s file-sharing software, MOVEit Transfer, which impacted more than 2,500 organizations, including hospitals, banks, businesses, governments, pension funds, universities, among others, and more than 67 million individuals worldwide.

### General Motors Litigation

General Motors Litigation (E.D. Mich.): Cohen Milstein, as court-appointed Lead Counsel and Plaintiff Steering Committee Chair, represents a certified class of consumers in more than 25 states who purchased or leased new and used vehicles manufactured by GM in a consolidated breach of warranty and deceptive and fraudulent business practices class action against GM. Plaintiffs bring their claims under state consumer protection statutes and express and implied warranty law of their respective states, related to GM's manufacture and sale of defective eight-speed automatic transmissions (GM 8L90 or the 8L45), manufactured by between 2015 and 2019.

### In re Blackbaud, Inc., Customer Data Breach Litigation

In re Blackbaud, Inc., Customer Data Breach Litigation (D.S.C.): On February 16, 2021, Cohen Milstein was appointed to the Plaintiffs' Steering Committee in this data breach class action in which Plaintiffs claim that Blackbaud failed to take reasonable steps to prevent a data beach, starting in February 2020, and failed to promptly or accurately provide notice of the data breach to those affected.

### In re Marriott International Inc. Customer Data Security Breach Litigation

In re Marriott International Inc. Customer Data Security Breach Litigation (D. Md.): Cohen Milstein serves as Co-Lead Counsel to oversee a putative nationwide class action related to the data breach of personal information of nearly 400 million customers of Starwood-branded hotels, subsequently acquired by Marriott in 2016, making it one of the largest data breaches in U.S. history.

COHENMILSTEIN

### Baus, et al. v. Ford Motor Company

Baus, et al. v. Ford Motor Company (E.D. Mich.): Cohen Milstein represents plaintiffs who purchased or leased vehicles manufactured by Ford Motor Company in a consolidated breach of warranty and deceptive and fraudulent business practices class action against Ford Motor Company. Plaintiffs bring their claims under the Magnuson Moss Warranty Act and the consumer fraud statutes of their respective states, related to Ford's manufacture and sale of defective Ford F-150 pickup trucks, Model Years 2018-2020 equipped with 5.0L engines.

## Past Cases

### In re MGM Resorts International Data Breach Litigation

In re MGM Resorts International Data Breach Litigation (D. Nev.): Cohen Milstein served as Co-Lead Class Counsel in this consolidated class action against MGM Resorts International for allegedly failing to implement reasonable data security practices, thereby allowing the personal information of tens-of-millions of MGM Resorts hotel guests and customers to be stolen in two massive data breaches in July 2019 and September 2023. On June 18, 2025, the court granted final approval a $45 million global settlement against MGM Resorts.

### Khoday et al v. Symantec Corp. et al.

Khoday et al. v. Symantec Corp. et al. (D. Minn.): Cohen Milstein was lead counsel in a nationwide class action involving the marketing to consumers of a re-download service in conjunction with the sale of Norton software. In April 2016, the case settled in a $60 million all-cash deal a month before it was to go to trial, making it one of the most significant consumer settlements in years.

### In re Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation

In re Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation (E.D. Va.): Cohen Milstein is co-lead counsel in a consumer class action lawsuit, alleging the nationwide retailer sold Chinese-made laminate flooring containing hazardous levels of the carcinogen formaldehyde while falsely labeling their products as meeting or exceeding California emissions standards, a story that was profiled twice on 60 Minutes in 2015. On October 9, 2018, the Court granted final approval of a $36 million settlement. Mr. McNamara was involved in all aspects of the litigation, including discovery, writing and arguing pleadings, and settlement.

### Caterpillar, Inc. Engine Products Liability Litigation

Caterpillar Product Liability Litigation (D.N.J.): Cohen Milstein was co-lead counsel in a nationwide product liability class action lawsuit alleging Caterpillar sold diesel engines with defective exhaust

emissions system that resulted in power losses and shutdowns. The case was settled in September 2016 for $60 million.

### Herrera et al v. JFK Medical Center Limited Partnership and HCA, Inc.

Herrera v. JFK Medical Center and HCA, Inc. (M.D. Fla.): Cohen Milstein was lead counsel in a class action lawsuit alleging that four Florida plaintiffs and others like them were billed inflated and exorbitant fees for emergency radiology services, in excess of the amount allowed by law, covered in part by their mandatory Florida Personal Injury Protection insurance. When the district court struck plaintiffs' class claims, Ms. Martin successfully petitioned the Eleventh Circuit Court of Appeals to accept immediate appellate review and obtained a reversal of the district court's order. Cohen Milstein resolved the case and secured final approval of a $220 million injunctive relief settlement.

### In Re: Apple Inc. Device Performance Litigation

In re Apple Inc. Device Performance Litigation (N.D. Cal.): On March 17, 2021, the Court granted final approval of a $500 million settlement fund, which the Court called one of the largest class action settlements in the Ninth Circuit. Apple will use the fund to pay impacted owners of Apple's iPhone SE, 6, 6 Plus, 6s, 6s Plus, 7, and 7 Plus who claimed that Apple failed to disclose material information about Apple's iOS software operating system updates. Douglas McNamara was appointed to the Plaintiffs' Steering Committee and was co-chair of the Expert Committee.

### NAACP DACA Litigation

Department of Homeland Security, et al. v. Regents of the University of California, et al. (S. Ct. No. 18-587): On June 18, 2020, the Supreme Court blocked the Trump Administration's plan to rescind the Deferred Action for Childhood Arrivals (DACA) program, preserving immigration protections for approximately 650,000 current DACA recipients and opening the door for at least 130,000 new applicants to seek the protections afforded by DACA. Cohen Milstein represented the National Association for the Advancement of Colored People, the United Food & Commercial Workers International Union and the American Federation of Teachers in one of three cases consolidated before the Supreme Court.