# Exhibit E

## Law Offices of Miles N. Clark, LLC

The Law Offices of Miles N. Clark, LLC (the "Firm") focuses on federal litigation practice in the District of Nevada, particularly in the areas of fair credit reporting, debt collection, and consumer privacy. After extensive experience clerking in the federal court system, the Firm is uniquely qualified to interpret and apply the District's Local Rules, as well as ensure that the District's general practices and preferences are satisfied. Consequently, appointment of the Firm as co-liaison counsel will minimize the expense of litigation as the Firm's attorneys will be able to readily address the specific nuances of local practice without the necessity of excessive research costs, deliberation, or delay.

## Miles N. Clark

Miles Clark is a partner of the Firm. He focuses his practice on consumer law and privacy litigation prosecuted at both the individual and class level. He is particularly experienced in data breach class action matters, having previously served on the Plaintiff's Steering Committee in *In re Sonic Customer Data Security Breach Litigation*,[1] a case he assisted in litigating to a multimillion-dollar class settlement. Mr. Clark was also appointed co-liaison counsel in the data breach class action of *Smallman v. MGM Resorts International*.[2] He has worked with Morgan & Morgan's attorneys in several other data breach class action matters, including but not limited to *In re Brinker Data Incident Litigation*[3] and *Whittum v. University Medical Center of Southern Nevada*.[4] He frequently appears and argues before judges in the District of Nevada and in the United States Court of Appeals for the Ninth Circuit.

Mr. Clark is routinely recognized as a Super Lawyers rising star in the field of consumer law, and has been included in *Nevada Business Magazine*'s "Legal Elite." Mr. Clark has lectured in consumer law at the UNLV William S. Boyd School of Law, and is former member of the Howard D. McKibben American Inn of Court in Las Vegas.

Mr. Clark graduated from Cornell Law School in 2011, where he was Managing Editor of the *Cornell Journal of Law and Public Policy*. After graduation he clerked first for the Vermont State trial courts, then for Magistrate Judge Karen Wells Roby in the U.S. District Court for the Eastern District of Louisiana, and finally for Judge A. Jennifer Dorsey in the U.S. District Court for the District of Nevada. Following his judicial clerkships, Mr. Clark worked at a pair of litigation firms in Las Vegas before founding his own law firm in 2016.

---

[1] No. 17-md-2807 (N.D. Ohio 2017).
[2] No. 20-cv-376 (D. Nev. 2020).
[3] No. 18-cv-686 (M.D. Fla.).
[4] No. A-21-839579-C (Eighth Jud. Dist. Ct. Nev.).