Miles N. Clark, Esq.
Nevada Bar No. 13848
**Law Offices of Miles N. Clark, LLC**
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com
Website: http://www.milesclarklaw.com
*Local Counsel*

John A. Yanchunis*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
P: (813) 223-5505
jyanchunis@ForThePeople.com
*Counsel for Plaintiff Julie Jackson*

Douglas J. McNamara*
**COHEN MILSTEIN**
**SELLERS & TOLL PLLC**
1100 New York Ave. NW, 8th Floor
Washington, D.C. 20005
P: (202) 408-4600
dmcnamara@cohenmilstein.com
*Counsel for Plaintiffs Trent Berger and Parthena Vorgiatzidis*

Amy E. Keller*
**DICELLO LEVITT LLP**
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
P: (312) 214-7900
akeller@dicellolevitt.com
*Counsel for Plaintiffs Trent Berger and Parthena Vorgiatzidis*

James Pizzirusso
**HAUSFELD LLP**
1200 17th St NW, Suite 600
Washington, D.C. 20036
P: (202) 540-7154
jpizzirusso@hausfeld.com
*Counsel for Plaintiffs Trent Berger and Parthena Vorgiatzidis*

*Pro hac vice pending

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In re: BOYD GAMING CORP. BREACH LITIGATION**<br><br>This Document Relates to: All Actions | Case No. 2:25-cv-01814-GMN-EJY<br><br>**PLAINTIFFS' (BERGER, VORGIATZIDIS, AND JACKSON) MOTION TO EXTEND DEADLINE TO FILE CONSOLIDATED AMENDED COMPLAINT** |

1  Plaintiffs Trent Berger, Parthena Vorgiatzidis, and Julie Jackson in this consolidated
2  action, by and through the undersigned counsel, hereby move for a 30-day extension of time for
3  Plaintiffs to file their Consolidated Amended Complaint, currently due November 5, 2025,
4  pursuant to Federal Rule of Civil Procedure 6 and Local Rule IA 6-1, and in support thereof
5  show as follows. Plaintiff Scott Levy previously moved to extend these deadlines. His motion,
6  made on behalf of all Plaintiffs, was denied without prejudice. *See* ECF 20. Counsel for Plaintiffs
7  Trent Berger, Parthena Vorgiatzidis, and Julie Jackson (the undersigned) have conferred with
8  Counsel for Defendants, who consent to this request.
9  In the Court's order consolidating these actions, entered October 15, 2025 (the
10 "Consolidation Order"), the Court ordered Plaintiffs to file their Application for Appointment of
11 Interim Class Counsel within 14 days, and their Consolidated Amended Complaint within 21
12 days. *See* ECF 13 ¶¶ 7, 8. Plaintiffs' Application for Appointment of Interim Class Counsel was
13 due October 29, 2025, and their Consolidated Amended Complaint is due November 5, 2025.
14 Two slates of attorneys filed for appointment as Interim Class Counsel. *See* ECF 28, 42.
15 Additionally, just before the Court entered the Consolidation Order, two additional related
16 actions were filed: *Goodman v. Boyd Gaming Corp.*, Case No. 2:25-cv-01949-APG-DJA, and
17 *Gonzalez v. Boyd Gaming Corp.*, Case No. 2:25-cv-01955-NJK. The Court consolidated the
18 *Goodman* action with this consolidated case on October 21, 2025. *See* ECF 15. Plaintiffs
19 anticipate the *Gonzalez* action will also be consolidated into the above-captioned consolidated
20 case.
21 The Court may extend a deadline "before the original time or its extension expires" upon
22 a showing of "good cause." Fed. R. Civ. P. 6(b)(1). "This rule, like all the Federal Rules of Civil
23 Procedure, is to be liberally construed to effectuate the general purpose of seeing that cases are
24 tried on the merits." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010)
25 (cleaned up). "Consequently, requests for extensions of time made before the applicable deadline
26 has passed should "normally ... be granted in the absence of bad faith on the part of the party

1

seeking relief or prejudice to the adverse party.'" *Id*. at 1259 (quoting 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (3d ed. 2004)).

Here, good cause exists to extend Plaintiffs' deadline to file their Consolidated Amended Complaint. Plaintiffs' respective counsel is acting in good faith by seeking an extension, so as to coordinate the drafting of the Consolidated Amended Complaint. Given that there are now 19 individual actions, this process will take considerable time because it will require review by multiple lawyers at separate law firms. Following appointment, Interim Class Counsel will have to manage and assign drafting of the Consolidated Amended Complaint for all Plaintiffs from the individual actions. Because there are two pending Motions for Appointment of Interim Class Counsel, undersigned Plaintiffs' counsel cannot assign or perform tasks until leadership has been appointed. Plaintiffs did not delay in seeking this extension, as another counsel sought such an extension, but it was denied for failing to meet and confer with Defendant. ECF No. 20. The undersigned have conferred with Counsel for Defendants, who consent to this request.

WHEREFORE, Plaintiffs respectfully request that the Court extend the deadline for Plaintiffs to file their Consolidated Amended Complaint by 30 days, or December 5, 2025.

Dated: October 30, 2025    Respectfully submitted,

*/s/ Miles N. Clark*
Miles N. Clark, Esq.
Nevada Bar No. 13848
**Law Offices of Miles N. Clark, LLC**
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com
Website: http://www.milesclarklaw.com
*Local Counsel*

John A. Yanchunis*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
P: (813) 223-5505
jyanchunis@ForThePeople.com

*Counsel for Plaintiff Julie Jackson*

Douglas J. McNamara*
**COHEN MILSTEIN**
**SELLERS & TOLL PLLC**
1100 New York Ave. NW, 5th Floor
Washington, D.C. 20005
P: (202) 408-4600
dmcnamara@cohenmilstein.com

Amy E. Keller*
**DICELLO LEVITT LLP**
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
P: (312) 214-7900
akeller@dicellolevitt.com

James Pizzirusso
**HAUSFELD LLP**
1200 17th St NW, Suite 600
Washington, D.C. 20036
P: (202) 540-7154
jpizzirusso@hausfeld.com

*Counsel for Plaintiffs Trent Burger and Parthena Vorgiatzidis*

*Pro hac vice pending

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via this Court's CM/ECF service, which will send notification of such filing to all counsel of record.

/s/ *Lucille Chiusano*
An Employee of Law Offices of Miles N. Clark

*Local Counsel*