REESE, RING, VELTO
3100 W. CHARLESTON BLVD, STE 208
LAS VEGAS, NV 89102
(725) 235-9750



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

COSIMO GRANATA
Plaintiff

vs

BOYD GAMING CORPORATION, ET AL.
Defendant

Case Number: 2:25-CV-01932-GMN-DJA

Dept:

**AFFIDAVIT OF SERVICE**

K. WYSONG, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT**

I served the same on **10/16/2025 at 1:05 PM** to:

**Defendant PALA INTERACTIVE, LLC, BY SERVING SUSAN E BASINGER, REGISTERED AGENT**

by leaving the copies with or in the presence of **LORI HOLLAND, AUTHORIZED TO ACCEPT**, at 401 W A ST, STE 2600, SAN DIEGO, CA 92101, pursuant to **NRS 14.020**.

SERVICE WAS MADE OUTSIDE THE STATE OF NEVADA AND IS NOT SUBJECT TO NRS 14.025

Subscribed and Sworn to Before Me on This
Monday, October 20, 2025 by the Affiant.

_____
Notary Public

YOLANDA MURRAY
Commission No. 2397048
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires March 20, 2026

_____
K. WYSONG
San Diego Service of Process
2445 Morena Blvd, Ste 201
San Diego, CA 92110
888-838-8845

P-2032100.01