```
 1
 2
 3
 4
 5
 6                     UNITED STATES DISTRICT COURT
 7                          DISTRICT OF NEVADA
 8  SCOTT LEVY, on behalf of himself and all  )   Case No. 2:25-cv-01814
    others similarly situated                 )
 9                                             )
                                               )   VERIFIED PETITION FOR
10           Plaintiff(s),                     )   PERMISSION TO PRACTICE
                                               )   IN THIS CASE ONLY BY
11      vs.                                    )   ATTORNEY NOT ADMITTED
    BOYD GAMING CORPORATION                    )   TO THE BAR OF THIS COURT
12                                             )   AND DESIGNATION OF
                                               )   LOCAL COUNSEL
13                                             )
             Defendant(s).                     )
14  _____)   FILING FEE IS $250.00
15
16      _____Amina A. Thomas_____, Petitioner, respectfully represents to the Court:
             (name of petitioner)
17
        1.   That Petitioner is an attorney at law and a member of the law firm of
18
                             COHENMALAD, LLP
19   _____
                              (firm name)
20   with offices at _____One Indiana Sqaure, Suite 1400_____,
                                   (street address)
21
        ___Indianapolis___, ___Indiana___ ▼ , ___46204___,
22           (city)              (state)              (zip code)

23      ___317-636-6481___, ___ltoops@cohenmalad.com___.
     (area code + telephone number)       (Email address)
24
        2.   That Petitioner has been retained personally or as a member of the law firm by
25
         ___Plaintiff Jason Goodman___ to provide legal representation in connection with
26               [client(s)]
27   the above-entitled case now pending before this Court.
28
                                                                           Rev. 5/16
```

3. That since  May 17, 2017 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Indiana (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Indiana | 5/17/2017 | 34451-49 |
| U.S. District Court Northern District of Indiana | 5/20/2019 | 34451-49 |
| U.S. District Court Southern District of Indiana | 7/24/2019 | 34451-49 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Indiana, Bar No. 34451-49

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| November 2, 2023 | 2:23-cv-01777 | USDC Nevada | Granted |
| August 11, 2025 | 2:25-cv-01149 | USDC Nevada | Granted |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1     That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 FOR THE PURPOSES OF THIS CASE ONLY.

                                                                         Petitioner's signature

STATE OF Indiana )
                              )
COUNTY OF Marion )

    Amina A. Thomas, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

                                                                            Petitioner's signature

Subscribed and sworn to before me this

30th day of October, 2025.

        Tonya Brock
    Notary Public or Clerk of Court

                     Tonya Brock
                 Notary Public, State of Indiana
                 Morgan County
                 Commission Number NP0704386
                 My Commission Expires
                 August 21, 2033

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate     Nathan R. Ring    ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

                  3100 W. Charleston Blvd., Ste 208
                        (street address)

Las Vegas    ,    Nevada    ,    89102
(city)                  (state)            (zip code)

725-235-9750    ,    nring@stranchlaw.com
(area code + telephone number)    (Email address)

4                Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Nathan R. Ring_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jason Goodman, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Nathan R. Ring
_____
Designated Resident Nevada Counsel's signature

12078                nring@stranchlaw.com
Bar number           Email address

APPROVED:

Dated: this __3__ day of __November__, 20_25_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

AMINA ANNE THOMAS

is a member of the bar of the Supreme Court of Indiana since admission on May 17, 2017, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 31st day of October, 2025.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court