# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SCOTT LEVY, on behalf of himself and all others similarly situated

　　　　　Plaintiff(s),

vs.

BOYD GAMING CORPORATION

　　　　　Defendant(s).

Case #2:25-CV-01814

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Lynn A. Toops_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

COHENMALAD, LLP
(firm name)

with offices at ___One Indiana Sqaure, Suite 1400___,
(street address)

___Indianapolis___, ___Indiana___, ___46204___,
(city)　　　　　　　(state)　　　　　　　(zip code)

___317-636-6481___, ___ltoops@cohenmalad.com___.
(area code + telephone number)　　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Plaintiff Jason Goodman___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

| | | |
|---|---|---|
| 1 | 3. | That since __October 20, 2006__, Petitioner has been and presently is a |

3. That since __October 20, 2006__ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of __Indiana__ (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see list attached. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Indiana, Bar No. 26386-49

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| November 7, 2023 | 2:23-cv-01777 | USDC Nevada | Granted |
| May 12, 2025 | 2:25-cv-00640 | USDC Nevada | Granted |
| August 11, 2025 | 2:25-cv-02249 | USDC Nevada | Granted |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4  _____
   Petitioner's signature

   STATE OF Indiana          )
5                            )
   COUNTY OF   Marion        )
6

7  ____Lynn A. Toops____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9  _____
   Petitioner's signature

10 Subscribed and sworn to before me this

11 30th day of October, 2025.

12

13 ____Tonya Brock____
   Notary Public or Clerk of Court

   [Seal: Tonya Brock, Notary Public, State of Indiana, Morgan County, Commission Number NP0704366, My Commission Expires August 21, 2033]

14

15

16          DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
               THE BAR OF THIS COURT AND CONSENT THERETO.

17 Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18 believes it to be in the best interests of the client(s) to designate ____Nathan R. Ring____,
                                                                        (name of local counsel)
19 Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20 above-entitled Court as associate resident counsel in this action. The address and email address of

21 said designated Nevada counsel is:

22

23            3100 W. Charleston Blvd., Ste. 208
   _____,
                              (street address)

24      Las Vegas                    , Nevada              ,    89102           ,
   _____     _____     _____
           (city)                      (state)                  (zip code)

25

26       725-235-9750                    nring@stranchlaw.com
   _____     _____,
    (area code + telephone number)          (Email address)

27

28                                        4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Nathan R. Ring_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_/s/ [signature]_
(party's signature)

Jason Goodman, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Nathan R. Ring
Designated Resident Nevada Counsel's signature

12078                     nring@stranchlaw.com
Bar number                Email address

APPROVED:

Dated: this ___3___ day of ___October___, 20_25_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# EXHIBIT A

Courts Lynn A. Toops' is Admitted To

| Court Name | Date Admitted | Bar Number | In Good Standing |
|---|---|---|---|
| State of Indiana | 10/20/2006 | 26386-49 | Yes |
| U.S. District Court Northern District of Indiana | 10/20/2006 | 26386-49 | Yes |
| U.S. District Court Southern District of Indiana | 10/20/2006 | 26386-49 | Yes |
| U.S. Court of Appeals for the Seventh Circuit | 12/23/2010 | N/A | Yes |
| U.S. Court of Appeals for the Ninth Circuit | 2/17/2012 | N/A | Yes |
| U.S. District Court Northern District of Illinois | 2/7/2018 | 63337-43 | Yes |
| U.S. District Court Southern District of Illinois | 1/10/2018 | 63337-43 | Yes |
| U.S. District Court Eastern District of Michigan | 3/22/2018 | N/A | Yes |
| U.S. District Court Central District of Illinois | 3/4/2019 | 63337-43 | Yes |
| U.S. District Court of Northern District of New York | 3/8/2021 | 701457 | Yes |
| U.S. Court of Appeals for the Third Circuit | 10/06/2023 | N/A | Yes |
| U.S. Court of Appeals for the Tenth Circuit | 12/21/2023 | N/A | Yes |
| U.S. Court of Appeals for the Eleventh Circuit | 2/20/2024 | N/A | Yes |
| U.S. District Court Western District of Wisconsin | 9/30/2024 | N/A | Yes |
| U.S. District Court Eastern District of Wisconsin | 5/1/2025 | N/A | Yes |
| U.S. District Court District of Colorado | 5/16/2025 | N/A | Yes |

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

LYNN ANTOINETTE TOOPS

is a member of the bar of the Supreme Court of Indiana since admission on October 20, 2006, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 28th day of October, 2025.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court