1  Nathan R. Ring
   Nevada State Bar No. 12078
2  **STRANCH, JENNINGS & GARVEY, PLLC**
   3100 W. Charleston Boulevard, Suite 208
3  Las Vegas, NV 89102
   Tel: (725) 235-9750
4  lasvegas@stranchlaw.com

5  J. Gerard Stranch, IV (admitted *pro hac vice*)
   Grayson Wells (admitted *pro hac vice*)
6  John C. Roberts (admitted *pro hac vice*)
   **STRANCH, JENNINGS & GARVEY, PLLC**
7  The Freedom Center
   223 Rosa L. Parks Avenue, Suite 200
8  Nashville, TN 37203
   Tel: (615) 254-8801
9  gstranch@stranchlaw.com
   gwells@stranchlaw.com
10 jroberts@stranchlaw.com
   *Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-*
11 *Degenova, Bragg, Malin, Granata, and Goodman*

12 *Additional Counsel Listed on Signature Page*

13              **IN THE UNITED STATES DISTRICT COURT**
                  **FOR THE DISTRICT OF NEVADA**
14

15                                    No. 2:25-cv-1814-GMN-EJY

16 IN RE: BOYD GAMING CORP.
   BREACH LITIGATION                  **JOINT STIPULATION TO EXTEND**
17                                        **PLEADING DEADLINES**

18                                      **[SECOND REQUEST]**

19

20        Pursuant to the Court's minute order (ECF 20) denying without prejudice Plaintiffs'

21 motion to extend the deadline to file their consolidated amended complaint (ECF 18),[1]

22

23 ─────────────────────
   [1] On October 30, 2025, three of the twenty plaintiffs before the Court – Plaintiffs Trent Berger,
   Parthena Vorgiatzidis, and Julie Jackson (hereinafter "Minority Plaintiffs") – moved for an
24 extension of time (ECF 45), in large part replicating, verbatim, the motion undersigned counsel

25

undersigned counsel for Plaintiffs met and conferred with counsel for Defendant, who has now

appeared in the case (*see* ECF 29, 35, 40, 41). Having reached an agreement, the Parties hereby

request the Court enter this joint stipulation, under Fed. R. Civ. P. 6(b) and LR IA 6-1,

extending the deadline for Plaintiffs to file their consolidated amended complaint, currently

due November 5, 2025,[2] to December 5, 2025, and staying Defendant's deadline under Rule

12 to respond to any individual complaint filed in these consolidated actions, pending the

forthcoming consolidated amended complaint.

Good cause exists to support the requested extension. Extending the deadline will: (1)

allow the Court additional time to consider the competing applications for appointment of

interim leadership (*see* ECF 28, 42); (2) allow the Plaintiffs' interim counsel, once appointed,

sufficient time to coordinate the drafting of the consolidated complaint to include all plaintiffs,

which will cut down on the expensive duplication of resources resulting from multiple firms

drafting the same complaint, without coordination, due to a tight deadline; and (3) allow

Defendant's counsel additional time to become familiar with the case and investigate the facts.

Furthermore, no party will be prejudiced by the extension at this early stage of the litigation,

when no scheduling order has been entered and discovery has not commenced.

---

filed the week prior. However, when the Court denied the previous motion before defense counsel had appeared, the Court instructed the undersigned counsel to meet and confer with opposing counsel, "which discussions might well yield a stipulation rather than the need for motion practice." ECF 20. Indeed, such an agreement was met. Once Defendant appeared, the undersigned Plaintiffs' counsel met and conferred as instructed, and the Parties now present this joint stipulation to the court, rather than a motion with no signature from defense counsel.

[2] In the order consolidating these actions, the Court ordered Plaintiffs to file their Application for Appointment of Interim Class Counsel within 14 days, and their Consolidated Amended Complaint within 21 days. *See* ECF 13 ¶¶ 7, 8. Competing applications for the appointment of interim class leadership were timely filed (ECF 28, 42), and Plaintiffs' Consolidated Amended Complaint is due November 5, 2025.

1        WHEREFORE, given the Parties' agreement, the Court should adopt this stipulation,

2    extend the deadline for Plaintiffs to file their consolidated amended complaint, and stay

3    Defendant's deadline under Rule 12 to respond to any individual complaint filed in these

4    consolidated actions, pending the forthcoming consolidated amended complaint.

