Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Tel: (725) 235-9750
lasvegas@stranchlaw.com

J. Gerard Stranch, IV (admitted *pro hac vice*)
Grayson Wells (admitted *pro hac vice*)
John C. Roberts (admitted *pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
jroberts@stranchlaw.com
*Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman*

*Additional Counsel Listed on Signature Page*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: BOYD GAMING CORP. BREACH LITIGATION | No. 2:25-cv-1814-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND PLEADING DEADLINES**<br><br>**[SECOND REQUEST]** |

Pursuant to the Court's minute order (ECF 20) denying without prejudice Plaintiffs' motion to extend the deadline to file their consolidated amended complaint (ECF 18),[1]

---

[1] On October 30, 2025, three of the twenty plaintiffs before the Court – Plaintiffs Trent Berger, Parthena Vorgiatzidis, and Julie Jackson (hereinafter "Minority Plaintiffs") – moved for an extension of time (ECF 45), in large part replicating, verbatim, the motion undersigned counsel

undersigned counsel for Plaintiffs met and conferred with counsel for Defendant, who has now appeared in the case (*see* ECF 29, 35, 40, 41). Having reached an agreement, the Parties hereby request the Court enter this joint stipulation, under Fed. R. Civ. P. 6(b) and LR IA 6-1, extending the deadline for Plaintiffs to file their consolidated amended complaint, currently due November 5, 2025,[2] to December 5, 2025, and staying Defendant's deadline under Rule 12 to respond to any individual complaint filed in these consolidated actions, pending the forthcoming consolidated amended complaint.

    Good cause exists to support the requested extension. Extending the deadline will: (1) allow the Court additional time to consider the competing applications for appointment of interim leadership (*see* ECF 28, 42); (2) allow the Plaintiffs' interim counsel, once appointed, sufficient time to coordinate the drafting of the consolidated complaint to include all plaintiffs, which will cut down on the expensive duplication of resources resulting from multiple firms drafting the same complaint, without coordination, due to a tight deadline; and (3) allow Defendant's counsel additional time to become familiar with the case and investigate the facts. Furthermore, no party will be prejudiced by the extension at this early stage of the litigation, when no scheduling order has been entered and discovery has not commenced.

---

filed the week prior. However, when the Court denied the previous motion before defense counsel had appeared, the Court instructed the undersigned counsel to meet and confer with opposing counsel, "which discussions might well yield a stipulation rather than the need for motion practice." ECF 20. Indeed, such an agreement was met. Once Defendant appeared, the undersigned Plaintiffs' counsel met and conferred as instructed, and the Parties now present this joint stipulation to the court, rather than a motion with no signature from defense counsel.

[2] In the order consolidating these actions, the Court ordered Plaintiffs to file their Application for Appointment of Interim Class Counsel within 14 days, and their Consolidated Amended Complaint within 21 days. *See* ECF 13 ¶¶ 7, 8. Competing applications for the appointment of interim class leadership were timely filed (ECF 28, 42), and Plaintiffs' Consolidated Amended Complaint is due November 5, 2025.

WHEREFORE, given the Parties' agreement, the Court should adopt this stipulation, extend the deadline for Plaintiffs to file their consolidated amended complaint, and stay Defendant's deadline under Rule 12 to respond to any individual complaint filed in these consolidated actions, pending the forthcoming consolidated amended complaint.

Dated: November 4, 2025

Respectfully submitted,

| /s/Nathan R. Ring | /s/Isaac D. Chaput |
|---|---|
| Nathan R. Ring | Isaac D. Chaput† |
| Nevada State Bar No. 12078 | **COVINGTON & BURLING, LLP** |
| **STRANCH, JENNINGS & GARVEY, PLLC** | 415 Mission St, Suite 5400 |
| 3100 W. Charleston Boulevard, Suite 208 | San Francisco, CA 94105-2533 |
| Las Vegas, NV 89102 | 415-591-6000 |
| Tel: (725) 235-9750 | ichaput@cov.com |
| lasvegas@stranchlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman* | Edward Rippey† |
| | Teena-Ann Sankoorikal† |
| | **COVINGTON & BURLING, LLP** |
| | Salesforce Tower |
| | 850 10th Street NW |
| J. Gerard Stranch, IV† | Washington, DC 20001 |
| Grayson Wells† | Tel: (202) 662-6000 |
| John C. Roberts† | erippey@cov.com |
| **STRANCH, JENNINGS & GARVEY, PLLC** | tsankoorikal@cov.com |
| The Freedom Center | *Counsel for Defendant* |
| 223 Rosa L. Parks Avenue, Suite 200 | Micaela R.H. McMurrough* |
| Nashville, TN 37203 | **COVINGTON & BURLING LLP** |
| Tel: (615) 254-8801 | 30 Hudson Yards |
| gstranch@stranchlaw.com | New York, NY 10001-2170 |
| gwells@stranchlaw.com | Tel: (212) 841-1000 |
| jroberts@stranchlaw.com | mmcmurrough@cov.com |
| *Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman* | *Counsel for Defendant* |
| | Todd L. Bice |
| | Nevada State Bar No. 4534 |
| | **PISANELLI BICE, PLLC** |

Raina C. Borrelli†
**STRAUSS BORRELLI, PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
raina@straussborrelli.com
*Counsel for Plaintiff Levy*

Laura Van Note**
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
lvn@colevannote.com
*Counsel for Plaintiffs Deandric Price and Mark Metzler*

David Hilton Wise
Nevada State Bar No. 11014
**WISE LAW FIRM, PLC**
335 W 1st Street
Reno, Nevada 89503
Tel: (775) 299-4284
dwise@wiselaw.pro
*Counsel for Plaintiffs Deandric Price, Larry Harris, and Mark Metzler*

Daniel Srourian*
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Tel: (213) 474-3800
daniel@slfla.com
*Counsel for Plaintiff Larry Harris*

M. Anderson Berry*
Gregory Haroutunian*
**EMERY REDDY, P.C.**
600 Stewart St., Suite 1100
Seattle, WA 98101
Tel: (206) 442-9106
anderson@emeryreddy.com
gregory@emeryreddy.com
*Counsel for Plaintiff Larry Harris*

400 South 7th Street, Suite 300
Las Vegas, NV 89101
Tel: (702) 214-2100
tlb@pisanellibice.com
lit@pisanellibice.com
*Counsel for Defendant*

Ken Grunfeld**
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
grunfeld@kolawyers.com
*Counsel for Plaintiff Holly Neely*

John J. Nelson**
Gary Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com
*Counsel for Plaintiff Jeri Schmidt*

Terence R. Coates†
Dylan J. Gould**
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Tel: (513) 651-3700
tcoates@msdlegal.com
dgould@msdlegal.com
*Counsel for Plaintiff Payton Ruehlman*

Leigh S. Montgomery*
**EKSM, LLP**
4200 Montrose Street, Suite 200
Houston, Texas 77006
Tel: (888) 350-3931
lmontgomery@eksm.com
*Counsel for Jacob Malin*

Lynn A. Toops*
Amina A. Thomas*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenmalad.com
athomas@cohenandmalad.com
*Counsel for Plaintiff Jason Goodman*

IT IS SO ORDERED THIS
4th day of November, 2025.

_____
U.S. MAGISTRATE JUDGE