# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN RE BOYD GAMING CORP. BREACH LITIGATION

Plaintiff(s),

vs.

Defendant(s).

Case # 2:25-cv-01814-GMN-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Douglas J. McNamara_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Cohen Milstein Sellers & Toll PLLC
(firm name)

with offices at _____1100 New York Ave NW, Ste. 800_____,
(street address)

_____Washington_____, _____District of Columbia_____, _____20005_____,
(city)                  (state)                        (zip code)

_____(202) 408-4600_____, _____dmcnamara@cohenmilstein.com_____.
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiffs Trent Berger & Parthena Vorgiatzidis_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **Oct. 14, 2005** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **District of Columbia** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Appendix A | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
> None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 11/02/2023 | 2:23-cv-01447 | Hon. Anne R. Traum | Granted |
| 11/02/2023 | 2:23-cv-01549 | Hon. Richard F. Boulware II | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

(DV)
STATE OF DISTRICT            )
                             )
COUNTY OF COLUMBIA           )

Doreg McNamara, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

29th day of October, 2025.

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Miles N. Clark_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

5510 S. Fort Apache Rd., Ste. 300
(street address)

Las Vegas, Nevada, 89148-7700
(city)       (state)      (zip code)

(702) 856-7430, miles.clark@knepperclark.com
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __Miles N. Clark__ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Trent Berger (Oct 8, 2025 08:56:27 EDT)

Trent Berger, Plaintiff
(type or print party name, title)

_____
(party's signature)
Parthena Vorgiatzidis (Oct 8, 2025 20:40:58 PDT)

Parthena Vorgiatzidis, Plaintiff
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_Miles N. Clark_
Designated Resident Nevada Counsel's signature

__13848__        miles.clark@knepperclark.com
Bar number              Email address

APPROVED:

Dated: this __7__ day of __November__, 20__25__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CORRECTED* COURT ADMISSIONS

## DOUGLAS J. MCNAMARA

| Court | Date of Admission | Bar No. |
|---|---|---|
| State of New York | July 15, 1996 | 2766830 |
| District of Columbia State Bar | Oct. 14, 2005 | 494567 |
| U.S. District Court for the District of Columbia | May 4, 2015 | |
| U.S. District Court for the Eastern District of New York | Dec. 22, 1998 | |
| U.S. District Court for the Southern District of New York | Dec. 22, 1998 | |
| U.S. Court of Appeals for the Second Circuit | May 7, 2015 | |
| U.S. Court of Appeals for the Third Circuit | August 16, 2011 | |
| U.S. Court of Appeals for the Fourth Circuit | Dec. 3, 2018 | |
| U.S. Court of Appeals for the Sixth Circuit | April 5, 2023 | |
| U.S. Court of Appeals for the Eighth Circuit | March 17, 2021 | |
| U.S. District Court for the E.D. Michigan | Sept. 11, 2019 | |
| U.S. District Court for the D. Maryland* | Feb. 22, 2019 | |

*This application was initially filed with the inclusion of membership of the Maryland State Bar. This is not the case and was confused for U.S. District Court of Maryland admission, which remains on this list. That is why no Certificate of Good Standing for Maryland was included.



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Douglas James McNamara*

was duly qualified and admitted on October 14, 2005 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 29, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### Douglas James McNamara

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 15, 1996**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of New York on October 31, 2025.*

*Clerk of the Court*

CertID-00257524



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020