Miles N. Clark, Esq.
Nevada Bar No. 13848
**Law Offices of Miles N. Clark, LLC**
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com
Website: http://www.milesclarklaw.com
*Local Counsel*

Douglas J. McNamara*
**COHEN MILSTEIN**
**SELLERS & TOLL PLLC**
1100 New York Ave. NW, 8th Floor
Washington, D.C. 20005
P: (202) 408-4600
dmcnamara@cohenmilstein.com
*Counsel for Plaintiffs Trent Berger and*
*Parthena Vorgiatzidis*

James Pizzirusso
**HAUSFELD LLP**
1200 17th St NW, Suite 600
Washington, D.C. 20036
P: (202) 540-7154
jpizzirusso@hausfeld.com
*Counsel for Plaintiffs Trent Berger and*
*Parthena Vorgiatzidis*

*Admitted Pro Hac Vice*

John A. Yanchunis*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
P: (813) 223-5505
jyanchunis@ForThePeople.com
*Counsel for Plaintiff Julie Jackson*

Amy E. Keller*
**DICELLO LEVITT LLP**
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
P: (312) 214-7900
akeller@dicellolevitt.com
*Counsel for Plaintiffs Trent Berger and*
*Parthena Vorgiatzidis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In re: BOYD GAMING CORP. BREACH LITIGATION**<br><br>This Document Relates to: All Actions | Case No.  2:25-cv-01814-GMN-EJY<br><br>**PLAINTIFFS' (BERGER,  VORGIATZIDIS, AND JACKSON) NOTICE OF MOOTNESS OF MOTION TO EXTEND DEADLINE TO FILE CONSOLIDATED AMENDED COMPLAINT [ECF NO. 45]** |

1    Plaintiffs Trent Berger, Parthena Vorgiatzidis, and Julie Jackson in this consolidated

2  action, by and through the undersigned counsel, hereby respond to the Court's November 7,

3  2025 Minute Order requesting notification regarding whether their previously filed Motion to

4  Extend Deadline to file Consolidated Amended Complaint, ECF No. 45, is moot in light of the

5  Court's granting of the stipulation contained at ECF 60.  ECF No. 64 (minutes).  In response,

6  Plaintiffs Berger, Vorgiatzidis, and Jackson notify the Court that the Motion filed at ECF No. 45

7  is now moot.

8  Dated: November 10, 2025                    Respectfully submitted,

9

10                                               /s/ Miles N. Clark
                                                Miles N. Clark, Esq.
                                                Nevada Bar No. 13848
11                                              **Law Offices of Miles N. Clark, LLC**
                                                5510 S. Fort Apache Rd., Suite 30
12                                              Las Vegas, NV 89148-7700
                                                Phone: (702) 856-7430
13                                              Fax: (702) 552-2370
                                                Email: miles@milesclarklaw.com
14                                              Website: http://www.milesclarklaw.com
                                                *Local Counsel*
15

16                                              John A. Yanchunis*
                                                **MORGAN & MORGAN**
17                                              **COMPLEX LITIGATION GROUP**
                                                201 N. Franklin Street, 7th Floor
18                                              Tampa, Florida 33602
                                                P: (813) 223-5505
19                                              jyanchunis@ForThePeople.com
                                                *Counsel for Plaintiff Julie Jackson*
20

21                                              Douglas J. McNamara*
                                                **COHEN MILSTEIN**
22                                              **SELLERS & TOLL PLLC**
                                                1100 New York Ave. NW, 5th Floor
23                                              Washington, D.C. 20005
                                                P: (202) 408-4600
24                                              dmcnamara@cohenmilstein.com
25

26                                              Amy E. Keller*
                                                **DICELLO LEVITT LLP**
27                                              10 North Dearborn Street, Sixth Floor
                                                Chicago, Illinois 60602
28

                                                1

1
2

P: (312) 214-7900
akeller@dicellolevitt.com

3
4

James Pizzirusso
**HAUSFELD LLP**
1200 17th St NW, Suite 600
Washington, D.C. 20036

5
6

P: (202) 540-7154
jpizzirusso@hausfeld.com

7

*Counsel for Plaintiffs Trent Burger and Parthena Vorgiatzidis*

8
9

*\*Admitted Pro Hac Vice*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that a copy of the foregoing was served via this Court's CM/ECF service,

3   which will send notification of such filing to all counsel of record.

4

5                                      */s/ Lucille Chiusano*
                                       An Employee of Law Offices of Miles N. Clark
6
                                       *Local Counsel*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28