| | |
|---|---|
| Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>**Law Offices of Miles N. Clark, LLC**<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, NV 89148-7700<br>Phone: (702) 856-7430<br>Fax: (702) 552-2370<br>Email: miles@milesclarklaw.com<br>Website: http://www.milesclarklaw.com<br>*Local Counsel* | John A. Yanchunis, Esq.*<br>**MORGAN & MORGAN**<br>**COMPLEX LITIGATION GROUP**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>P: (813) 223-5505<br>jyanchunis@ForThePeople.com<br>*Counsel for Plaintiff Julie Jackson* |
| Douglas J. McNamara, Esq.*<br>**COHEN MILSTEIN**<br>**SELLERS & TOLL PLLC**<br>1100 New York Ave. NW, 8th Floor<br>Washington, D.C. 20005<br>P: (202) 408-4600<br>dmcnamara@cohenmilstein.com<br>*Counsel for Plaintiffs Trent Berger and Parthena Vorgiatzidis* | Amy E. Keller, Esq.*<br>**DICELLO LEVITT LLP**<br>10 North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>P: (312) 214-7900<br>akeller@dicellolevitt.com<br>*Counsel for Plaintiffs Trent Berger and Parthena Vorgiatzidis* |
| James Pizzirusso, Esq.<br>**HAUSFELD LLP**<br>1200 17th St NW, Suite 600<br>Washington, D.C. 20036<br>P: (202) 540-7154<br>jpizzirusso@hausfeld.com<br>*Counsel for Plaintiffs Trent Berger and Parthena Vorgiatzidis* | |

*Admitted Pro Hac Vice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In re: BOYD GAMING CORP. BREACH LITIGATION**<br><br>This Document Relates to: All Actions | Case No. 2:25-cv-01814-GMN-EJY<br><br>**PLAINTIFFS' (BERGER, VORGIATZIDIS, AND JACKSON) NOTICE OF MOOTNESS OF MOTION TO EXTEND DEADLINE TO FILE CONSOLIDATED AMENDED COMPLAINT [ECF NO. 45]** |

Plaintiffs Trent Berger, Parthena Vorgiatzidis, and Julie Jackson in this consolidated action, by and through the undersigned counsel, hereby respond to the Court's November 7, 2025 Minute Order requesting notification regarding whether their previously filed Motion to Extend Deadline to file Consolidated Amended Complaint, ECF No. 45, is moot in light of the Court's granting of the stipulation contained at ECF 60. ECF No. 64 (minutes). In response, Plaintiffs Berger, Vorgiatzidis, and Jackson notify the Court that the Motion filed at ECF No. 45 is now moot.

Dated: November 10, 2025                    Respectfully submitted,

/s/ Miles N. Clark
Miles N. Clark, Esq.
Nevada Bar No. 13848
**Law Offices of Miles N. Clark, LLC**
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com
Website: http://www.milesclarklaw.com
*Local Counsel*

John A. Yanchunis, Esq.*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
P: (813) 223-5505
jyanchunis@ForThePeople.com
*Counsel for Plaintiff Julie Jackson*

Douglas J. McNamara, Esq.*
**COHEN MILSTEIN**
**SELLERS & TOLL PLLC**
1100 New York Ave. NW, 5th Floor
Washington, D.C. 20005
P: (202) 408-4600
dmcnamara@cohenmilstein.com

Amy E. Keller, Esq.*
**DICELLO LEVITT LLP**
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602

P: (312) 214-7900
akeller@dicellolevitt.com

James Pizzirusso, Esq.*
**HAUSFELD LLP**
1200 17th St NW, Suite 600
Washington, D.C. 20036
P: (202) 540-7154
jpizzirusso@hausfeld.com
snathan@hausfeld.com

*Counsel for Plaintiffs Trent Burger and Parthena Vorgiatzidis*

*Admitted Pro Hac Vice

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via this Court's CM/ECF service, which will send notification of such filing to all counsel of record.

*/s/ Lucille Chiusano*
An Employee of Law Offices of Miles N. Clark

*Local Counsel*
