1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SCOTT LEVY, et al.                    )    Case #2:25-CV-01814-GMN-EJY
                                      )
                                      )    **VERIFIED PETITION FOR**
         Plaintiff(s),                )    **PERMISSION TO PRACTICE**
                                      )    **IN THIS CASE ONLY BY**
    vs.                               )    **ATTORNEY NOT ADMITTED**
BOYD GAMING CORPORATION               )    **TO THE BAR OF THIS COURT**
                                      )    **AND DESIGNATION OF**
                                      )    **LOCAL COUNSEL**
                                      )
         Defendant(s).                )
                                      )    FILING FEE IS $250.00

_____Melissa R. Emert_____, Petitioner, respectfully represents to the Court:
           (name of petitioner)

    1.   That Petitioner is an attorney at law and a member of the law firm of
_____Kantrowitz, Goldhamer & Graifman, P.C._____
                                      (firm name)
with offices at _____135 Chesnut Ridge Road, Suite 200_____,
                                (street address)
_____Montvale_____, _New Jersey_ , _07645_ ,
           (city)                (state)         (zip code)
___(201) 391-7000___ , ___memert@kgglaw.com___ .
(area code + telephone number)      (Email address)

    2.   That Petitioner has been retained personally or as a member of the law firm by
_____Plaintiff, Cosimo Granata_____ to provide legal representation in connection with
              [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since   May 10, 1984  , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of New York
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York | May 10, 1984 | 2260651 |
| Southern District of NY | June 1, 1993 | MF5203 |
| Eastern District of NY | June 30, 1993 | ME5203 |
| Western District of NY | August 3, 2020 | No bar number |
| Northen District of Illinois | October 31, 2019 | MF5203 |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

New York State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature
ID. Fl-SC: 2023-556-64548-0

STATE OF Florida
COUNTY OF PALM BEACH

_____Melissa R. Emert_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature
ID. Fl-SC

Subscribed and sworn to before me this

15th day of NOV, 2025.

_____
Notary Public or Clerk of Court

HENRY RENAUD
MY COMMISSION # HH 244532
EXPIRES: June 7, 2026

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Nathan R. Ring____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____3100 W. Charleston Blvd., Ste. 208____,
(street address)

__Las Vegas__, __Nevada__, __89102__,
(city)         (state)        (zip code)

__(725) 235-9750__, __nring@stranchlaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.
4
5              **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**
6
7  The undersigned party(ies) appoint(s) _____Nathan Ring_____ as
                                              (name of local counsel)
8  his/her/their Designated Resident Nevada Counsel in this case.
9
10                                    Signed by:
                                      _Cosimo Granata_____
11                                    (party's signature)
12                                    Cosimo Granata_____
                                      (type or print party name, title)
13
                                      _____
14                                    (party's signature)
15
                                      _____
16                                    (type or print party name, title)
17                              **CONSENT OF DESIGNEE**
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18
19
                            _/s/ Nathan R. Ring_____
20                          Designated Resident Nevada Counsel's signature
21                              __12078__                 _____
                                Bar number                 Email address
22
23
    APPROVED:
24
    Dated: this _____ day of _____, 20___.
25
26  _____
    UNITED STATES DISTRICT JUDGE
27
28                                        5                                    Rev. 5/16



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### Melissa Robin Emert

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 10, 1989**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on April 21, 2025.

*Clerk of the Court*

CertID-00227026