**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

IN RE: BOYD GAMING CORP. BREACH LITIGATION

Plaintiff(s),

vs.

Defendant(s).

Case #2:25-cv-01814-GMN-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Laura Van Note, Esq._____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Cole & Van Note
(firm name)

with offices at _____555 12th Street, Suite 2100_____,
(street address)

_____Oakland_____, _____California_____, _____94607_____,
(city)                          (state)                    (zip code)

_____(510) 891-9800_____, _____lvn@colevannote.com_____.
(area code + telephone number)        (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiffs Deandric Price and Mark Metzler_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___06/06/2016___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Missouri | September 9, 2013 | 66292 |
| Supreme Court of Kansas | August 11, 2015 | 26687 |
| U.S.D.C. for the Western District of Missouri | October 24, 2023 | 310160CA |
| Supreme Court of California | June 6, 2016 | 310160 |
| for further see attched | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California
Missouri
Kansas

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| December 22, 2023 | 2:23-cv-01880 | USDC of Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3                                          _____
4                                          Petitioner's signature

   STATE OF ____California____ )
5                               )
   COUNTY OF ____Alameda____   )
6

7  ____Laura Van Note____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.
                                            _____
9                                           Petitioner's signature

10 Subscribed and sworn to before me this

11 __11th__ day of __November__, __2025__.

12 __Monique Highbaugh, Notary Public__

13 Notary Public or Clerk of Court

   [Notary Seal: MONIQUE HIGHBAUGH, COMM. #2514381, Notary Public - California, Alameda County, My Comm. Expires Mar. 14, 2029]

14

15

16           **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
             **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate __David Hilton Wise, Esq.__,
                                                                          (name of local counsel)
20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action. The address and email address of

22  said designated Nevada counsel is:

23                          __335 W 1st Street__,
                              (street address)
24
                __Reno__,        __Nevada__,        __89503__,
25                (city)           (state)          (zip code)

26       __(775) 299-4284__,     __dwise@wiselaw.pro__.
       (area code + telephone number)   (Email address)
27

28                                      4                                    Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____David Hilton Wise, Esq._____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_/s/ DP_
ID 6QZrBU9SW9Nzsco3EgjBy5kg
(party's signature)

Plaintiff Deandric Price
(type or print party name, title)

_/s/ Mark Metzler_
ID bJzdTcZueCEZZf3gb8kDmkfX
(party's signature)

Plaintiff Mark Metzler
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11014                           dwise@wiselaw.pro
Bar number                      Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**Attachment Supplementing Paragraphs above**

Applicant Laura Van Note has been admitted to practice in the following courts:

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING: |
| --- | --- | --- |
| U.S.D.C. for the Southern District of California | 3/2019 | Yes |
| U.S.D.C. for the Eastern District of California | 7/2018 | Yes |
| U.S.D.C. for the Northern District of California | 2/2019 | Yes |
| U.S.D.C. for the Central District of California | 6/2017 | Yes |
| U.S.D.C. for the Eastern District of Wisconsin | 10/2022 | Yes |
| U.S.D.C. for the District of Kansas | 12/2014 | Yes |
| U.S.D.C. for the Eastern District of Missouri | 6/2015 | Yes |
| U.S.D.C. for the Western District of Missouri | 8/2015 | Yes |
| U.S.D.C. for the District of New Mexico | 9/2022 | Yes |
| U.S.D.C. for the District of Nebraska | 8/2023 | Yes |
| U.S.D.C. for the District of Colorado | 9/2023 | Yes |
| U.S.D.C. for the Northern District of Illinois | 9/2023 | Yes |
| Supreme Court of Missouri | 9/2013 | Yes |
| Supreme Court of Kansas | 8/2015 | Yes |
| Supreme Court of California | 6/2016 | Yes |

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on August 14, 2015,

## Laura Grace Van Note

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 17th day of November, 2025.

Active Status

*Douglas T. Shima*
_Clerk of the Supreme Court of Kansas_

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/18/2013,

## Laura Grace Van Note

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 18th day of November, 2025.

*Betsy Ledgerwood*

Clerk of the Supreme Court of Missouri

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 11/6/2025

**LICENSEE NAME:** Laura Grace Van Note

**LICENSEE BAR NUMBER:** 310160

**LICENSEE STATUS:** Active

**ADMIT DATE:** 6/6/2016

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Laura Grace Van Note's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*