**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SCOTT LEVY, et al.

Plaintiff(s),

vs.

BOYD GAMING CORPORATION

Defendant(s).

Case #2:25-CV-01814-GMN-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Melissa R. Emert (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Kantrowitz, Goldhamer & Graifman, P.C. (firm name)

with offices at 135 Chesnut Ridge Road, Suite 200 (street address),

Montvale (city), New Jersey (state), 07645 (zip code),

(201) 391-7000 (area code + telephone number), memert@kgglaw.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Plaintiff, Cosimo Granata [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since May 10, 1984 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York | May 10, 1984 | 2260651 |
| Southern District of NY | June 1, 1993 | MF5203 |
| Eastern District of NY | June 30, 1993 | ME5203 |
| Western District of NY | August 3, 2020 | No bar number |
| Northen District of Illinois | October 31, 2019 | MF5203 |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

New York State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature
ID. Fl DL: E023-506-64-548-0

STATE OF Florida )
)
COUNTY OF PALM BEACH )

Melissa R. Emert, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature
ID. Fl. DL

Subscribed and sworn to before me this

15th day of NOV, 2025.

Notary Public or Clerk of Court

HENRY RENAUD
MY COMMISSION # HH 244532
EXPIRES: June 7, 2026

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Nathan R. Ring (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

3100 W. Charleston Blvd., Ste, 208 (street address),

Las Vegas (city), Nevada (state), 89102 (zip code),

(725) 235-9750 (area code + telephone number), nring@stranchlaw.com (Email address).

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Nathan Ring (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

Signed by:
Cosimo Granata
(party's signature)

Cosimo Granata
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Nathan R. Ring*
Designated Resident Nevada Counsel's signature

12078
Bar number Email address

APPROVED:

Dated: this 26 day of November, 2025.

UNITED STATES DISTRICT JUDGE




*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

*I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

*Melissa Robin Emert*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***May 10, 1989,*** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*




*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on August 5, 2025.*

*Clerk of the Court*

*CertID-00244633*