Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Tel: (725) 235-9750
lasvegas@stranchlaw.com

J. Gerard Stranch, IV (admitted *pro hac vice*)
Grayson Wells (admitted *pro hac vice*)
John C. Roberts (admitted *pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
jroberts@stranchlaw.com

| Miles N. Clark, Esq. | John A. Yanchunis* |
|---|---|
| Nevada Bar No. 13848<br>**LAW OFFICES OF MILES N. CLARK, LLC**<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, NV 89148-7700<br>Phone: (702) 856-7430<br>Fax: (702) 552-2370<br>miles@milesclarklaw.com<br>*Proposed Liaison Counsel* | **MORGAN & MORGAN COMPLEX LITIGATION GROUP**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>P: (813) 223-5505<br>jyanchunis@ForThePeople.com<br>*Counsel for Plaintiff Julie Jackson* |
| James Pizzirusso*<br>**HAUSFELD LLP**<br>1200 17th St NW, Suite 600<br>Washington, D.C. 20036<br>P: (202) 540-7154<br>jpizzirusso@hausfeld.com<br>*Counsel for Plaintiffs Trent Berger and Parthena Vorgiatzidis* | Laura Van Note**<br>**COLE & VAN NOTE**<br>555 12th Street, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 891-9800<br>lvn@colevannote.com<br>*Counsel for Plaintiffs Deandric Price and Mark Metzler* |
| J. Gerard Stranch, IV*<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200 | |

Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
*Counsel for Plaintiffs Levy, Tiedtke, Neely,
Schmidt, Ruehlman, Furman, Warner,
Cazau-Degenova, Bragg, Malin, Granata,
and Goodman*

*\*Admitted Pro Hac Vice*
*\*\*Pro Hac Vice pending*

*Additional Counsel Listed on Signature Page*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| **IN RE: BOYD GAMING CORP. BREACH LITIGATION** | **No. 2:25-cv-1814-GMN-EJY** |
|  | **JOINT STIPULATION TO EXTEND PLEADING DEADLINES** |
|  | **[THIRD REQUEST]** |

The Parties hereby request the Court enter this joint stipulation, under Fed. R. Civ. P. 6(b) and LR IA 6-1, extending the deadline for Plaintiffs to file their consolidated amended complaint, currently due December 5, 2025 (ECF 62), to January 9, 2026, and the deadline for Defendants to answer or otherwise respond to the complaint to March 6, 2026. This is Plaintiffs' second request for extension of time. This is Defendants' first request for an extension of time to answer or otherwise respond to the complaint.

On October 31st, the Court denied two separate and competing Motions for Appointment of Counsel without prejudice and ordered the Parties to meet and confer to discuss the proposals for lead and co-lead counsel by November 14th. (ECF 49). On November 4th, while the parties were still discussing the lead counsel proposals, certain parties jointly

stipulated for an extension of time to file a Consolidated Amended Complaint by December 5, 2025 to, in part, "allow the Court additional time to consider the competing applications for appointment of interim leadership." (ECF 60-2). The Court granted that extension of time on November 4, 2025. (ECF 62). On November 14, the Plaintiffs indicated that they had reached an agreement on interim leadership as between the two competing applications (subject to Court approval). (ECF 71). As of this date, however, the Court has not yet approved the leadership appointment order negotiated by the Plaintiffs' Counsel.

Good cause exists to support the requested extension. Extending the deadline will: (1) allow the Court additional time to consider the stipulation for appointment of interim leadership (*see* ECFs 28, 42, 71); (2) allow the Plaintiffs' interim counsel, once appointed, sufficient time to coordinate the drafting of the consolidated complaint to include all plaintiffs and the appropriate counsel, which has already begun; and (3) allow Defendant's counsel additional time to become familiar with the case, investigate the facts, and prepare a response to the complaint in this case involving numerous plaintiffs and claims.  Absent an extension, Defendants' answer or response would be due 14 days after Plaintiffs file the Consolidated Amended Complaint.  Fed. R. Civ. P. 15(a)(3).  Furthermore, no party will be prejudiced by the extension at this early stage of the litigation, when no scheduling order has been entered and discovery has not commenced.

WHEREFORE, given the Parties' agreement, the Court should adopt this stipulation and (1) extend the deadline for Plaintiffs to file their Consolidated Amended Complaint from December 5, 2025, to January 9, 2026; and (2) extend the deadline for Defendants to answer or otherwise respond to the Consolidated Amended Complaint from January 23, 2026 to March 6, 2026.

