| | |
|---|---|
| 1  Miles N. Clark, Esq. | John A. Yanchunis* |
| Nevada Bar No. 13848 | **MORGAN & MORGAN** |
| 2  **LAW OFFICES OF MILES N. CLARK, LLC** | **COMPLEX LITIGATION GROUP** |
| 3  5510 S. Fort Apache Rd., Suite 30 | 201 N. Franklin Street, 7th Floor |
| 4  Las Vegas, NV 89148-7700 | Tampa, Florida 33602 |
| Phone: (702) 856-7430 | P: (813) 223-5505 |
| 5  Fax: (702) 552-2370 | jyanchunis@ForThePeople.com |
| miles@milesclarklaw.com | *Counsel for Plaintiff Julie Jackson* |
| 6  *Proposed Liaison Counsel* | |

James Pizzirusso*
**HAUSFELD LLP**
1200 17th St NW, Suite 600
Washington, D.C. 20036
P: (202) 540-7154
jpizzirusso@hausfeld.com
*Counsel for Plaintiffs Trent Berger and Parthena Vorgiatzidis*

Laura Van Note*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
lvn@colevannote.com
*Counsel for Plaintiffs Deandric Price and Mark Metzler*

J. Gerard Stranch, IV*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
*Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman*

*Admitted Pro Hac Vice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In re: BOYD GAMING CORP. BREACH LITIGATION**  This Document Relates to: All Actions | Case No. 2:25-cv-01814-GMN-EJY  **PLAINTIFFS' RE-FILED STIPULATION AS TO MOTIONS FOR APPOINTMENT OF COUNSEL ECF NOS. [28], [42], [80]** |

Pursuant to the Court's Order [Dkt. No. 49], Counsel for Plaintiffs met and conferred about the pending Motions for Appointment of Counsel. The KMPY Group [ECF No. 42] and the Levy Group [ECF No. 28] have now agreed, subject to Court approval, to propose an interim appointment of Plaintiffs' Counsel as follows:

**Co-Lead Counsel for Plaintiffs:**

- James J. Pizzirusso (Hausfeld LLP)
- John A. Yanchunis (Morgan & Morgan Complex Litigation Group)
- J. Gerard Stranch, IV (Stranch, Jennings & Garvey PLLC)
- Laura Van Note (Cole & Van Note)

**Interim Liaison Counsel for Plaintiffs:**

- Miles N. Clark (Law Offices of Miles N. Clark).

Dated: December 5, 2025                Respectfully submitted,

*/s/ Miles N. Clark*
Miles N. Clark, Esq.
Nevada Bar No. 13848
**LAW OFFICES OF MILES N. CLARK, LLC**
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com
*Proposed Liaison Counsel*

John A. Yanchunis*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
P: (813) 223-5505
jyanchunis@ForThePeople.com
*Counsel for Plaintiff Julie Jackson*

James Pizzirusso*
**HAUSFELD LLP**
1200 17th St NW, Suite 600
Washington, D.C. 20036
P: (202) 540-7154
jpizzirusso@hausfeld.com
*Counsel for Plaintiffs Trent Burger and Parthena Vorgiatzidis*

Laura Van Note*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
lvn@colevannote.com
*Counsel for Plaintiffs Deandric Price and Mark Metzler*

J. Gerard Stranch, IV*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
*Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman*

*Admitted Pro Hac Vice

IT IS SO ORDERED
UNITED STATES DISTRICT JUDGE

DATED: _____
_____

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via this Court's CM/ECF service, which will send notification of such filing to all counsel of record.

*/s/ Lucille Chiusano*
An Employee of Law Offices of Miles N. Clark

*Proposed Liaison Counsel*