| | |
|---|---|
| Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>**LAW OFFICES OF MILES N. CLARK, LLC**<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, NV 89148-7700<br>Phone: (702) 856-7430<br>Fax: (702) 552-2370<br>miles@milesclarklaw.com<br>*Proposed Liaison Counsel* | John A. Yanchunis*<br>**MORGAN & MORGAN COMPLEX LITIGATION GROUP**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>P: (813) 223-5505<br>jyanchunis@ForThePeople.com<br>*Counsel for Plaintiff Julie Jackson* |
| James Pizzirusso*<br>**HAUSFELD LLP**<br>1200 17th St NW, Suite 600<br>Washington, D.C. 20036<br>P: (202) 540-7154<br>jpizzirusso@hausfeld.com<br>*Counsel for Plaintiffs Trent Berger and Parthena Vorgiatzidis* | Laura Van Note*<br>**COLE & VAN NOTE**<br>555 12th Street, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 891-9800<br>lvn@colevannote.com<br>*Counsel for Plaintiffs Deandric Price and Mark Metzler* |

J. Gerard Stranch, IV*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
*Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman*

*Admitted Pro Hac Vice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In re: BOYD GAMING CORP. BREACH LITIGATION**<br><br>This Document Relates to: All Actions | Case No. 2:25-cv-01814-GMN-EJY<br><br>**PLAINTIFFS' RE-FILED STIPULATION AS TO MOTIONS FOR APPOINTMENT OF COUNSEL ECF NOS. [28], [42], [80], [81]** |

Pursuant to the Court's Order [Dkt. No. 49], Counsel for Plaintiffs met and conferred about the pending Motions for Appointment of Counsel. The KMPY Group [ECF No. 42] and the Levy Group [ECF No. 28] have now agreed, subject to Court approval, to propose an interim appointment of Plaintiffs' Counsel as follows:

**Co-Lead Counsel for Plaintiffs:**

- James J. Pizzirusso (Hausfeld LLP)
- John A. Yanchunis (Morgan & Morgan Complex Litigation Group)
- J. Gerard Stranch, IV (Stranch, Jennings & Garvey PLLC)
- Laura Van Note (Cole & Van Note)

**Interim Liaison Counsel for Plaintiffs:**

- Miles N. Clark (Law Offices of Miles N. Clark).

Dated: December 5, 2025               Respectfully submitted,

/s/ Miles N. Clark
Miles N. Clark, Esq.
Nevada Bar No. 13848
**LAW OFFICES OF MILES N. CLARK, LLC**
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com
*Proposed Liaison Counsel*

John A. Yanchunis*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
P: (813) 223-5505
jyanchunis@ForThePeople.com
*Counsel for Plaintiff Julie Jackson*

|   |   |
|---|---|
| 1 | James Pizzirusso* |
| 2 | **HAUSFELD LLP** |
|   | 1200 17th St NW, Suite 600 |
| 3 | Washington, D.C. 20036 |
|   | P: (202) 540-7154 |
| 4 | jpizzirusso@hausfeld.com |
|   | *Counsel for Plaintiffs Trent Burger and Parthena* |
| 5 | *Vorgiatzidis* |

James Pizzirusso*
**HAUSFELD LLP**
1200 17th St NW, Suite 600
Washington, D.C. 20036
P: (202) 540-7154
jpizzirusso@hausfeld.com
*Counsel for Plaintiffs Trent Burger and Parthena Vorgiatzidis*

Laura Van Note*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
lvn@colevannote.com
*Counsel for Plaintiffs Deandric Price and Mark Metzler*

J. Gerard Stranch, IV*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
*Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman*

*Admitted Pro Hac Vice

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via this Court's CM/ECF service, which will send notification of such filing to all counsel of record.

*/s/ Lucille Chiusano*
An Employee of Law Offices of Miles N. Clark

*Proposed Liaison Counsel*