1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8    In Re: Boyd Gaming Corp. Breach          )    Case #2:25-cv-01814-GMN-EJY
9    Litigation                                )
                                               )    **VERIFIED PETITION FOR**
10                  Plaintiff(s),              )    **PERMISSION TO PRACTICE**
                                               )    **IN THIS CASE ONLY BY**
11          vs.                                )    **ATTORNEY NOT ADMITTED**
                                               )    **TO THE BAR OF THIS COURT**
12                                             )    **AND DESIGNATION OF**
                                               )    **LOCAL COUNSEL**
13                                             )
14                  Defendant(s).             )    FILING FEE IS $250.00
                                               )

15

16          _____Casondra Turner_____, Petitioner, respectfully represents to the Court:
                 (name of petitioner)

17          1.      That Petitioner is an attorney at law and a member of the law firm of

18          _____Milberg, PLLC_____
19                                    (firm name)

20    with offices at _____260 Peachtree Street NW, Suite 2200_____,
                                              (street address)

21    _____Atlanta_____, _____Georgia_____, ___30303___,
              (city)                    (state)              (zip code)

22

23    ____866-252-0878____, ____cturner@milberg.com____.
          (area code + telephone number)        (Email address)

24

25          2.      That Petitioner has been retained personally or as a member of the law firm by

          _____Jeri Schmidt_____ to provide legal representation in connection with
26                [client(s)]

27    the above-entitled case now pending before this Court.

28

Rev. 5/16

1    3.    That since _____10/13/2021_____, Petitioner has been and presently is a
                         (date)
2    member in good standing of the bar of the highest Court of the State of _____Georgia_____
                                                                                (state)
3    where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5    possession of the United States in which the applicant has been admitted to practice law certifying

6    the applicant's membership therein is in good standing.

7    4.    That Petitioner was admitted to practice before the following United States District

8    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9    of other States on the dates indicated for each, and that Petitioner is presently a member in good

10   standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached Exhibit 1 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19   5.    That there are or have been no disciplinary proceedings instituted against petitioner,

20   nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21   or administrative body, or any resignation or termination in order to avoid disciplinary or

22   disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

1    6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give
2    particulars if ever denied admission):

3    None.
4
5

6    7.    That Petitioner is a member of good standing in the following Bar Associations.

7    State Bar of California
8
9

10    8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2
11    (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 10/17/2025 | 2:25-cv-001917-GMN-NJK | USDC Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

19                    (If necessary, please attach a statement of additional applications)

20    9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the
21    State of Nevada with respect to the law of this state governing the conduct of attorneys to the same
22    extent as a member of the State Bar of Nevada.

23    10.    Petitioner agrees to comply with the standards of professional conduct required of
24    the  members of the bar of this court.

25    11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to
26    practice in this jurisdiction and that the client has consented to such representation.

27

28                                        3                              Rev. 5/16

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4  *Casondra Turner*
                 Petitioner's signature

5  STATE OF _____ Illinois _____ )
                    )

6  COUNTY OF _____ Will _____ )

7  _____ Casondra Turner _____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9  *Casondra Turner*
                 Petitioner's signature

10  Subscribed and sworn to before me this

11  ____4th____ day of _December_, _2025_.

12

13  _____
       Notary Public or Clerk of Court

**OFFICIAL SEAL**
**MICHELLE CHRISTINE BENVENUTO**
Notary Public, State of Illinois
Commission No. 1005612
My Commission Expires
March 03, 2029

14

15

16  ### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

17       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate _____ Nathan R. Ring _____,
                                 (name of local counsel)

19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action. The address and email address of

21  said designated Nevada counsel is:

22

23  _____ 3100 W. Charleston Boulevard, Suite 208 _____,
                 (street address)

24  ____ Las Vegas ____, ____ Nevada ____ ____ 89102 ____,
      (city)         (state)      (zip code)

25

26  ____ (725) 235-9750 ____, ____ nring@stranchlaw.com ____.
  (area code + telephone number)     (Email address)

27

28  4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Nathan R. Ring _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

*Jeri Schmidt*
Jeri Schmidt (Dec 5, 2025 15:54:35 CST)

(party's signature)

Jeri Schmidt, Plaintiff

(type or print party name, title)

_____

(party's signature)

_____

(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

12078                          nring@stranchlaw.com

Bar number                    Email address

APPROVED:

Dated: this ___8___ day of ___December___, 20 25 .

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# EXHIBIT A

## Casondra Turner
## <u>List of Court Admissions</u>

| Court: | Date of Admission: | Bar No. |
|---|---|---|
| State Bar of Georgia | 10/13/2021 | 418426 |
| Supreme Court of Georgia | 6/16/2022 | 418426 |
| State Bar of MA | 11/26/2013 | 687682 |
| U.S. District Court Northern District of Georgia | 7/11/2022 | 418426 |
| U.S. Bankruptcy Court Northern District of Georgia | 7/12/2022 | 418426 |
| U.S. District Court Middle District of Georgia | 7/5/2022 | 418426 |
| U.S. District Court Southern District of Georgia | 11/13/2023 | 418426 |
| U.S. District Court of Massachusetts | 8/19/2024 | 687682 |
| Eleventh Circuit Court of Appeals | 9/8/2022 | 418426 |



𝔖upreme 𝔊ourt
𝔖tate of 𝔊eorgia
NATHAN DEAL JUDICIAL CENTER
Atlanta 30334

December 5, 2025

I hereby certify that Casondra R. Turner, Esq., was admitted on the 16th day of June, 2022, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court hereto affixed the day and year first above written.

_Thérèse S. Barnes_, Clerk

**The Commonwealth of Massachusetts**

**SUPREME JUDICIAL COURT**

CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK

JOHN ADAMS COURTHOUSE

ONE PEMBERTON SQUARE, SUITE 1300

BOSTON, MASSACHUSETTS 02108-1707

WWW.MASS.GOV/COURTS

**ALLISON S. CARTWRIGHT**
CLERK

Telephone:
(617) 557-1100

General Email:
sjccountyclerk@sjc.state.ma.us

Bar Admission Email:
sjc.mass.bar.admission@jud.state.ma.us

December 5, 2025

Attorney Casondra Turner
Michelle Benvenuto
16530 W Cagwin Drive
Lockport , IL  60441
mbenvenuto@milberg.com

**IN RE:      CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Casondra Turner .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/jr
Clearance:  12/05/2025 12.04.2025
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on       **November 26, 2013**,

said Court being the highest Court of Record in said Commonwealth:

## Casondra Turner

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this       **fifth**       day of       **December**



in the year of our Lord **two thousand and twenty-five.**

ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County