|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEVADA** |
| 7   |     |

| | |
|---|---|
| IN RE: BOYD GAMING CORP. BREACH LITIGATION, | Case #2:25-cv-01814-GMN-EJY<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

_____Dylan J. Gould_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Markovits Stock & DeMarco, LLC
(firm name)

with offices at _____119 East Court Street, Suite 530_____,
(street address)

\_\_\_Cincinnati\_\_\_, \_\_\_Ohio\_\_\_, \_\_45202\_\_,
(city)      (state)      (zip code)

\_\_513-651-3700\_\_, \_\_dgould@msdlegal.com\_\_.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Payton Ruehlman_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  11/13/2018 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Ohio (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached page 2A | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None.

2

Rev. 5/16

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court: | Admission Date | Bar Number |
|---|---|---|
| Supreme Court of Ohio | 11/13/2018 | 97954 |
| U.S. District Court for the Southern District of Ohio | 1/ 9/2019 | 0097954 |
| U.S. District Court for the Northern District of Ohio | 6/1/2022 | 0097954 |
| U.S. District Court for the Eastern District of Wisconsin | 11/30/2022 | None issued |
| U.S. Court of Appeals for the Sixth Circuit | 3/21/2023 | 6981 |
| U.S. District Court for the District of Colorado | 8/24/2023 | OH97954 |
| U.S. District Court for the Western District of Wisconsin | 8/27/2024 | None issued |
| U.S. District Court for the District of Nebraska | 2/3/2025 | 0097954 |
| U.S. Court of Appeals for the Third Circuit | 5/9/2025 | None issued |

2A

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
> Ohio State Bar Association; Cincinnati Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

*Dylan J. Gould*
_____
Petitioner's signature

STATE OF ____Ohio____ )
)
COUNTY OF ____Hamilton____ )

____Dylan J. Gould____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Dylan J. Gould*
_____
Petitioner's signature

Subscribed and sworn to before me this  10/08/2025 07:19 PM EDT
This certificate pertains to an electronic notarial act performed with the principal(s) appearing online using audio-video communication in conformity with Ohio Revised Code 147.60, et seq.

ASHLEY S PAVER
Notary Public, State of Ohio
My Commission Expires:
January 2, 2028

_____
Notary Public

Online Notary Public. This notarial act involved the use of online audio/video communication technology. Notarization facilitated by SIGNiX®.

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Nathan R. Ring____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____3100 W. Charleston Boulevard, Suite 208____,
(street address)

____Las Vegas____, ____Nevada____, ____89102____,
(city)            (state)         (zip code)

____(725) 235-9750____, ____nring@stranchlaw.com____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Nathan R. Ring_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____  Oct 15, 2025
Payton Ruehlman (Oct 15, 2025 15:00:44 EDT)
(party's signature)

Plaintiff Payton Ruehlman
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Nathan R. Ring
_____
Designated Resident Nevada Counsel's signature

12078                               nring@stranchlaw.com
Bar number                          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

    I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Dylan James Gould**
Attorney Registration No. **0097954**

was admitted to the practice of law in Ohio on November 13, 2018; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 8th day of October, 2025.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2025-10-08-1
Verify by email at GoodStandingRequests@sc.ohio.gov