**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

|  |  |
|---|---|
| SCOTT LEVY, | Case No. 2:25-cv-01814-GMN-EJY |
| Plaintiff, | |
| | **ORDER CONSOLIDATING CASES** |
| v. | |
| BOYD GAMING CORPORATION, | |
| Defendant. | |
| _____ | |
| CARLA GONZALEZ, | |
| Plaintiff, | Case No. 2:25-cv-01955-NJK |
| v. | |
| BOYD GAMING CORPORATION, | |
| Defendant. | |

There are two actions pending in this district related to one another. *See* 2:25-cv-01814-GMN-EJY; 2:25-cv-01955-NJK .

A Notice of Related Cases was filed in both case numbers.  An examination of the notice and motion reveals that these actions are related to one another within the meaning of Local Rule 42-1.  The actions involve similar questions of fact and the same question of law, and their assignment to the same judge is likely to effect a substantial savings of judicial effort. LR 42-1(a)(3).  Moreover, it would entail substantial duplication of labor if the actions were heard by different judges. LR 42-1(a)(5).

Because the cases are related, assignment to the same judge is likely to result in a substantial savings of judicial effort and reduce duplication of labor. *See* Fed. R. Civ. P. 42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions involving a common question of law or fact are pending before the court).  Accordingly, the assigned judges agree to transfer this action

to the district judge whom the earliest-filed action is assigned to for all further proceedings and consolidate the two cases.

### Conclusion

The Clerk of Court is therefore kindly directed to transfer Case No. 2:25-cv-01955-NJK to Judge Gloria Navarro and consolidate the case into Case No. 2:25-cv-01814-GMN-EJY.  All filings in this matter should be filed in Case No. 2:25-cv-01814-GMN-EJY.

Dated: December __8__, 2025.

_____          _____
Gloria M. Navarro                        Nancy J. Koppe
United States District Judge             United States Magistrate Judge