Isaac D. Chaput[†]
**COVINGTON & BURLING, LLP**
415 Mission St, Suite 5400
San Francisco, CA 94105-2533
415-591-6000
ichaput@cov.com
*Counsel for Defendant*

Edward Rippey[†]
Teena-Ann Sankoorikal[†]
**COVINGTON & BURLING, LLP**
850 10th Street NW
Washington, DC 20001
Tel: (202) 662-6000
erippey@cov.com
tsankoorikal@cov.com
*Counsel for Defendant*

Micaela R.H. McMurrough[†]
**COVINGTON & BURLING LLP**
30 Hudson Yards
New York, NY 10001-2170
Tel: (212) 841-1000
mmcmurrough@cov.com
*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: BOYD GAMING CORP. BREACH LITIGATION | No. 2:25-cv-1814-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND PLEADING DEADLINE**<br><br>**[FOURTH REQUEST]** |

The Parties hereby request the Court enter this joint stipulation, under Fed. R. Civ. P. 6(b) and LR IA 6-1, extending the deadline for Defendants to answer or otherwise respond to

the complaint to January 30, 2026. This is an amendment to Defendants' first request for an extension of time to answer or otherwise respond to the complaint.

On December 3rd, 2025, the Parties filed a joint stipulation, extending the deadline for Plaintiffs to file their consolidated amended complaint, from December 5, 2025, to January 9, 2026, and the deadline for Defendants to answer or otherwise respond to the complaint to March 6, 2026 (ECF 79). Later that evening, on December 3rd, the Court denied the Parties' Joint Stipulation to Extend Pleading Deadlines (ECF 80). On December 5th, Plaintiffs filed an Amended Consolidated Class Action Complaint (ECF 83), adhering to the original filing deadline.

Good cause exists to support the requested extension. Extending the deadline by 42 days will allow Defendant's counsel additional time to become familiar with the case, investigate the facts, and prepare a response to the 76-page Amended Complaint in this case involving numerous plaintiffs and claims, particularly in light of the intervening holidays. Absent an extension, Defendants' answer or response would be due 14 days after Plaintiffs filed the Consolidated Amended Complaint. Fed. R. Civ. P. 15(a)(3). Furthermore, no party will be prejudiced by the extension at this early stage of the litigation, when no scheduling order has been entered and discovery has not commenced.

WHEREFORE, given the Parties' agreement, the Parties request that the Court approve this stipulation and extend the deadline for Defendants to answer or otherwise respond to the Consolidated Amended Complaint from December 19, 2025 to January 30, 2026.

Dated: December 12, 2025

Respectfully submitted,

| /s/ Nathan R. Ring | /s/ Isaac D. Chaput |
|---|---|
| Nathan R. Ring<br>Nevada State Bar No. 12078<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>3100 W. Charleston Boulevard, Suite 208<br>Las Vegas, NV 89102<br>Tel: (725) 235-9750<br>lasvegas@stranchlaw.com<br>*Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman*<br><br>J. Gerard Stranch, IV[†]<br>Grayson Wells[†]<br>John C. Roberts[†]<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>jroberts@stranchlaw.com<br>*Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman*<br><br>Raina C. Borrelli[†]<br>**STRAUSS BORRELLI, PLLC**<br>One Magnificent Mile<br>980 N. Michigan Ave., Suite 1610<br>Chicago, IL 60611<br>Tel: (872) 263-1100<br>raina@straussborrelli.com<br>*Counsel for Plaintiff Levy*<br><br>Laura Van Note**<br>**COLE & VAN NOTE**<br>555 12th Street, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 891-9800 | Isaac D. Chaput[†]<br>**COVINGTON & BURLING, LLP**<br>415 Mission St, Suite 5400<br>San Francisco, CA 94105-2533<br>415-591-6000<br>ichaput@cov.com<br>*Counsel for Defendant*<br><br>Edward Rippey[†]<br>Teena-Ann Sankoorikal[†]<br>**COVINGTON & BURLING, LLP**<br>850 10th Street NW<br>Washington, DC 20001<br>Tel: (202) 662-6000<br>erippey@cov.com<br>tsankoorikal@cov.com<br>*Counsel for Defendant*<br><br>Micaela R.H. McMurrough[†]<br>**COVINGTON & BURLING LLP**<br>30 Hudson Yards<br>New York, NY 10001-2170<br>Tel: (212) 841-1000<br>mmcmurrough@cov.com<br>*Counsel for Defendant*<br><br>Todd L. Bice<br>Nevada State Bar No. 4534<br>**PISANELLI BICE, PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Tel: (702) 214-2100<br>tlb@pisanellibice.com<br>lit@pisanellibice.com<br>*Counsel for Defendant* |

