Isaac D. Chaput[†]
**COVINGTON & BURLING, LLP**
415 Mission St, Suite 5400
San Francisco, CA 94105-2533
415-591-6000
ichaput@cov.com
*Counsel for Defendant*

Edward Rippey[†]
Teena-Ann Sankoorikal[†]
**COVINGTON & BURLING, LLP**
850 10th Street NW
Washington, DC 20001
Tel: (202) 662-6000
erippey@cov.com
tsankoorikal@cov.com
*Counsel for Defendant*

Micaela R.H. McMurrough[†]
**COVINGTON & BURLING LLP**
30 Hudson Yards
New York, NY 10001-2170
Tel: (212) 841-1000
mmcmurrough@cov.com
*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: BOYD GAMING CORP. BREACH LITIGATION | No. 2:25-cv-1814-GMN-EJY <br><br> **JOINT STIPULATION TO EXTEND PLEADING DEADLINE** <br><br> **[FOURTH REQUEST]** |

The Parties hereby request the Court enter this joint stipulation, under Fed. R. Civ. P. 6(b) and LR IA 6-1, extending the deadline for Defendants to answer or otherwise respond to

1  the complaint to January 30, 2026. This is an amendment to Defendants' first request for an
2  extension of time to answer or otherwise respond to the complaint.

3      On December 3rd, 2025, the Parties filed a joint stipulation, extending the deadline for
4  Plaintiffs to file their consolidated amended complaint, from December 5, 2025, to January 9,
5  2026, and the deadline for Defendants to answer or otherwise respond to the complaint to
6  March 6, 2026 (ECF 79). Later that evening, on December 3rd, the Court denied the Parties'
7  Joint Stipulation to Extend Pleading Deadlines (ECF 80). On December 5th, Plaintiffs filed an
8  Amended Consolidated Class Action Complaint (ECF 83), adhering to the original filing
9  deadline.

10      Good cause exists to support the requested extension. Extending the deadline by 42
11  days will allow Defendant's counsel additional time to become familiar with the case,
12  investigate the facts, and prepare a response to the 76-page Amended Complaint in this case
13  involving numerous plaintiffs and claims, particularly in light of the intervening holidays.
14  Absent an extension, Defendants' answer or response would be due 14 days after Plaintiffs
15  filed the Consolidated Amended Complaint. Fed. R. Civ. P. 15(a)(3). Furthermore, no party
16  will be prejudiced by the extension at this early stage of the litigation, when no scheduling
17  order has been entered and discovery has not commenced.

18      WHEREFORE, given the Parties' agreement, the Parties request that the Court approve
19  this stipulation and extend the deadline for Defendants to answer or otherwise respond to the
20  Consolidated Amended Complaint from December 19, 2025 to January 30, 2026.

21
Dated: December 12, 2025
22
Respectfully submitted,
23

24

25

| | | |
|---|---|---|
| 1 | | |
| 2 | */s/ Nathan R. Ring*<br>Nathan R. Ring | */s/ Isaac D. Chaput*<br>Isaac D. Chaput[†] |
| 3 | Nevada State Bar No. 12078<br>**STRANCH, JENNINGS & GARVEY, PLLC** | **COVINGTON & BURLING, LLP**<br>415 Mission St, Suite 5400 |
| 4 | 3100 W. Charleston Boulevard, Suite 208<br>Las Vegas, NV 89102 | San Francisco, CA 94105-2533<br>415-591-6000 |
| 5 | Tel: (725) 235-9750<br>lasvegas@stranchlaw.com | ichaput@cov.com<br>*Counsel for Defendant* |
| 6 | *Counsel for Plaintiffs Levy, Tiedtke, Neely,*<br>*Schmidt, Ruehlman, Furman, Warner,* | Edward Rippey[†]<br>Teena-Ann Sankoorikal[†] |
| 7 | *Cazau-Degenova, Bragg, Malin, Granata,*<br>*and Goodman* | **COVINGTON & BURLING, LLP**<br>850 10th Street NW |
| 8 | | Washington, DC 20001 |
| 9 | J. Gerard Stranch, IV[†]<br>Grayson Wells[†] | Tel: (202) 662-6000<br>erippey@cov.com |
| 10 | John C. Roberts[†]<br>**STRANCH, JENNINGS & GARVEY, PLLC** | tsankoorikal@cov.com<br>*Counsel for Defendant* |
| 11 | The Freedom Center | Micaela R.H. McMurrough[†] |
| 12 | 223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203 | **COVINGTON & BURLING LLP**<br>30 Hudson Yards |
| 13 | Tel: (615) 254-8801<br>gstranch@stranchlaw.com | New York, NY 10001-2170<br>Tel: (212) 841-1000 |
| 14 | gwells@stranchlaw.com<br>jroberts@stranchlaw.com | mmcmurrough@cov.com<br>*Counsel for Defendant* |
| 15 | *Counsel for Plaintiffs Levy, Tiedtke, Neely,*<br>*Schmidt, Ruehlman, Furman, Warner,* | Todd L. Bice |
| 16 | *Cazau-Degenova, Bragg, Malin, Granata,*<br>*and Goodman* | Nevada State Bar No. 4534<br>**PISANELLI BICE, PLLC** |
| 17 | Raina C. Borrelli[†] | 400 South 7th Street, Suite 300<br>Las Vegas, NV 89101 |
| 18 | **STRAUSS BORRELLI, PLLC**<br>One Magnificent Mile | Tel: (702) 214-2100<br>tlb@pisanellibice.com |
| 19 | 980 N. Michigan Ave., Suite 1610<br>Chicago, IL 60611 | lit@pisanellibice.com<br>*Counsel for Defendant* |
| 20 | Tel: (872) 263-1100<br>raina@straussborrelli.com | |
| 21 | *Counsel for Plaintiff Levy* | |
| 22 | Laura Van Note**<br>**COLE & VAN NOTE** | |
| 23 | 555 12th Street, Suite 2100<br>Oakland, California 94607 | |
| 24 | Telephone: (510) 891-9800 | |
| 25 | | |

