Isaac D. Chaput[†]
**COVINGTON & BURLING, LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel: (415) 591-6000
ichaput@cov.com
*Counsel for Defendant*

Edward Rippey[†]
Teena-Ann Sankoorikal[†]
**COVINGTON & BURLING, LLP**
850 10th Street NW
Washington, DC 20001
Tel: (202) 662-6000
erippey@cov.com
tsankoorikal@cov.com
*Counsel for Defendant*

Micaela R.H. McMurrough[†]
**COVINGTON & BURLING LLP**
30 Hudson Yards
New York, NY 10001-2170
Tel: (212) 841-1000
mmcmurrough@cov.com
*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **IN RE: BOYD GAMING CORP. BREACH LITIGATION** | **No. 2:25-cv-1814-GMN-EJY**<br><br>**JOINT STIPULATION TO EXTEND PLEADING DEADLINE IN SUPPORT OF MEDIATION**<br><br>**[FIFTH REQUEST]** |

The Parties hereby request the Court enter this joint stipulation, under Fed. R. Civ. P. 6(b) and LR IA 6-1, extending the deadline for Defendants to answer or otherwise respond to

the Amended Consolidated Class Action Complaint by 14 days, to February 13, 2026. This is Defendants' second request for an extension of time to answer or otherwise respond to the Consolidated Class Action Complaint. On December 12th, 2025, the Parties filed a joint stipulation, extending the deadline for Defendants to respond to the Amended Consolidated Class Action Complaint to January 30, 2026 (ECF 91), which the Court granted later that day (ECF 92).

Good cause exists to support the requested extension. The Parties have agreed to engage a mediator in hopes of resolving this case, have agreed on a mediator, and are currently working to schedule the mediation. The Parties have further agreed, once the mediation date is confirmed, to request a stay of Defendant's responsive pleading deadline to allow for that mediation to take place. Extending Defendants' current, imminent deadline to respond to the Amended Consolidated Class Action Complaint will provide the Parties time to schedule mediation prior to the response deadline, in order to conserve both the Court's and the Parties' resources. Furthermore, no party will be prejudiced by the extension at this early stage of the litigation, when no scheduling order has been entered and discovery has not commenced.

WHEREFORE, given the Parties' intent to mediate and to facilitate the Parties' efforts to amicably resolve this case, the Parties request that the Court approve this stipulation and extend the deadline for Defendants to answer or otherwise respond to the Amended Consolidated Class Action Complaint from January 30, 2026 to February 13, 2026.

Dated: January 22, 2026

Respectfully submitted,

| /s/ Grayson Wells | /s/ Isaac D. Chaput |
|---|---|
| J. Gerard Stranch, IV† | Isaac D. Chaput† |
| Grayson Wells† | **COVINGTON & BURLING, LLP** |
| John C. Roberts† | 415 Mission Street, Suite 5400 |
| **STRANCH, JENNINGS & GARVEY, PLLC** | San Francisco, CA 94105-2533 |
| The Freedom Center | Tel: (415) 591-6000 |
| 223 Rosa L. Parks Avenue, Suite 200 | ichaput@cov.com |
| Nashville, TN 37203 | *Counsel for Defendant* |
| Tel: (615) 254-8801 | |
| gstranch@stranchlaw.com | Edward Rippey† |
| gwells@stranchlaw.com | Teena-Ann Sankoorikal† |
| jroberts@stranchlaw.com | **COVINGTON & BURLING, LLP** |
| *Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman* | 850 10th Street NW |
| | Washington, DC 20001 |
| | Tel: (202) 662-6000 |
| | erippey@cov.com |
| | tsankoorikal@cov.com |
| | *Counsel for Defendant* |
| Nathan R. Ring | |
| Nevada State Bar No. 12078 | Micaela R.H. McMurrough† |
| **STRANCH, JENNINGS & GARVEY, PLLC** | **COVINGTON & BURLING LLP** |
| 3100 W. Charleston Boulevard, Suite 208 | 30 Hudson Yards |
| Las Vegas, NV 89102 | New York, NY 10001-2170 |
| Tel: (725) 235-9750 | Tel: (212) 841-1000 |
| lasvegas@stranchlaw.com | mmcmurrough@cov.com |
| *Counsel for Plaintiffs Levy, Tiedtke, Neely, Schmidt, Ruehlman, Furman, Warner, Cazau-Degenova, Bragg, Malin, Granata, and Goodman* | *Counsel for Defendant* |
| | Todd L. Bice |
| | Nevada State Bar No. 4534 |
| | **PISANELLI BICE, PLLC** |
| | 400 S. 7th Street, Suite 300 |
| Raina C. Borrelli† | Las Vegas, NV 89101 |
| **STRAUSS BORRELLI, PLLC** | Tel: (702) 214-2100 |
| One Magnificent Mile | tlb@pisanellibice.com |
| 980 N. Michigan Avenue, Suite 1610 | lit@pisanellibice.com |
| Chicago, IL 60611 | *Counsel for Defendant* |
| Tel: (872) 263-1100 | |
| raina@straussborrelli.com | |
| *Counsel for Plaintiff Levy* | |

