CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

SERVED U.S.
COUNSEL/PARTIES OF RECORD

FEB 19 2026

CLERK U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Isaac D. Chaput
Covington & Burling LLP
Salesforce Tower
415 Mission St. Suite 5400
San Francisco, CA 94105-2533

LAS VEGAS NV 890
23 JAN 2026 PM 4 L

US POSTAGE
FIRST-CLASS MAIL
$000.74
01/23/2026 ZIP 89101
043M31229339

NIXIE        957    FE  1700    0002/14/26
        RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD
BC: 89101706934    *0779-05108-23-38

Judgments, Minute Orders/Orders & Writs
2:25-cv-01814-GMN-EJY In re:
Boyd Gaming Corp. Breach
Litigation

CONSOL

## United States District Court

### District of Nevada

### Notice of Electronic Filing

The following transaction was entered on 1/22/2026 at 3:09 PM PST and filed on 1/22/2026
**Case Name:**      In re: Boyd Gaming Corp. Breach Litigation
**Case Number:**    2:25-cv-01814-GMN-EJY
**Filer:**
**Document Number:** 94(No document attached)

**Docket Text:**
MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Elayna J. Youchah on 1/22/2026. By Law Clerk: S. Gorba.

The Court has before it the Joint Stipulation to Extend Pleading Deadline in Support of Mediation. ECF No. [93]. The Court reviewed the Stipulation and appreciates the information contained therein. However, rather than grant a two-week extension in anticipation of a motion or stipulation to stay the responsive pleading due date, the Court finds entering a temporary stay at this time effects the parties' intent.

Accordingly, IT IS HEREBY ORDERED the Joint Stipulation to Extend Pleading Deadline in Support of Mediation (ECF No. [93]) is DENIED as moot.

IT IS FURTHER ORDERED that the responsive pleading deadline is STAYED until such time as the parties conclude their intended private mediation efforts.

IT IS FURTHER ORDERED that if this matter is not fully resolved upon completion of mediation, the stay of the responsive pleading deadline is automatically lifted and the response to Plaintiff's operative complaint will be due 21 days thereafter.

**(no image attached)** (Copies have been distributed pursuant to the NEF - SFG)


**2:25-cv-01814-GMN-EJY Notice has been electronically mailed to:**

Todd L. Bice     lit@pisanellibice.com, ter@pisanellibice.com, tlb@pisanellibice.com, yjd@pisanellibice.com

Gary S Graifman     ggraifman@kgglaw.com

David C OMara     david@omaralaw.net, bsnyder@omaralaw.net, val@omaralaw.net

Michael J. Gayan     mike@claggettlaw.com, jdy@claggettlaw.com, katrina@claggettlaw.com, melisa@claggettlaw.com, nmcleod@claggettlaw.com