5    Dated: November 4, 2025

6    Respectfully submitted,

7

8

_/s/Nathan R. Ring_
9    Nathan R. Ring
     Nevada State Bar No. 12078
10   **STRANCH, JENNINGS & GARVEY,**
     **PLLC**
11   3100 W. Charleston Boulevard, Suite 208
     Las Vegas, NV 89102
12   Tel: (725) 235-9750
     lasvegas@stranchlaw.com
13   _Counsel for Plaintiffs Levy, Tiedtke, Neely,_
     _Schmidt, Ruehlman, Furman, Warner,_
14   _Cazau-Degenova, Bragg, Malin, Granata,_
     _and Goodman_
15
     J. Gerard Stranch, IV†
16   Grayson Wells†
     John C. Roberts†
17   **STRANCH, JENNINGS & GARVEY,**
     **PLLC**
18   The Freedom Center
     223 Rosa L. Parks Avenue, Suite 200
19   Nashville, TN 37203
     Tel: (615) 254-8801
20   gstranch@stranchlaw.com
     gwells@stranchlaw.com
21   jroberts@stranchlaw.com
     _Counsel for Plaintiffs Levy, Tiedtke, Neely,_
22   _Schmidt, Ruehlman, Furman, Warner,_
     _Cazau-Degenova, Bragg, Malin, Granata,_
23   _and Goodman_

24

25

_/s/Isaac D. Chaput_
Isaac D. Chaput†
**COVINGTON & BURLING, LLP**
415 Mission St, Suite 5400
San Francisco, CA 94105-2533
415-591-6000
ichaput@cov.com
_Counsel for Defendant_

Edward Rippey†
Teena-Ann Sankoorikal†
**COVINGTON & BURLING, LLP**
Salesforce Tower
850 10th Street NW
Washington, DC 20001
Tel: (202) 662-6000
erippey@cov.com
tsankoorikal@cov.com
_Counsel for Defendant_

Micaela R.H. McMurrough*
**COVINGTON & BURLING LLP**
30 Hudson Yards
New York, NY 10001-2170
Tel: (212) 841-1000
mmcmurrough@cov.com
_Counsel for Defendant_

Todd L. Bice
Nevada State Bar No. 4534
**PISANELLI BICE, PLLC**

Raina C. Borrelli†
**STRAUSS BORRELLI, PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
raina@straussborrelli.com
*Counsel for Plaintiff Levy*

Laura Van Note**
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
lvn@colevannote.com
*Counsel for Plaintiffs Deandric Price and
Mark Metzler*

David Hilton Wise
Nevada State Bar No. 11014
**WISE LAW FIRM, PLC**
335 W 1st Street
Reno, Nevada 89503
Tel: (775) 299-4284
dwise@wiselaw.pro
*Counsel for Plaintiffs Deandric Price, Larry
Harris, and Mark Metzler*

Daniel Srourian*
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Tel: (213) 474-3800
daniel@slfla.com
*Counsel for Plaintiff Larry Harris*

M. Anderson Berry*
Gregory Haroutunian*
**EMERY REDDY, P.C.**
600 Stewart St., Suite 1100
Seattle, WA 98101
Tel: (206) 442-9106
anderson@emeryreddy.com
gregory@emeryreddy.com
*Counsel for Plaintiff Larry Harris*

400 South 7th Street, Suite 300
Las Vegas, NV 89101
Tel: (702) 214-2100
tlb@pisanellibice.com
lit@pisanellibice.com
*Counsel for Defendant*

Ken Grunfeld**
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
grunfeld@kolawyers.com
*Counsel for Plaintiff Holly Neely*

John J. Nelson**
Gary Klinger*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com
*Counsel for Plaintiff Jeri Schmidt*

Terence R. Coates[†]
Dylan J. Gould**
**MARKOVITS, STOCK & DEMARCO,
LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Tel: (513) 651-3700
tcoates@msdlegal.com
dgould@msdlegal.com
*Counsel for Plaintiff Payton Ruehlman*

Leigh S. Montgomery*
**EKSM, LLP**
4200 Montrose Street, Suite 200
Houston, Texas 77006
Tel: (888) 350-3931
lmontgomery@eksm.com
*Counsel for Jacob Malin*

Lynn A. Toops*
Amina A. Thomas*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenmalad.com
athomas@cohenandmalad.com
*Counsel for Plaintiff Jason Goodman*

† Admitted *Pro Hac Vice*
** *Pro Hac Vice* application pending
* *Pro Hac Vice* application forthcoming


**IT IS SO ORDERED:**


_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Joint Stipulation to Extend Pleading Deadlines was served on all counsel of record so registered via the Court's electronic CM/ECF filing system on this the 4th day of November, 2025.

*/s/ Michelle Wade*