1

2  Dated: December 3, 2025

3  Respectfully submitted,

4

5  /s/Nathan R. Ring                          /s/Isaac D. Chaput (with permission)

   Nathan R. Ring                             Isaac D. Chaput[†]
   Nevada State Bar No. 12078                 **COVINGTON & BURLING, LLP**
6  **STRANCH, JENNINGS & GARVEY, PLLC**       415 Mission St, Suite 5400
   3100 W. Charleston Boulevard, Suite 208    San Francisco, CA 94105-2533
7  Las Vegas, NV 89102                        415-591-6000
   Tel: (725) 235-9750                        ichaput@cov.com
8  lasvegas@stranchlaw.com                    *Counsel for Defendant*
   *Counsel for Plaintiffs Levy, Tiedtke, Neely,*
9  *Schmidt, Ruehlman, Furman, Warner, Cazau-* Edward Rippey[†]
   *Degenova, Bragg, Malin, Granata, and*     Teena-Ann Sankoorikal[†]
10 *Goodman*                                  **COVINGTON & BURLING, LLP**
                                              Salesforce Tower
11 J. Gerard Stranch, IV[†]                   850 10th Street NW
   Grayson Wells[†]                           Washington, DC 20001
12 John C. Roberts[†]                         Tel: (202) 662-6000
   **STRANCH, JENNINGS & GARVEY, PLLC**       erippey@cov.com
13 The Freedom Center                         tsankoorikal@cov.com
   223 Rosa L. Parks Avenue, Suite 200        *Counsel for Defendant*
14 Nashville, TN 37203
   Tel: (615) 254-8801                        Micaela R.H. McMurrough*
15 gstranch@stranchlaw.com                    **COVINGTON & BURLING LLP**
   gwells@stranchlaw.com                      30 Hudson Yards
16 jroberts@stranchlaw.com                    New York, NY 10001-2170
   *Counsel for Plaintiffs Levy, Tiedtke, Neely,* Tel: (212) 841-1000
17 *Schmidt, Ruehlman, Furman, Warner, Cazau-* mmcmurrough@cov.com
   *Degenova, Bragg, Malin, Granata, and*     *Counsel for Defendant*
18 *Goodman*
                                              Todd L. Bice
19 Raina C. Borrelli[†]                       Nevada State Bar No. 4534
   **STRAUSS BORRELLI, PLLC**                 **PISANELLI BICE, PLLC**
20 One Magnificent Mile                       400 South 7th Street, Suite 300
   980 N. Michigan Ave., Suite 1610           Las Vegas, NV 89101
21 Chicago, IL 60611                          Tel: (702) 214-2100
   Tel: (872) 263-1100                        tlb@pisanellibice.com
22 raina@straussborrelli.com                  lit@pisanellibice.com
   *Counsel for Plaintiff Levy*               *Counsel for Defendant*

23

24 Laura Van Note**

25

**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
lvn@colevannote.com
*Counsel for Plaintiffs Deandric Price and Mark*
*Metzler*

David Hilton Wise
Nevada State Bar No. 11014
**WISE LAW FIRM, PLC**
335 W 1st Street
Reno, Nevada 89503
Tel: (775) 299-4284
dwise@wiselaw.pro
*Counsel for Plaintiffs Deandric Price, Larry*
*Harris, and Mark Metzler*

Daniel Srourian*
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Tel: (213) 474-3800
daniel@slfla.com
*Counsel for Plaintiff Larry Harris*

M. Anderson Berry*
Gregory Haroutunian*
**EMERY REDDY, P.C.**
600 Stewart St., Suite 1100
Seattle, WA 98101
Tel: (206) 442-9106
anderson@emeryreddy.com
gregory@emeryreddy.com
*Counsel for Plaintiff Larry Harris*

Ken Grunfeld**
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
grunfeld@kolawyers.com
*Counsel for Plaintiff Holly Neely*

John J. Nelson**
Gary Klinger*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com
*Counsel for Plaintiff Jeri Schmidt*

Terence R. Coates[†]
Dylan J. Gould**
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Tel: (513) 651-3700
tcoates@msdlegal.com
dgould@msdlegal.com
*Counsel for Plaintiff Payton Ruehlman*

Leigh S. Montgomery*
**EKSM, LLP**
4200 Montrose Street, Suite 200
Houston, Texas 77006
Tel: (888) 350-3931
lmontgomery@eksm.com
*Counsel for Jacob Malin*

Lynn A. Toops*
Amina A. Thomas*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenmalad.com
athomas@cohenandmalad.com
*Counsel for Plaintiff Jason Goodman*

*/s/ Miles N. Clark*
Miles N. Clark, Esq.
Nevada Bar No. 13848
**Law Offices of Miles N. Clark, LLC**
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Proposed Liaison Counsel*

John A. Yanchunis*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
P: (813) 223-5505
jyanchunis@ForThePeople.com
*Counsel for Plaintiff Julie Jackson*

James Pizzirusso*
**HAUSFELD LLP**
1200 17th St NW, Suite 600
Washington, D.C. 20036
P: (202) 540-7154
jpizzirusso@hausfeld.com

*Counsel for Plaintiffs Trent Burger and Parthena Vorgiatzidis*

Laura Van Note**
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
lvn@colevannote.com
*Counsel for Plaintiffs Deandric Price and Mark Metzler*

J. Gerard Stranch, IV*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
*Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman*

*\*Admitted Pro Hac Vice*
*\*\*Pro Hac Vice pending*

† Admitted *Pro Hac Vice*

** *Pro Hac Vice* application pending
* *Pro Hac Vice* application forthcoming

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Joint Stipulation to Extend Pleading Deadlines was served on all counsel of record via the Court's electronic filing system this 3rd day of December 2025.

*/s/ Michelle Wade*
Michelle Wade