JOINT STIPULATION TO EXTEND PLEADING DEADLINES (FOURTH REQUEST)
Page 3 of 8

lvn@colevannote.com
*Counsel for Plaintiffs Deandric Price and Mark Metzler*

David Hilton Wise
Nevada State Bar No. 11014
**WISE LAW FIRM, PLC**
335 W 1st Street
Reno, Nevada 89503
Tel: (775) 299-4284
dwise@wiselaw.pro
*Counsel for Plaintiffs Deandric Price, Larry Harris, and Mark Metzler*

Daniel Srourian[†]
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Tel: (213) 474-3800
daniel@slfla.com
*Counsel for Plaintiff Larry Harris*

M. Anderson Berry[†]
Gregory Haroutunian[†]
**EMERY REDDY, P.C.**
600 Stewart St., Suite 1100
Seattle, WA 98101
Tel: (206) 442-9106
anderson@emeryreddy.com
gregory@emeryreddy.com
*Counsel for Plaintiff Larry Harris*

Ken Grunfeld**
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
grunfeld@kolawyers.com
*Counsel for Plaintiff Holly Neely*

John J. Nelson**
Gary Klinger[†]
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212

Tel: (858) 209-6941
jnelson@milberg.com
*Counsel for Plaintiff Jeri Schmidt*

Terence R. Coates†
Dylan J. Gould**
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Tel: (513) 651-3700
tcoates@msdlegal.com
dgould@msdlegal.com
*Counsel for Plaintiff Payton Ruehlman*

Leigh S. Montgomery†
**EKSM, LLP**
4200 Montrose Street, Suite 200
Houston, Texas 77006
Tel: (888) 350-3931
lmontgomery@eksm.com
*Counsel for Jacob Malin*

Lynn A. Toops†
Amina A. Thomas†
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenmalad.com
athomas@cohenandmalad.com
*Counsel for Plaintiff Jason Goodman*

*./s/ Miles N. Clark*
Miles N. Clark, Esq.
Nevada Bar No. 13848
**LAW OFFICES OF MILES N. CLARK, LLC**
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com
*Proposed Liaison Counsel*

John A. Yanchunis†
**MORGAN & MORGAN**

**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
P: (813) 223-5505
jyanchunis@ForThePeople.com
*Counsel for Plaintiff Julie Jackson*

James Pizzirusso[†]
**HAUSFELD LLP**
1200 17th St NW, Suite 600
Washington, D.C. 20036
P: (202) 540-7154
jpizzirusso@hausfeld.com
*Counsel for Plaintiffs Trent Burger and Parthena Vorgiatzidis*

Laura Van Note**
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
lvn@colevannote.com
*Counsel for Plaintiffs Deandric Price and Mark Metzler*

J. Gerard Stranch, IV†
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
*Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman*

† Admitted *Pro Hac Vice*
** *Pro Hac Vice* application pending
* *Pro Hac Vice* application forthcoming

**IT IS HEREBY STIPULATED AND AGREED**, by the parties hereto that the deadline for Defendants to answer or otherwise respond to the Consolidated Amended Complaint shall be extended from December 19, 2025 to January 30, 2026.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Joint Stipulation to Extend Pleading Deadlines was served on all counsel of record via the Court's electronic filing system this the 12th day of December, 2025.

*/s/ Isaac D. Chaput*
Isaac D. Chaput