JOINT STIPULATION TO EXTEND PLEADING DEADLINES (FOURTH REQUEST)
Page 3 of 8

1  lvn@colevannote.com
   *Counsel for Plaintiffs Deandric Price and*
2  *Mark Metzler*

3  David Hilton Wise
   Nevada State Bar No. 11014
4  **WISE LAW FIRM, PLC**
   335 W 1st Street
5  Reno, Nevada 89503
   Tel: (775) 299-4284
6  dwise@wiselaw.pro
   *Counsel for Plaintiffs Deandric Price, Larry*
7  *Harris, and Mark Metzler*

8  Daniel Srourian†
   **SROURIAN LAW FIRM, P.C.**
9  468 N. Camden Dr., Suite 200
   Beverly Hills, CA 90210
10 Tel: (213) 474-3800
   daniel@slfla.com
11 *Counsel for Plaintiff Larry Harris*

12 M. Anderson Berry†
   Gregory Haroutunian†
13 **EMERY REDDY, P.C.**
   600 Stewart St., Suite 1100
14 Seattle, WA 98101
   Tel: (206) 442-9106
15 anderson@emeryreddy.com
   gregory@emeryreddy.com
16 *Counsel for Plaintiff Larry Harris*

17 Ken Grunfeld**
   **KOPELOWITZ OSTROW P.A.**
18 One West Las Olas Blvd., Suite 500
   Fort Lauderdale, FL 33301
19 Tel: (954) 525-4100
   grunfeld@kolawyers.com
20 *Counsel for Plaintiff Holly Neely*

21 John J. Nelson**
   Gary Klinger†
22 **MILBERG COLEMAN BRYSON**
   **PHILLIPS GROSSMAN, PLLC**
23 280 S. Beverly Drive
   Beverly Hills, CA 90212
24

25

1  Tel: (858) 209-6941
   jnelson@milberg.com
2  *Counsel for Plaintiff Jeri Schmidt*

3  Terence R. Coates[†]
   Dylan J. Gould[**]
4  **MARKOVITS, STOCK & DEMARCO, LLC**
5  119 East Court Street, Suite 530
   Cincinnati, OH 45202
6  Tel: (513) 651-3700
   tcoates@msdlegal.com
7  dgould@msdlegal.com
   *Counsel for Plaintiff Payton Ruehlman*
8
   Leigh S. Montgomery[†]
9  **EKSM, LLP**
   4200 Montrose Street, Suite 200
10 Houston, Texas 77006
   Tel: (888) 350-3931
11 lmontgomery@eksm.com
   *Counsel for Jacob Malin*
12
   Lynn A. Toops[†]
13 Amina A. Thomas[†]
   **COHEN & MALAD, LLP**
14 One Indiana Square, Suite 1400
   Indianapolis, IN 46204
15 Tel: (317) 636-6481
   ltoops@cohenmalad.com
16 athomas@cohenandmalad.com
   *Counsel for Plaintiff Jason Goodman*
17
   ./s/ Miles N. Clark
18 Miles N. Clark, Esq.
   Nevada Bar No. 13848
19 **LAW OFFICES OF MILES N. CLARK, LLC**
   5510 S. Fort Apache Rd., Suite 30
20 Las Vegas, NV 89148-7700
   Phone: (702) 856-7430
21 Fax: (702) 552-2370
   Email: miles@milesclarklaw.com
22 *Proposed Liaison Counsel*

23 John A. Yanchunis[†]
   **MORGAN & MORGAN**
24

25

**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
P: (813) 223-5505
jyanchunis@ForThePeople.com
*Counsel for Plaintiff Julie Jackson*

James Pizzirusso[†]
**HAUSFELD LLP**
1200 17th St NW, Suite 600
Washington, D.C. 20036
P: (202) 540-7154
jpizzirusso@hausfeld.com
*Counsel for Plaintiffs Trent Burger and Parthena Vorgiatzidis*

Laura Van Note**
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
lvn@colevannote.com
*Counsel for Plaintiffs Deandric Price and Mark Metzler*

J. Gerard Stranch, IV†
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
*Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman*

† Admitted *Pro Hac Vice*
** *Pro Hac Vice* application pending
* *Pro Hac Vice* application forthcoming

**IT IS HEREBY STIPULATED AND AGREED**, by the parties hereto that the deadline for Defendants to answer or otherwise respond to the Consolidated Amended Complaint shall be extended from December 19, 2025 to January 30, 2026.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 12, 2025