1 | Laura Van Note**
**COLE & VAN NOTE**
2 | 555 12th Street, Suite 2100
Oakland, California 94607
3 | Tel: (510) 891-9800
lvn@colevannote.com
4 | *Counsel for Plaintiffs Deandric Price and Mark Metzler*

5 |

6 | David Hilton Wise
Nevada State Bar No. 11014
**WISE LAW FIRM, PLC**
7 | 335 W. 1st Street
Reno, Nevada 89503
8 | Tel: (775) 299-4284
dwise@wiselaw.pro
9 | *Counsel for Plaintiffs Deandric Price, Larry Harris, and Mark Metzler*

10 |

Daniel Srourian†
11 | **SROURIAN LAW FIRM, P.C.**
468 N. Camden Drive, Suite 200
12 | Beverly Hills, CA 90210
Tel: (213) 474-3800
13 | daniel@slfla.com
*Counsel for Plaintiff Larry Harris*
14 |

M. Anderson Berry†
15 | Gregory Haroutunian†
**EMERY REDDY, P.C.**
16 | 600 Stewart Street, Suite 1100
Seattle, WA 98101
17 | Tel: (206) 442-9106
anderson@emeryreddy.com
18 | gregory@emeryreddy.com
*Counsel for Plaintiff Larry Harris*
19 |

Ken Grunfeld**
20 | **KOPELOWITZ OSTROW P.A.**
One West Las Olas Boulevard, Suite 500
21 | Fort Lauderdale, FL 33301
Tel: (954) 525-4100
22 | grunfeld@kolawyers.com
*Counsel for Plaintiff Holly Neely*
23 |

24 |

25 |

John J. Nelson**
Gary Klinger†
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com
*Counsel for Plaintiff Jeri Schmidt*

Terence R. Coates†
Dylan J. Gould**
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Tel: (513) 651-3700
tcoates@msdlegal.com
dgould@msdlegal.com
*Counsel for Plaintiff Payton Ruehlman*

Leigh S. Montgomery†
**EKSM, LLP**
4200 Montrose Street, Suite 200
Houston, Texas 77006
Tel: (888) 350-3931
lmontgomery@eksm.com
*Counsel for Jacob Malin*

Lynn A. Toops†
Amina A. Thomas†
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenmalad.com
athomas@cohenandmalad.com
*Counsel for Plaintiff Jason Goodman*

Miles N. Clark, Esq.
Nevada Bar No. 13848
**LAW OFFICES OF MILES N. CLARK, LLC**
5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89148-7700
Tel: (702) 856-7430

Fax: (702) 552-2370
miles@milesclarklaw.com
*Proposed Liaison Counsel*

John A. Yanchunis[†]
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel: (813) 223-5505
jyanchunis@ForThePeople.com
*Counsel for Plaintiff Julie Jackson*

James Pizzirusso[†]
**HAUSFELD LLP**
1200 17th Street NW, Suite 600
Washington, D.C. 20036
Tel: (202) 540-7154
jpizzirusso@hausfeld.com
*Counsel for Plaintiffs Trent Burger and Parthena Vorgiatzidis*

† Admitted *Pro Hac Vice*
\*\* *Pro Hac Vice* application pending
\* *Pro Hac Vice* application forthcoming

**IT IS HEREBY STIPULATED AND AGREED**, by the parties hereto that the deadline for Defendants to answer or otherwise respond to the Amended Consolidated Class Action Complaint shall be extended from January 30, 2026 to February 13, 2026.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Second Joint Stipulation to Extend Pleading Deadlines was served on all counsel of record via the Court's electronic filing system this the 22nd day of January, 2026.

*/s/ Isaac D. Chaput*
Isaac D. Chaput